# EXHIBIT 2
# Chatham County

# CHATHAM COUNTY BOARD OF REGISTRARS

1117 EISENHOWER DRIVE, SUITE E

POST OFFICE BOX 13757

SAVANNAH, GEORGIA 31416

(912) 790-1520
FAX 790-1519

**CHAIRMAN**
COLIN MCRAE

**BOARD MEMBERS**
WANDA ANDREWS
KATHERINE DURSO
DEBRA GEIGER
WILLIAM L. NORSE

**DIRECTOR**
SABRINA S. GERMAN

**ASST DIRECTOR**
ROGER OWENS

**TIME SENSITIVE**
January 3, 2024


Savannah, Ga

Voter Registration # 

This letter is to inform you that your right to vote in Chatham County is being challenged by Helen Strahl for the following reason: **You no longer reside in Chatham County GA.** This challenge is in accordance with the Official Code of Georgia Annotated §21-2-229. If you have moved from the address listed to another address within Chatham County or the State of Georgia, please complete the enclosed application to update your registration and return by January 16, 2024. If you have moved outside the State of Georgia and would like to cancel your voter registration, please complete the enclosed Voter Registration Cancellation/Removal Form and return to the Chatham County Voter Registration Office. The Chatham County Board of Registrars will hold a hearing to determine your eligibility on:

| | |
|---|---|
| Hearing Date: | Wednesday, January 24, 2024 |
| Hearing Time: | 12:00 PM |
| Hearing Location: | Chatham County Voter Registration |
| | 1117 Eisenhower Dr., Suite E |
| | Savannah, GA  31406 |
| Phone | 415-655-0001 |
| Meeting Code | 2309 780 6336 |
| Passcode | 95626334 |
| WebEx: | |

https://chathamcountyga.webex.com/chathamcountyga/j.php?MTID=ma9d377e965008d009b3143400ec15a46

The burden shall be upon the challenger, Helen Strahl, to prove the allegation. You should be prepared to provide evidence of your residency. Some acceptable items of proof are vehicle registration, income tax return, utility bills, and property tax statements. You have the right to be represented by legal counsel at your expense.  Failure to appear or provide proof prior to the meeting date may constitute cause for removal from the electors' list. Thank you for your prompt attention to this matter. Should you have any questions or require additional information please do not hesitate to contact me.

Sincerely,

Sabrina S. German
Voter Registration, Director
Enclosures

CHATHAM COUNTY BOARD OF REGISTRARS
BOARD MEETING AGENDA
January 24, 2024
12:00 P.M.

I. Call to Order
II. Pledge of Allegiance
III. Approval of Minutes
IV. Directors Report
V. Old Business
    A. PPP Election
VI. New Business
    A. Budget
VII. Deletions
VIII. Challenge Hearing
IX. Public Discussion
X. Adjournment

Meeting link:

https://chathamcountyga.webex.com/chathamcountyga/j.php?MTID=ma9d377e965008d009b3143400ec15a46

Meeting number:
2309 780 6336

Meeting password:
95626334

Join by phone

+1-415-655-0001 US Toll

+1-904-900-2303 United States Toll (Jacksonville)

## Meeting Minutes
## Chatham County Board of Registrars
## January 24, 2023

The January 2023 Chatham County Board of Registrar's meeting was called to order promptly by Board Chairman McRae followed by a recitation of the Pledge of Allegiance. The Board of Registrars in attendance were Mr. McRae, Mr. Norse, Ms. Andrews, Ms. Gieger and Ms. Durso. The staff members in attendance were Director, Sabrina German and Staff members, Alicia Haywood, and Roger Owens.

### Approval of Minutes

A motion was made to approve the Board of Registrar's meeting minutes for the month of December. Board Member Norse moved to approve the meeting minutes for December as provided to the Board prior to the meeting. Board Member Durso seconded the motion, and it was carried unanimously.

### Old Business

The Presidential Preference Primary (PPP) is March 12, 2024. The initial UOCAVA mail-out period began on Tuesday, January 23, 2024 - January 27th. The registration deadline is February 12, 2024. Early voting begins February 19th and goes through March 8th. The election flyer was submitted for review and will be added to the County website. Media blitz will be scheduled for the week prior to February 12th. 1249 Eisenhower Drive will be the only location open on February19th. It is a federal holiday. The remaining location will begin on February 20th.

The Southwest, Islands, & Garden City Libraries are all unavailable for the General Primary in May. Staff is working on finding alternative locations in or around the same areas of the current libraries. Early voting for the General Primary in May will begin on April 29th.

### New Business

The FY 2025 budget was presented. The budgeting begun processing on January 16th and is due on February 16th. The MUNIS system will close on February 16th. Budget Workshops will begin in March. The exact date is to be determined.

The board members discussed the budget for postage, professional services, other equipment, other small equipment, and building and land rental.

Board member Gieger made a motion to approve the Draft Budget as presented. Board member Durso seconded the motion, and the motion was carried unanimously.

### Registration Totals

As reported by Director German, the totals are as follows for Chatham County:

| | |
|---|---|
| 228,675 | Total |
| 197,906 | Active |
| 30,769 | Inactive |
| 0 | Pending |

### Deletions

Voter challenges presented were 23 felons, 71 deceased, and 72 requested to be removed from the voter list for a total of 166 voters challenged for the month October. These individuals received mailed notifications regarding their challenges. At 12:30 p.m., Chairman McRae asked if any of the people challenged were present or on the call. No one was present or on the call to object to any of the challenges. He entertained a motion to instruct staff to go ahead with deleting the challenged voters. Board member Andrews made a motion to instruct staff to go ahead with deleting the challenged voters. Board member Norse seconded the motion, and the motion was carried unanimously.

### Challenges

Helen Strahl challenged the following individuals within their municipality:

| | |
|---|---|
| BARDET, CHRISTOPHER | DECLINE |
| DIPIETRO, CHRISTOPHER | DECLINE |
| JONES, KATE | DECLINE |
| KUHN, ROBERT | DECLINE |
| NUSSBAUM, KATIE | DECLINE |
| SHELDON, DONALD | DECLINE |
| ABBOTT, SARA | UPHOLD |
| BARRIENTOS, EFREN | UPHOLD |
| BOWERS, JESSICA | UPHOLD |
| CARAPAZZA, MICHAEL | UPHOLD |
| CASACELI, JOSHUA | UPHOLD |
| CUNYERS, TRAMARA, | UPHOLD |
| DYE, ALEXANDER | UPHOLD |
| DYE, MARY | UPHOLD |
| EBANKS, JORDANNA | UPHOLD |
| EDWARDS, MYAH | UPHOLD |
| FAUST, TAYLOR | UPHOLD |

| | |
|---|---|
| GIVEN, ALEXANDER | UPHOLD |
| GREEN, JERELL | UPHOLD |
| GODWIN, ALEX | UPHOLD |
| HAAG, KEVIN | UPHOLD |
| HAYES, DAKOTA | UPHOLD |
| HAYES, DANIEL | UPHOLD |
| HUDSON, KRYSTAL | UPHOLD |
| HUDSON, MAURECIA | UPHOLD |
| HUFFSTETLER, KAYLA | UPHOLD |
| HUFFSTETLER, COREY | UPHOLD |
| JACKSON, DANIEL | UPHOLD |
| JERIGAN, PENNY | UPHOLD |
| JOHNSON, GLENDA | UPHOLD |
| LORBECKI, TAYLOR | UPHOLD |
| MARRERO, JOHNNAE | UPHOLD |
| MARRERO, PEDRO | UPHOLD |
| MCGARRY, NICHOLAS | UPHOLD |
| MEADOR, JOSEPH | UPHOLD |
| MILLER, HUNTER | UPHOLD |
| NAVAROLI, GARRETT | UPHOLD |
| OGLESBY, CHELSEA | UPHOLD |
| OLDFIELD, CHANDLER | UPHOLD |
| ORTIZ, JENNIFER | UPHOLD |
| PACHECO, RYAN | UPHOLD |
| PARKER, ASHLEY | UPHOLD |
| PATTERSON, ALEXIS | UPHOLD |
| REYNOLDS, TIFFANI | UPHOLD |
| ROSE, DUSTIN, | UPHOLD |
| SHELDON, EMILY | UPHOLD |
| SOLOMAN, KEVIN | UPHOLD |
| SPRANKLE, NIEJE | UPHOLD |
| SUMMONS, PAUL | UPHOLD |
| TAYLOR, KWANKEYLA | UPHOLD |
| TROCHE, JULIE | UPHOLD |
| TRUITT, JEROME | UPHOLD |

| | |
|---|---|
| VITAL, SONYA | UPHOLD |
| WALTERS, JORDON | UPHOLD |
| WEAVER, IAN | UPHOLD |
| AMBURGEY, THOMAS | DECLINE |
| ATCHISON, SARA | DECLINE |
| CURRY, JULIE | DECLINE |
| CURRY, BRIAN | DECLINE |
| HOLSTEIN, WAYNE | DECLINE |
| PEAY, CARLA | DECLINE |
| POWELL, TAYLOR | DECLINE |
| PRUITT JOJN | DECLINE |
| PRUITT, STEPHANIE | DECLINE |
| SULLIVAN, LUKE | DECLINE |
| TIGERT, BRADY | DECLINE |
| TWEET, NATHAN | DECLINE |
| WALSH, JONATHAN | DECLINE |
| WATKINS, ASTACIA | DECLINE |
| WOODS, DAVID | DECLINE |
| WOODS, ERICKA | DECLINE |
| ADEDOKUN, ADEYEMI | UPHOLD |
| ADEDOKUN, ENIOLA | UPHOLD |
| ALTANO, ALEZANDRA | UPHOLD |
| BADER, ANDREW | UPHOLD |
| BANKS, JORDAN | UPHOLD |
| BARNUM, RENEE | UPHOLD |
| BATISTA, OMAR | UPHOLD |
| BRODAY, JAMIE | UPHOLD |
| BROWN, KIANA | UPHOLD |
| BROWN, MERINA | UPHOLD |
| BRYANT, EMERY | UPHOLD |
| BUSCH, ELIZABETH | UPHOLD |
| BYRD, KRISTY | UPHOLD |
| BYRNSIDE, MARK | UPHOLD |
| CHERRY, WADE | UPHOLD |
| CLEVELAND, ANGEL | UPHOLD |

| | |
|---|---|
| CRUMPTON, KATRINA | UPHOLD |
| DALEY, KATHLEEN | UPHOLD |
| DENLINGER, CRAIG | UPHOLD |
| DICKERSON, KODY | UPHOLD |
| DOUGHERTY, COLIN | UPHOLD |
| ELEM, CASSIDY | UPHOLD |
| FAULKNER, GLORIA | UPHOLD |
| FEENEY, KAREN | UPHOLD |
| FOLAN, CECILE | UPHOLD |
| GILLIAN, HEIDI | UPHOLD |
| GILLIAN, MATTHEW | UPHOLD |
| GONZALEZ, MICHAEL | UPHOLD |
| HALL, CHARLES | UPHOLD |
| HAMES, SEAN | UPHOLD |
| HARRELSON, DONNA | UPHOLD |
| HARVEY, TRACY | UPHOLD |
| HAYWOOD, FRANKLIN | UPHOLD |
| HENSLEY, KEREN | UPHOLD |
| HERRING, NICHOLAS | UPHOLD |
| HERSHEY, KELLY | UPHOLD |
| HILL, GAYE | UPHOLD |
| HOLLOWAY, RYAN | UPHOLD |
| JACKSON, CARLA | UPHOLD |
| JAMES, REBECCA | UPHOLD |
| JAMES, TOMMY | UPHOLD |
| JAMESON, JERRALD | UPHOLD |
| JOHNSON, REBECCA | UPHOLD |
| KIESLING, WALTER | UPHOLD |
| KYLE, JESSICA | UPHOLD |
| LANGLEY, JULIE | UPHOLD |
| LAURA, FORTUNATO | UPHOLD |
| LEWIS, ROBERT | UPHOLD |
| LOVE, ARIEANA | UPHOLD |
| MANKER, KIANNIS | UPHOLD |
| MARKS, MARSHA | UPHOLD |

| | |
|---|---|
| MATULYS, KATHRYN | UPHOLD |
| MAYES, CHRISTINA | UPHOLD |
| MAYES, MICHAEL | UPHOLD |
| MCDOWELL, COREY | UPHOLD |
| MCELROY, INDIA | UPHOLD |
| MCKINE, TERESA | UPHOLD |
| MCKINNOR, JESSICA | UPHOLD |
| MCNAMARA, BRENDA | UPHOLD |
| MCREYNOLDS, KAYLA | UPHOLD |
| MILLER, JULIE | UPHOLD |
| MOELLER, BROOKS | UPHOLD |
| MORGAN, JAMES | UPHOLD |
| MUGGE, JUSTIN | UPHOLD |
| OERTEL, KATHRYN | UPHOLD |
| OERTEL, VANCE | UPHOLD |
| PAGE, MARSANN | UPHOLD |
| PARKER, ASHLEY | UPHOLD |
| PARKER, SCOTT | UPHOLD |
| PEAY, SCOTT | UPHOLD |
| POLMONARI, MARILEE | UPHOLD |
| PROVEAUX, ERIK | UPHOLD |
| RANDALL, LAINE | UPHOLD |
| RANDALL, NORRIS | UPHOLD |
| RAY, ROBERT | UPHOLD |
| REPH, KATLIN | UPHOLD |
| REYNOLDS, ROBYN | UPHOLD |
| RHINE, LYDIA | UPHOLD |
| RICO, OSCAR | UPHOLD |
| RIDDLE, BENTHANY | UPHOLD |
| RUNDIO, AMY | UPHOLD |
| SAMMONS, MEGAN | UPHOLD |
| SCHANO, LINDA | UPHOLD |
| SCHWARZ, GEORGE | UPHOLD |
| SCOTT, ANTONIO | UPHOLD |
| SCRUGGS, KIMBERLY | UPHOLD |

| | |
|---|---|
| SHUMAN, WHITNEY | UPHOLD |
| SMITH, DENISE | UPHOLD |
| SMITH, JAMES E | UPHOLD |
| SMITH, JAMES N | UPHOLD |
| SPELLICY, SAMANTHA | UPHOLD |
| STAHL, ALLISON | UPHOLD |
| STAHL, JESSICA | UPHOLD |
| STONE, KEVIN | UPHOLD |
| STOREY, KEITH | UPHOLD |
| THOMAS, BRANDON | UPHOLD |
| TILLEY, MARY | UPHOLD |
| TOUCHSTONE, JEREMY | UPHOLD |
| TRENT, JOHN | UPHOLD |
| WALKER, CADEIDRE | UPHOLD |
| WALKER, MARY | UPHOLD |
| WATTS, CRYSTAL | UPHOLD |
| WEBSTER, MILLICENT | UPHOLD |
| WHITE, LARRY | UPHOLD |
| WHITMER, JAMIE | UPHOLD |
| WILENSKY, COLLEEM | UPHOLD |
| WILENSKY, DAVID | UPHOLD |
| WILLIAMS, JAMEL | UPHOLD |
| WILLIAMS, JERRAE | UPHOLD |
| WISNIEWSKI, CHRISTINA | UPHOLD |
| WOODLOCK, VICTORIA | UPHOLD |
| WRIGHT, VICTORIA | UPHOLD |
| WYLIE, JUSTIN | UPHOLD |
| ZEISLER, GAIL | UPHOLD |
| COMPTON JR, KEY DULANY | DECLINE |
| DUNCAN, DENNY | DECLINE |
| DUNCAN, RENE R | DECLINE |
| EKELS, JAMES ROBERT | DECLINE |
| ELDRED, JOANNE MARY | DECLINE |
| ELDRED, EMMETT WALTER | DECLINE |
| HISER, LAURA W | DECLINE |

| | |
|---|---|
| OVERMAN, EVERETT BRADLEY | DECLINE |
| PROCACINA, ADREA LEE | DECLINE |
| SALVAGGIO, JANET LEE | DECLINE |
| SALVAGGIO, LAWRENCE | DECLINE |
| SHUMAN, CHRISTOPHER | DECLINE |
| BETTENCOURT, LYNN MARIE | UPHOLD |
| BUETHE, SCOTT ALLEN | UPHOLD |
| CHERRY JR, ANDREW | UPHOLD |
| CUTINO, TIFFANY LYNNE | UPHOLD |
| CUTINO, VINCEENT SALVATORE | UPHOLD |
| DUGAL, WILLIAM JOHN IV | UPHOLD |
| HALL, CARRIE VIRGINIA | UPHOLD |
| HOSTI, KENNETH WAYNE | UPHOLD |
| HOWARD, CHRISTOPHER | UPHOLD |
| HYMEL, KELSEY LYNN | UPHOLD |
| JACOBMA, LETICIA BARLOW | UPHOLD |
| LAURA, ROSA HILDA | UPHOLD |
| LECOMTE, KRISTIN ADELE | UPHOLD |
| MACDONALD, ANDREW | UPHOLD |
| MANOCHIO, FRANK III | UPHOLD |
| MARTIN, FRANCES CAROL P | UPHOLD |
| MARTIN, ROBERT JOSEPH | UPHOLD |
| MAXWELL, NATTIQUA | UPHOLD |
| MURPHY, DAVID RAY | UPHOLD |
| MYERS, DOREEN LYNN | UPHOLD |
| NITSCHMANN, WENDI SUE | UPHOLD |
| PALMER, DEBRA KIM | UPHOLD |
| POLMONARI, JOHN FRANCES | UPHOLD |
| RICKS, MAUREEN DAWNE | UPHOLD |
| RICKS, MICHAEL KEVJORIK | UPHOLD |
| ROSIER, CHRISPHER LEE | UPHOLD |
| SCHANO, ANDREW AURTHUR | UPHOLD |
| SCHMIDT, STEVEN EDWARDS | UPHOLD |
| SULLIVAN, JOHN RICHARD | UPHOLD |
| TANNER, KIMBERLY FRITZ | UPHOLD |

| THOMAS, SHAWNYHA A | UPHOLD |
| WEYMOUTH, BRUCE JR | UPHOLD |
| WHITE, WILLIAM E | UPHOLD |

Board member Norse made a motion to uphold the challenges as presented except for the voters who request to be removed. Board member Durso seconded the motion, and the motion was carried unanimously.

## Public Discussion

Sandy Mentzel asked what is the official outlet for notifications from the Board of Registrars? She also wanted to know if she could get a printed copy of the Budget and if members of the public could get copies of the budget. Finally, she wanted to know what the name of the Agency who hires the temporary workers.

The meeting adjourned.

# CHATHAM COUNTY BOARD OF REGISTRARS

1117 EISENHOWER DRIVE, SUITE E

POST OFFICE BOX 13757

SAVANNAH, GEORGIA 31416

(912) 790-1520
FAX 790-1519

**CHAIRMAN**
COLIN MCRAE

**BOARD MEMBERS**
WANDA ANDREWS
KATHERINE DURSO
DEBRA GEIGER
WILLIAM L. NORSE

**DIRECTOR**
SABRINA S. GERMAN

**ASSISTANT DIRECTOR**
ROGER OWENS

January 26, 2024



This letter is to notify you that a challenge hearing was held regarding your eligibility to vote on Wednesday, January 24, 2024. At the hearing the Board of Registrars determined that you are no longer eligible to participate in Chatham County elections. This decision is because you are no longer a resident of Chatham County and only affects your eligibility to vote within Chatham County.

If you feel that this decision was made in error, you are encouraged to contact this office immediately. You have the right to appeal this decision and may do so by filing a petition with the Clerk of Superior Court.

It is the responsibility of the voter to ensure that your address is updated correctly. If your status changes, you may use the enclosed application to reapply to vote in future Georgia elections. Please contact the department with any questions or concerns.

Sincerely,

Sabrina S. German
Enclosure