# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT and A. PHILLIP RANDOLPH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>JOHN FERVIER, SARA TINDALL GHAZAL, JANICE W. JOHNSTON, RICK JEFFARES, and JANELLE KING, in their official capacity as members of the Georgia State Election Board<br><br>COLIN McRAE, WANDA ANDREWS, WILLIAM L. NORSE, KATHERINE A. DURSO, and DEBRA GEIGER, in their official capacity as members of the Chatham County Board of Registrars,<br><br>BARBARA LUTH, JOEL NATT, CARLA RADZIKINAS, ANITA TUCKER, and DAN THALIMER, in their official capacity as members of the Forsyth County Board of Voter Registrations and Elections,<br><br>CATHY WOOLARD, AARON V. JOHNSON, MICHAEL HEEKIN, TERESA K. CRAWFORD, and JULIE ADAMS, in their official | Civil Action Case No.<br>1:24-CV-03412-SDG |

capacity as members of the Fulton County Board of Registration and Elections,

KAREN EVANS-DANIEL, ROBERT ABBOTT, JOEL HAZARD, THOMAS ELLINGTON, and MIKE KAPLAN, in their official capacity as members of the Macon-Bibb County Board of Elections,

WANDY TAYLOR, DAVID HANCOCK, LORETTA MIRANDOLA, ALICE O'LENICK, and ANTHONY RODRIGUEZ, in their official capacity as members of the Gwinnett County Board of Registrations and Elections, and

BEN JOHNSON, JAMES NEWLAND, ROY McCLAIN, JAMES A. O'BRIEN, and DEXTER WIMBISH, in their official capacity as members of the Spalding County Board of Elections and Voter Registration,

*Defendants*.

# PLAINTIFFS' MOTION TO WITHDRAW
# JONATHAN L. STERN AS COUNSEL OF RECORD

Pursuant to Local Rule 83.1(E), Plaintiffs' New Geogia Project and A. Phillip Randolph Institute (Plaintiffs) respectfully requests that the Court grant leave for Jonathan L. Stern to withdraw as co-counsel of record for Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented in this matter by

Bryan L. Sells of The Law Office of Bryan L. Sells, LLC; John Powers, Hani Mirza, and Matthew A. Fogelson of Advancement Project; and John A. Freedman, Rachel L. Forman, and Jeremy C. Karpatkin of Arnold & Porter Kaye Scholer LLP.

Attached hereto is a proposed Order granting this Motion.

Respectfully submitted, this 12th day of August 2024.

August 12, 2024

*/s/ Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
**THE LAW OFFICE OF BRYAN L. SELLS, LLC**
P.O. Box 5493
Atlanta, GA 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

John Powers*
Hani Mirza*
Matthew A. Fogelson*
**ADVANCEMENT PROJECT**
1220 L Street Northwest, Suite 850
Washington, DC 20005
(415) 238-0633
jpowers@advancementproject.org
hmirza@advancementproject.org
mfogelson@advancementproject.org


John A. Freedman*
Rachel L. Forman*
Jeremy C. Karpatkin*
**ARNOLD & PORTER KAYE SCHOLER LLP**

601 Massachusetts Ave. N.W.
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Michael A. Rogoff*
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
michael.rogoff@arnoldporter.com

*pro hac vice application submitted

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing PLAINTIFFS' MOTION TO WITHDRAW JONATHAN L. STERN AS COUNSEL OF RECORD has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

This 12th day of August 2024.

>	*/s/ Bryan L. Sells*
> Bryan L. Sells
> Georgia Bar No. 635562
> **THE LAW OFFICE OF BRYAN L. SELLS, LLC**
> P.O. Box 5493
> Atlanta, GA 31107
> Tel: (404) 480-4212
> Email: bryan@bryansellslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing PLAINTIFFS' MOTION TO WITHDRAW JONATHAN L. STERN AS COUNSEL OF RECORD with the Clerk of Court using the CM/ECF system, which will ensure service to all parties of record.

This 12th day of August 2024.

>*/s/ Bryan L. Sells*
>Bryan L. Sells
>Georgia Bar No. 635562
>**THE LAW OFFICE OF BRYAN L. SELLS, LLC**
>P.O. Box 5493
>Atlanta, GA 31107
>Tel: (404) 480-4212
>Email: bryan@bryansellslaw.com