# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT and A. PHILLIP RANDOLPH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,<br><br>JOHN FERVIER, SARA TINDALL GHAZAL, JANICE W. JOHNSTON, RICK JEFFARES, and JANELLE KING, in their official capacity as members of the Georgia State Election Board<br><br>COLIN McRAE, WANDA ANDREWS, WILLIAM L. NORSE, KATHERINE A. DURSO, and DEBRA GEIGER, in their official capacity as members of the Chatham County Board of Registrars,<br><br>BARBARA LUTH, JOEL NATT, CARLA RADZIKINAS, ANITA TUCKER, and DAN THALIMER, in their official capacity as members of the Forsyth County Board of Voter Registrations and Elections,<br><br>CATHY WOOLARD, AARON V. JOHNSON, MICHAEL HEEKIN, TERESA K. CRAWFORD, and JULIE ADAMS, in their official | Civil Action<br>Case No. 1:24-CV-03412-SDG |

capacity as members of the Fulton County Board of Registration and Elections,

KAREN EVANS-DANIEL, ROBERT ABBOTT, JOEL HAZARD, THOMAS ELLINGTON, and MIKE KAPLAN, in their official capacity as members of the Macon-Bibb County Board of Elections,

WANDY TAYLOR, DAVID HANCOCK, LORETTA MIRANDOLA, ALICE O'LENICK, and ANTHONY RODRIGUEZ, in their official capacity as members of the Gwinnett County Board of Registrations and Elections, and

BEN JOHNSON, JAMES NEWLAND, ROY McCLAIN, JAMES A. O'BRIEN, and DEXTER WIMBISH, in their official capacity as members of the Spalding County Board of Elections and Voter Registration,

    *Defendants*.

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Withdraw Jonathan L. Stern as Counsel of Record. It is appearing that the requirements of Local Rule 83.1(E) have been met, and no objections to the Motion having been filed, the Motion is hereby **GRANTED**.

**SO ORDERED** this \_\_ day of _____, 2024.

_____
HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE