# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT and A. PHILLIP RANDOLPH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSBERGER, in his official capacity as Georgia Secretary of State, et al.,<br><br>*Defendants*. | No. 1:24-cv-03412 |

## REPUBLICAN INTERVENORS' PROPOSED ANSWER

Proposed Intervenors—the Republican National Committee and the Georgia Republican Party, Inc.—answer the Plaintiffs' Complaint (Doc. 1). Unless expressly admitted below, every allegation in the complaint is denied. Accordingly, Intervenors state:

1. Intervenors do not dispute that the Plaintiffs seek declaratory and injunctive relief against enforcement of SB 189. The remaining allegations in this paragraph are legal conclusions to which no response is required.

2. The National Voter Registration Act speaks for itself. The remaining allegations in this paragraph are legal conclusions to which no response is required.

3. The first sentence is a legal conclusion to which no response is required. Intervenors otherwise lack sufficient information to admit or deny this allegation.

4. SB 189 speaks for itself. Intervenors otherwise deny this allegation.

5. SB 189 speaks for itself. Intervenors lack sufficient information to admit or deny the third sentence. The remaining allegations are legal conclusions to which no response is required.

6. The first sentence is a legal conclusion to which no response is required. Intervenors otherwise lack sufficient information to admit or deny this allegation.

## JURISDICTION AND VENUE

7. These legal arguments require no response.

8. These legal arguments require no response.

9. These legal arguments require no response.

10. These legal arguments require no response.

## PARTIES

11. Intervenors lack sufficient information to admit or deny this allegation.

12. Intervenors lack sufficient information to admit or deny this allegation.

13. Intervenors lack sufficient information to admit or deny this allegation.

14. Intervenors lack sufficient information to admit or deny this allegation.

15. Intervenors lack sufficient information to admit or deny this allegation.

16. Intervenors lack sufficient information to admit or deny this allegation.

17. Intervenors lack sufficient information to admit or deny this allegation.

18. Intervenors lack sufficient information to admit or deny this allegation.

19. The cited statutes speak for themselves. Intervenors admit that Brad Raffensperger is the Georgia Secretary of State. Intervenors otherwise lack sufficient information to admit or deny this allegation.

20. The cited statutes speak for themselves. Intervenors admit that John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King are members of the Georgia State Election Board. Intervenors otherwise lack sufficient information to admit or deny this allegation.

21. Intervenors lack sufficient information to admit or deny this allegation.

22. Intervenors lack sufficient information to admit or deny this allegation.

23. Intervenors lack sufficient information to admit or deny this allegation.

24. Intervenors lack sufficient information to admit or deny this allegation.

25. Intervenors lack sufficient information to admit or deny this allegation.

26. Intervenors lack sufficient information to admit or deny this allegation.

27. Admit.

28. The attached notice letter speaks for itself. Intervenors otherwise lack sufficient information to admit or deny the authenticity of the letter.

## FACTS AND BACKGROUND

29. The cited statute speaks for itself.

30. The cited statute speaks for itself.

31. The cited statute speaks for itself.

32. The cited statute speaks for itself.

33. The cited statute speaks for itself.

34. The cited statute speaks for itself.

35. This allegation is a legal conclusion to which no response is required.

36. The cited statutes speak for themselves.

37. The cited statute speaks for itself.

38. The cited statute speaks for itself.

39. The cited statutes speak for themselves.

40. The cited statute speaks for itself.

41. The cited statute speaks for itself. This paragraph otherwise contains legal conclusions and characterizations to which no response is required.

42. The cited statute speaks for itself.

43. The cited statute speaks for itself.

44. The cited statute speaks for itself.

45. The cited statute speaks for itself.

46. The cited statute speaks for itself.

47. The cited statute speaks for itself.

48. The cited statute speaks for itself.

49. The cited statute speaks for itself.

50. Intervenors lack sufficient information to admit or deny this allegation.

51. Intervenors lack sufficient information to admit or deny this allegation.

52. Intervenors lack sufficient information to admit or deny this allegation.

53. Intervenors lack sufficient information to admit or deny this allegation.

54. Intervenors lack sufficient information to admit or deny this allegation.

55. The legislative record speaks for itself. Intervenors otherwise lack sufficient information to admit or deny this allegation.

56. The legislative record speaks for itself. Intervenors otherwise lack sufficient information to admit or deny this allegation.

57. The legislative record speaks for itself. Intervenors otherwise lack sufficient information to admit or deny this allegation.

58. The legislative record speaks for itself. Intervenors otherwise lack sufficient information to admit or deny this allegation.

59. Admit.

60. The cited statute speaks for itself.

61. The cited statute speaks for itself.

62. The cited statute speaks for itself.

63. The cited statute speaks for itself.

64. Intervenors lack sufficient information to admit or deny this allegation.

65. Intervenors lack sufficient information to admit or deny this allegation.

66. Intervenors lack sufficient information to admit or deny this allegation.

67. Intervenors lack sufficient information to admit or deny this allegation.

68. Intervenors lack sufficient information to admit or deny this allegation.

69. Intervenors lack sufficient information to admit or deny this allegation.

70. Intervenors lack sufficient information to admit or deny this allegation.

71. Intervenors lack sufficient information to admit or deny this allegation.

72. Intervenors lack sufficient information to admit or deny this allegation.

73. Intervenors lack sufficient information to admit or deny this allegation.

74. Intervenors lack sufficient information to admit or deny this allegation.

75. Intervenors lack sufficient information to admit or deny this allegation.

76. SB 189 speaks for itself.

77. SB 189 speaks for itself.

78. Deny.

79. Intervenors lack sufficient information to admit or deny this allegation.

80. Intervenors deny that SB 189 "makes it harder for unhoused voters without a permanent address to receive and respond to NVRA confirmation mailings." Intervenors otherwise lack sufficient information to admit or deny this allegation.

81. Intervenors deny the characterization that voters will be "unable to access election mail" because of SB 189.

82. Intervenors lack sufficient information to admit or deny this allegation.

## CAUSES OF ACTION

83. The cited statute speaks for itself.

84. Intervenors lack sufficient information to admit or deny this allegation.

## COUNT I

85. The cited statute speaks for itself.

86. This paragraph consists of legal conclusions to which no response is required.

87. This paragraph consists of legal conclusions to which no response is required.

88. This paragraph consists of legal conclusions to which no response is required.

## COUNT II

89. The cited statute speaks for itself.

90. This paragraph consists of legal conclusions to which no response is required.

## COUNT III

91. The cited statute speaks for itself.

92. Intervenors lack sufficient information to admit or deny this allegation.

93. Intervenors lack sufficient information to admit or deny this allegation.

94. This paragraph consists of legal conclusions to which no response is required.

95. This paragraph consists of legal conclusions to which no response is required.

## COUNT IV

96. The cited statute speaks for itself.

97. This paragraph consists of legal conclusions to which no response is required.

98. This paragraph consists of legal conclusions to which no response is required.

## COUNT V

99. This paragraph consists of legal conclusions to which no response is required.

100. Intervenors lack sufficient information to admit or deny this allegation.

101. This paragraph consists of legal conclusions to which no response is required.

102. This paragraph consists of legal conclusions to which no response is required.

103. This paragraph consists of legal conclusions to which no response is required.

## RESPONSE TO PRAYER FOR RELIEF

Intervenors deny that Plaintiffs are entitled to their requested relief.

## AFFIRMATIVE DEFENSES

1. The allegations in the complaint fail to state a claim.

2.   Plaintiffs' requested relief is barred by the *Purcell* principle.

This 15th day of August, 2024.

                                      Respectfully submitted,

                                      /s/ *Baxter D. Drennon*

| | |
|---|---|
| Thomas R. McCarthy* | William Bradley Carver, Sr. |
| Gilbert C. Dickey* |    Georgia Bar No. 115529 |
| Conor D. Woodfin* | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree Street NE |
| 1600 Wilson Boulevard | Suite 2900 |
| Suite 700 | Atlanta, GA 30303 |
| Arlington, VA 22209 | (404) 954-5000 |
| (703) 243-9423 | BCarver@hallboothsmith.com |
| tom@consovoymccarthy.com | |
| gilbert@consovoymccarthy.com | Baxter D. Drennon |
| conor@consovoymccarthy.com |    Georgia Bar No. 241446 |
| | HALL BOOTH SMITH, P.C. |
| **pro hac vice* forthcoming* | 200 River Market Avenue |
| | Suite 500 |
| | Little Rock, AR 72201 |
| | (501) 319-6996 |
| | BDrennon@hallboothsmith.com |

                 *Counsel for Proposed Intervenors*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Baxter D. Drennon*

## CERTIFICATE OF SERVICE

On August 16, 2024, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *Baxter D. Drennon*