UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT and A. PHILLIP RANDOLPH INSTITUTE, *Plaintiffs*, v. BRAD RAFFENSBERGER, in his official capacity as Georgia Secretary of State, et al., *Defendants*. | No. 1:24-cv-03412 |

**CORPORATE DISCLOSURE STATEMENT**

Proposed Intervenors—the Republican National Committee and the Georgia Republican Party, Inc.—submit the following statement of their corporate interests in accordance with Federal Rule of Civil Procedure 7.1:

1. The Republican National Committee has no parent corporation, nor does a publicly held corporation own any interest in it; and

2. The Georgia Republican Party, Inc. has no parent corporation, nor does a publicly held corporation own any interest in it.

Submitted this 13th day of September, 2024.

2

        Respectfully submitted,

        /s/ *William Bradley Carver, Sr.*

| | |
|---|---|
| Thomas R. McCarthy* | William Bradley Carver, Sr. |
| Gilbert C. Dickey* |   Georgia Bar No. 115529 |
| Conor D. Woodfin* | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree Street NE |
| 1600 Wilson Boulevard | Suite 2900 |
| Suite 700 | Atlanta, GA 30303 |
| Arlington, VA 22209 | (404) 954-5000 |
| (703) 243-9423 | BCarver@hallboothsmith.com |
| tom@consovoymccarthy.com | |
| gilbert@consovoymccarthy.com | Baxter D. Drennon |
| conor@consovoymccarthy.com |   Georgia Bar No. 241446 |
| | HALL BOOTH SMITH, P.C. |
| *admitted *pro hac vice* | 200 River Market Avenue |
| | Suite 500 |
| | Little Rock, AR 72201 |
| | (501) 319-6996 |
| | BDrennon@hallboothsmith.com |

      *Counsel for Proposed Intervenors*

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *William Bradley Carver, Sr.*

**CERTIFICATE OF SERVICE**

On September 13, 2024, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *William Bradley Carver, Sr.*