# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-03412-SDG |

**STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Secretary of State Brad Raffensperger and State Election Board Members John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King, in their official capacities (collectively, State Defendants), move to dismiss Plaintiffs' Complaint [Doc. 1] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, State Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' Complaint, which is filed with this motion.

Respectfully submitted this 15th day of October, 2024.

                                              Christopher M. Carr
                                              Attorney General
                                              Georgia Bar No. 112505
                                              Bryan K. Webb
                                              Deputy Attorney General
                                              Georgia Bar No. 743580
                                              Elizabeth T. Young

Senior Assistant Attorney General
Georgia Bar No. 707725
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
800 Battery Ave SE
Suite 100
Atlanta, Georgia 30339
678.370.4377 (phone)

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Motion has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson