IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*,<br>   Plaintiffs,<br>             v.<br>BRAD RAFFENSPERGER, *in his official capacity as Georgia Secretary of State, et al.*,<br>   Defendants. | Civil Action No.<br>1:24-cv-03412-SDG |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br>   Plaintiffs,<br>             v.<br>BRAD RAFFENSPERGER, *Secretary of State of Georgia, in his official capacity*,<br>   Defendant. | Civil Action No.<br>1:24-cv-04287-SDG |
| SECURE FAMILIES INITIATIVE *and their members*,<br>   Plaintiff,<br>             v.<br>BRAD RAFFENSPERGER, *in his official capacity as the Secretary of State of Georgia, et al.*,<br>   Defendants. | Civil Action No.<br>1:24-cv-04659-SDG |

**ORDER TO SHOW CAUSE**

No later than **October 31, 2024**, Plaintiffs and Defendants in each of these cases are **ORDERED** to **SHOW CAUSE** why these actions—each involving a challenge to Georgia Senate Bill 189, Sections 4 and 5, and naming Georgia Secretary of State Brad Raffensperger as a Defendant—should not be consolidated

1

pursuant to Fed. R. Civ. P. 42(a) for all purposes, including trial of Plaintiffs' claims if appropriate. Alternatively, the parties may indicate their consent to consolidation. The Clerk is **DIRECTED** to resubmit this Order to undersigned on November 1, 2024.

 **SO ORDERED** this 24th day of October, 2024.

_____<br>
Steven D. Grimberg<br>
United States District Judge