# APPENDIX A
# Claims Chart

|  | **Plaintiffs NGP, GAMVP, APRI, and Sang Huynh** | **Plaintiff SFI** | **Plaintiffs Ga. NAACP and GCPA, and VoteRiders** |
|---|---|---|---|
| **COUNT I**<br><br>The S.B. 189 Section 5 Residency-Based Probable-Cause Provisions Violate the NVRA 8(d) Removal Process | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Six Counties' Board Members[1]<br><br>Plaintiff GAMVP as to Defendant Raffensperger, SEB Defendants, and Five Counties' Board Members[2]<br><br>Plaintiff Huynh as to Defendant Raffensperger, SEB Members, and Fulton County Defendants | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | Plaintiffs Ga. NAACP and GCPA as to Defendant Raffensperger, SEB Defendants, and Boards and Members of Seventeen Counties' Boards of Elections and Registration[3] |
| **COUNT II**<br><br>The S.B. 189 Section 5 "Nonresidential" Address Provision Violates the NVRA 8(b) Uniformity and Nondiscrimination Provisions | Plaintiffs NGP, GAMVP, Huynh, and APRI as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | Plaintiffs Ga. NAACP and GCPA as to Defendant Raffensperger, SEB Defendants, and Boards and Members of Seventeen Counties' Boards of Elections and Registration[4] |
| **COUNT III**<br><br>Chatham, Forsyth, Gwinnett, and Spalding County Defendants Voter Removal Practices Violate the NVRA's Requirements for Processing Voters Who Move | Plaintiffs NGP and APRI as to Chatham, Forsyth, Gwinnett, and Spalding County Defendants<br><br>Plaintiff GAMVP as to Chatham, Forsyth, and Gwinnett County Defendants | - | - |
| **COUNT IV**<br><br>S.B. 189 Section 4's Unhoused Voter Mailing-Address Restriction Violates the NVRA 8(b) | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Chatham, Fulton, and Macon-Bibb County Defendants | - | Plaintiffs Ga. NAACP and GCPA as to Defendant Raffensperger, SEB Defendants, and Boards and Members of Seventeen |

---

[1] Chatham, Forsyth, Fulton, Gwinnett, Macon-Bibb, and Spalding Counties
[2] Chatham, Forsyth, Fulton, Gwinnett, and Macon-Bibb Counties
[3] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.
[4] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.

| | **Plaintiffs NGP, GAMVP, APRI, and Sang Huynh** | **Plaintiff SFI** | **Plaintiffs Ga. NAACP and GCPA, and VoteRiders** |
|---|---|---|---|
| Uniform and Nondiscriminatory Provision | Plaintiff Huynh as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants | | Counties' Boards of Elections and Registration[5] |
| **COUNT V**<br><br>S.B. 189 Section 4's Unhoused Voter Mailing-Address Restriction Violates Multiple NVRA Notice Requirements | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Chatham, Fulton, and Macon-Bibb County Defendants<br><br>Plaintiff Huynh as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants | - | - |
| **COUNT VI**<br><br>S.B. 189 Section 5's "Nonresidential Address" Provisions Violate the Fundamental Right to Vote Under the First and Fourteenth Amendments as to All Voters | Plaintiffs NGP, GAMVP, Huynh, and APRI as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections |
| **COUNT VII**<br><br>S.B. 189 Section 5 Violates the Fundamental Right to Vote Under the First and Fourteenth Amendments as to Overseas and Military Voters | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT VIII**<br><br>S.B. 189 Section 4 Infringes on Unhoused Voters' Fundamental Voting Rights Under the | Plaintiffs NGP and APRI as to SEB Defendants and Chatham, Fulton, and Macon-Bibb County Defendants | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class |

---

[5] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.

| | Plaintiffs NGP, GAMVP, APRI, and Sang Huynh | Plaintiff SFI | Plaintiffs Ga. NAACP and GCPA, and VoteRiders |
|---|---|---|---|
| First and Fourteenth Amendments | Plaintiff Huynh as to SEB Defendants and Fulton County Defendants | | Represented by Gwinnett County Board of Registrations and Elections |
| **COUNT IX**<br><br>S.B. 189 Section 5's Nonresidential Address Provisions Violate the Due Process Clause of the Fourteenth Amendment as to All Voters | - | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections |
| **COUNT X**<br>S.B. 189 Section 5 Violates the Due Process Clause of the Fourteenth Amendment as to Overseas and Military Voters | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT XI**<br><br>S.B. 189 Section 5 Violates the Equal Protection Clause of the Fourteenth Amendment | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT XII**<br><br>S.B. 189 Section 5 Violates Title I of the Civil Rights Act | Plaintiffs NGP, GAMVP, APRI, and Huynh as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |