# EXHIBIT 3
# Spalding County

JUL 2 7 2022

July 27, 2022

County Election Officials

O.C.G.A. § 21-2-229 ELECTOR CHALLENGE OF PERSONS ON LIST OF ELECTORS

I AM A QUALIFIED ELECTOR OF SPALDING COUNTY, GEORGIA. PURSUANT TO GEORGIA CODE, TITLE 21 – ELECTIONS, CHAPTER 2 - ELECTIONS AND PRIMARIES GENERALLY, ARTICLE 6 - REGISTRATION OF VOTERS, § 21-2-229 Challenge of applicant for registration by other electors; notice and hearing; right of appeal; sanctions for board's noncompliance.

THIS CHALLENGE DEMONSTRATES PROBABLE CAUSE TO BELIEVE THE ELECTORS NAMED IN EXHIBIT 'A' AND 'B' NO LONGER RESIDE IN SPALDING COUNTY, GEORGIA, AND THAT EXHIBIT 'C' VOTER TO GEORGIA THEN BACK TO FLORIDA, WHICH CONSTITUTES GROUNDS FOR THIS CHALLENGE.

More than 40 million Americans change their addresses annually and submit change of address (COA) orders to the U.S. Postal Service. The Postal Service provides COA information for a fee through National Change of Address Linkage (NCOA Link), a service also utilized by the Georgia Secretary of State's office.

The 1993 National Voter Registration Act (NVRA) specifically permits use of national change of address (NCOA) information to identify registrants who may have changed residences. If the registrant appears to have moved to a residence outside of the registrar's jurisdiction, the NVRA further permits the use of NCOA information to prompt the removal of a registrant from the voter rolls.

Consistent with the 1993 NVRA, Georgia Code § 21-2-233 expressly permits the utilization of "change of address information supplied by the United States Postal Service through its licensees periodically for the purpose of identifying those electors whose addresses have changed."
52 U.S. Code § 20507, subsection (b) requires Georgia "to protect the integrity of the electoral process by ensuring the maintenance of an accurate and current voter registration roll for elections for Federal Office."
Subsection (a)(4)(b) states Georgia shall "conduct a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters by reason of - (b) a change in the residence of the registrant, in accordance with subsections (b), (c), and (d)."
Records suggest no fewer than 17 months have passed since the Georgia Secretary of State's office initiated a comprehensive NCOA review of

registered electors that could identify "a change in the residence of the registrant." In that time, no fewer than 180k registered Georgia voters have submitted Change-of-Address requests with the US Postal Service to permanently forward their mail to residential addresses outside of the Georgia county in which they are currently registered to vote. The electors named in EXHIBIT A and B, have NCOA records with the US Postal Service indicating they have done the same.

Georgia Code governing elections requires that "A person shall not be considered to have lost such person's residence who leaves such person's home and goes into another state or county or municipality in this state, for temporary purposes only, with the intention of returning, **unless such person *shall register to vote*** or perform other acts indicating a desire to change such person's citizenship and residence" § 21-2-217 (a)(2)

"If a person removes **to another state** with the intention of remaining there an indefinite time and making such state such person's place of residence, such person shall be considered to have lost such person's residence in this state, notwithstanding that such person may intend to return at some indefinite future period." § 21-2-217 (a)(5). Georgia Code further requires that "If a person removes to another county or municipality ***within this state*** with the intention of remaining there an indefinite time and making such other county or municipality such person's place of residence, such person shall be considered to have lost such person's residence in the former county or municipality, notwithstanding that such person may intend to return at some indefinite future period." § 21-2-217 (a)(6)
"If a person goes into another state and while there ***exercises the right of a citizen by voting***, such person shall be considered to have lost such person's residence in this state." § 21-2-217 (a)(13)

PROBABLE CAUSE TO CHALLENGE RESIDENCY / ELIGIBILITY

This process was performed uniformly across the list of Spalding Counties' list of qualified electors without regard to political affiliation or prior voter history.

The results of NCOA processing identified the electors named in EXHIBIT A and B as having submitted a permanent Change of Address request with the US Postal Service that resulted in their mail being forwarded FROM the address used to establish eligibility to cast a ballot in this county TO a location outside the state of Georgia.

Accordingly, and in the interest of the integrity of our elections, I challenge the right of those named in EXHIBIT A and B to cast a vote in this county for the November 8, 2022 General Election for Federal Offices.

The elector's voter registration number, registered address, requested forwarding address, and the date elector requested forwarding to be effective, are provided in EXHIBIT A. EXHIBIT B includes the elector's name and additional information that was removed on EXHIBIT A to make the process more anonymous, thereby more fair. Electronic copies in PDF and Xcel format of the challenged electors contained within EXHIBIT A and B is also available.

Please notify me when you act on this Challenge.

O.C.G.A. § 21-2-217 (Lexis Advance through the 2021 Regular and Special Sessions of the General Assembly)

Marcia S. Collins

Marcia Simone Collins
Resident, Spalding Co GA

[redacted]

# Spalding County Board of Elections and Registration

**825 Memorial Drive Griffin, GA 30223**

**SPECIAL CALLED MEETING**
**August 9, 2022**

# AGENDA

I. Call to order

PLEASE SILENCE YOUR CELL PHONES AND ALL OTHER ELECTRONIC DEVICES.

II. Invocation/Moment of Silence

III. Pledge to the Flag

IV. Adoption of the Agenda (Action Item)

V. Challenge of Voters on Electors List (Action Item)

Challenge presented by Marcia Collins

VI. Adjournment

# SPALDING COUNTY BOARD OF ELECTIONS & REGISTRATION
## Special Called Meeting
## August 9, 2022

The special called meeting of the Spalding County Board of Elections and Registration was held at the County Courthouse Annex, 109 East Solomon Street at 5:30 p.m. on August 9, 2022. Attending were Vice Chairman James Newland, presiding and Board Members Roy McClain, Jim O'Brien, and Dexter Wimbish (by Webex). Also present were Elections Supervisor Kim Slaughter, Voter Registration Coordinator Billie Preston, County Attorney Stephanie Windham, and Teresa Watson to record minutes.

**Call to Order**
Vice Chairman James Newland called the meeting to order at 5:36 p.m. and welcomed everyone. He read a brief statement regarding meeting protocol.

**Invocation/Moment of Silence**
Mr. Jim O'Brien provided the invocation.

**Pledge**
Mr. Roy McClain led the pledge.

**Adoption of the Agenda**
***Roy McClain moved to amend the agenda to add an election challenge public hearing prior to the agenda item, "Challenge of Voters on Electors List". Jim O'Brien seconded, and the motion passed unanimously at 4-0 with Dexter Wimbish voting by Webex.***

***Motion/second by Roy McClain/Jim O'Brien to adopt the amended agenda carried by a 4-0 vote.***

***Motion/second by James Newland/Roy McClain to enter public hearing at 5:37 carried by a unanimous 4-0 vote.***

**Public Hearing**
Marcia Collins, 50 Ninety-Two Place, Griffin, Georgia

When voting last, she was informed she had voted twice, which she knew to be incorrect. So, she started doing some research after she heard about the two voters who had moved to Florida and voted there while still being on the voter registration rolls here. She was present tonight to ask that the Board consider removing the 94 persons identified on the July 27, 2022, Challenged Voter List.

Billie Preston referenced the July 27, 2022, Challenged Voter List that Ms. Collins had researched and presented, which included 94 persons. These were presented to Board Members in packets for this Special Called Meeting. The document shows everyone's current voting status and the date last voted. The County is only required by law to send notices to the last known Spalding County address; however, whenever possible, these were sent to new addresses, as well. Staff received responses by email and telephone, and 20 were returned. Based on the findings of staff, it is recommended that the Board remove these 94 identified voters from Spalding County voter registrations. Of those contacted, no one confirmed they wanted to remain a voter here.

***Motion/second to adjourn Public Hearing at 5:40 p.m. by Roy McClain/Jim O'Brien carried 4-0.***

**Challenge of Voters on Electors List**

***Roy McClain moved to remove said names identified on the July 27, 2022, list, seconded by Jim O'Brien. The motion carried by a vote of 3-0-1 with Mr. Wimbish abstaining.***

**Adjournment**

***Motion/second to adjourn at 5:43 p.m. by Roy McClain/James Newland carried by a vote of 4-0.***

______________________________
James Newland, Vice Chairman

______________________________
Recording Secretary, Teresa A. Watson

**JULY 27, 2022 CHALLENGED VOTER LIST**

| NAME | STATUS | LAST VOTED |
|---|---|---|
| | | |
| ROBERT ALLEN | IA/CS | NONE |
| CLAYTON ARMSTRONG | IA/NCOA | 11/8/2016 |
| DEBORAH ARMSTRONG | IA/NCOA | 7/24/2018 |
| SHANE ARMSTRONG | IA/NCOA | 7/24/2018 |
| DIANNE BARKER | IA/NCOA | 11/8/2016 |
| JUDITH BARKER | IA | 6/9/2020 |
| RONALD BARKER | IA/NCOA | 11/8/2016 |
| NANCY BAUGHCUM | IA/CS | 11/8/2016 |
| REGINA BENICOFF | IA/NCOA | NONE |
| RICKEY BENICOFF | IA/NCOA | NONE |
| RAYMOND BENNETT | IA/CS | 11/8/2016 |
| MARLENE BIRKHEAD | IA | 2/9/2021 |
| PEGGY BLOODWORTH | IA/CS | 1/5/2021 |
| LEONARD BOLTON | MOS | 11/6/2018 |
| HADLEY BROTHERS | IA/NCOA | NONE |
| ALBERT BROWN | IA/CS | NONE |
| SHIRLEY BROWN | IA/CS | 1/5/2021 |
| SHARON CARRAWAY | IA/CS | 11/6/2018 |
| MAUREEN CLEARY | MOS | 11/6/2018 |
| SHERVALYNE COLEMAN | IA/CS | 11/6/2018 |
| RACHEL CONORT | IA | 11/5/2021 |
| ELLEN CRAWFORD | IA | 2/9/2021 |
| JAMES CRAWFORD | IA | 2/9/2021 |
| YANIRA CRUZ | IA/CS | NONE |
| BOBBIE JO DAVIS | IA/CS | 11/6/2018 |
| EARL DAVIS | A | 11/6/2018 |
| VANESSA DESTIN | IA | 1/5/2021 |
| VAUGHN DESTIN | IA | 11/3/2020 |
| JOHN DEVLIN | A | 11/2/2021 |
| CATHERINE DOZIER | IA | 1/5/2021 |
| LEONILA DUNSON | IA | 1/3/2020 |
| KAREN FISHER | IA/CS | 1/5/2021 |
| JASON FOWLER | IA | 1/5/2021 |
| TIFFANY FOWLER | IA | 1/5/2021 |
| WAYNE FOX | IA/NCOA | 1/8/2016 |
| DANIEL GORBY | MOS | 1/5/2021 |
| RANDALL HADDOX | IA/CS | NONE |
| BOBBY HARRIS | IA/CS | 11/6/2018 |
| CYNTHIA HARRIS | IA/CS | 11/3/2020 |
| NICHOLAS HARRIS | IA | 11/6/2018 |
| AMY HIERS | IA/CS | 11/6/2018 |
| DUANE HIERS JR. | IA/CS | NONE |
| TERESA HORNSBY | IA | 1/5/2021 |
| LOIS JACKSON | IA/NCOA | 12/4/2018 |
| BRIAN JONES | IA/NCOA | 12/2/2008 |

**JULY 27, 2022 CHALLENGED VOTER LIST**

| | | |
|---|---|---|
| BARBARA KAPLAN | IA/CS | 12/4/2018 |
| CHARLES KAPLAN | IA/CS | 11/8/2016 |
| WYLLY KING | IA/CS | 11/8/2016 |
| CORINNE KLINKER | IA | 1/5/2021 |
| CHARLES LINDBERG | IA/CS | NONE |
| PHYLLIS LINDBERG | IA/CS | 1/5/2021 |
| MARIANNE MCCALL | IA/CS | 12/4/2018 |
| SHERRY MCCURRY | IA | 1/5/2021 |
| CHARLES MILLER | MOS | 2/9/2021 |
| LAURA MILLER | MOS | 2/9/2021 |
| LOIS MORAN | IA | 1/5/2021 |
| JOHNNY MORRISON | IA | 11/6/2018 |
| TIFFANY OBERT | A | 2/9/2021 |
| ZACHERY OBERT | A | 1/5/2021 |
| JAMES OLIVER-NELSON | IA | NONE |
| TRENT OLIVER-NELSON | IA | NONE |
| MATTHEW OSTRANDER | IA/CS | 11/5/2021 |
| TERESA OWENS | IA/CS | 11/6/2018 |
| JOHN PATTILLO | IA | 1/5/2021 |
| MARSHA PATTILLO | IA | 1/5/2021 |
| DEBORAH PHILLIPS | IA/CS | 11/6/2018 |
| CHERYL PLYMEL | IA/NCOA | 11/6/2018 |
| DEWEY POLK | IA/CS | 11/6/2018 |
| DUSTIN REED | IA/CS | NONE |
| KRISTINA REED | IA/CS | NONE |
| GERALDINE REMNICK | IA/CS | 12/4/2018 |
| BRIAN RIGGIN | IA/CS | 11/3/2020 |
| EDMUNDO ROLON JR. | IA/NCOA | 11/6/2018 |
| SUSAN ROLON | IA/NCOA | 10/8/2016 |
| DONALD ROWE | IA | 11/3/2020 |
| MORGAN ROWE | IA | 11/3/2020 |
| AUSTIN SANVIDGE | IA | 1/5/2021 |
| GERALD SMITH | IA | 1/5/2021 |
| LESTER SMITH | IS/CS | 11/5/2021 |
| ELLA SOWELL | IA/CS | 11/6/2018 |
| YVONNE STEELE-SMITH | IA/CS | 6/9/2020 |
| LISA STRICKLAND | IA/NCOA | 11/8/2016 |
| WILLIAM STRICKLAND | IA/NCOA | 11/8/2016 |
| TRENT TAYLOR | IA/CS | NONE |
| ERIAS TERRELL | IA/CS | 6/9/2020 |
| JAMIE THOMAS | IA | 11/3/2020 |
| MELANIE THOMAS | IA/CS | NONE |
| KELLEY UNDERWOOD | IA/CS | 11/3/2020 |
| PAUL WALDROP | IA/NCOA | 11/8/2016 |
| BRITTANY WARD | IA/NCOA | 11/8/2016 |
| ANGELA WAY | IA | 1/5/2021 |
| DIXIE WHITEHEAD | IA | 11/4/2014 |

JULY 27, 2022 CHALLENGED VOTER LIST

| | | |
|---|---|---|
| DONALD WHITEHEAD JR. | IA | 1/5/2021 |
| DANIEL WHITMORE JR. | A | 1/5/2021 |
| KATHLEEN WHITMORE | A | 1/5/2021 |
| PATRICIA YOUMANS | IA/CS | 11/6/2018 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **LEONARD BOLTON &** | **A=ACTIVE** | |
| **MAUREEN CLEARY WERE** | **IA= INACTIVE** | |
| **PREVIOUSLY REMOVED** | **CS=CROSS STATE** | |
| **PER 7-5-22 CHALLENGE** | **NCOA=NAT'L CHANGE OF ADD.** | |
| | **MOS=MOVED OUT OF STATE** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |