# EXHIBIT 4
# Chatham County & Tybee Island

# CHATHAM COUNTY BOARD OF REGISTRARS

1117 EISENHOWER DRIVE, SUITE E

POST OFFICE BOX 13757

SAVANNAH, GEORGIA 31416

(912) 790-1520
FAX 790-1519

**CHAIRMAN**
COLIN MCRAE

**BOARD MEMBERS**
WANDA ANDREWS
KATHERINE DURSO
DEBRA GEIGER
WILLIAM L. NORSE

**DIRECTOR**
SABRINA S. GERMAN

**ASSISTANT DIRECTOR**
INGER BOSTICK

March 9, 2023



TYBEE ISLAND GA 31328
Voter Registration Number 0

Dear

You are hereby notified that the City of Tybee Island has challenged your right to vote. The City of Tybee Island states that you no longer reside within their municipality.

If you have moved from the address listed in their municipality to another address within Chatham County or the State of Georgia, please complete the enclosed application to update your registration and return by April 17, 2023. If you have moved outside the State of Georgia and would like to cancel your voter registration, please complete the enclosed Voter Registration Cancellation/Removal Form and return to the Chatham County Voter Registration Office before April 26, 2023.

If this address is still your legal residence it will be necessary to contact the Clerk of Council for the City of Tybee Island, Janet LeViner, at 912-472-5080 by April 26, 2023.

A hearing must be held to determine that you are no longer a qualified elector. Therefore, pursuant to O.C.G.A. 21-2-228, the Chatham County Board of Registrars will hold a hearing to determine your eligibility at 12:00PM on Wednesday, April 26, 2023 at 1117 Eisenhower Dr., Suite E, Savannah, GA 31406. If you are not able to join the hearing in person you can join by phone or online.
Join the meeting by phone at (415) 655-0001 or WebEx:
https://chathamcountyga.webex.com/chathamcountyga/j.php?MTID=m629d04d71d94ed65617251fbcc755366 and the Meeting Code is 95626334.

The office is open Monday through Friday, 8:00 a.m. to 5:00 p.m. Please be aware that you must register thirty (30) days prior to any scheduled election in order to vote in that election.

Sincerely,

Sabrina S. German
Enclosures

**MAYOR**
Shirley Sessions

**CITY COUNCIL**
Barry Brown Mayor pro tem
Jay Burke
Nancy DeVetter
Michael "Spec" Hosti
Monty Parks
Brian West



**CITY MANAGER**
Shawn Gillen

**CITY CLERK**
Janet LeViner

**CITY ATTORNEY**
Edward M. Hughes

## CITY OF TYBEE ISLAND

TO:   Chatham County Board of Registrars
      1117 Eisenhower Drive, Suite E
      Savannah, GA  31416

DATE:   March 8, 2023

I, Janet LeViner, MMC, hereby challenge the right to vote of the elector listed below for voting in the City of Tybee Island Municipal Elections:

Elector's Name:   ▮▮▮▮▮▮▮▮▮▮

Address:   ▮▮▮▮▮▮▮▮▮▮
           Tybee Island, GA  31328

Reason:
(1) Letter of January 11, 2023 returned (physical address)
(2) Letter of February 1, 2023 returned (PO Box)
(3) Current Owner:
(4) Property Card:   ▮▮▮▮▮▮
                     Tybee Island, GA  31328
(6) Homestead:   Yes
(7) Utility Billing:   ▮▮▮▮▮▮
(8) Address:     Tybee Island, GA  31328
(9) Voter Address   No forwarding address

Documents are attached for your review.

Janet LeViner, MMC
Clerk of Council

P.O. Box 2749 – 403 Butler Avenue, Tybee Island, Georgia 31328-2749
(866) 786-4573 – FAX (866) 786-5737
www.cityoftybee.org

CHATHAM COUNTY BOARD OF REGISTRARS
BOARD MEETING AGENDA
April 26, 2023
12:00 P.M.

I. Call to Order
II. Pledge of Allegiance
III. Approval of Minutes
IV. Old Business
   A. Budget
V. New Business
VI. A. Challenges
VII. Registration Totals
   A. Active Voters
   B. Inactive Voters
   C. Pending Voters
VIII. Deletions
IX. Public Discussion
X. Adjournment

https://chathamcountyga.webex.com/chathamcountyga/j.php?MTID=m706b42f7b07a787f803708337af02f0c

Join by phone
1-415-655-0001 US Toll

Access Code
956 263 34

**Meeting Minutes**
**Chatham County Board of Registrars**
**April 26, 2023**

The April 2023 Chatham County Board of Registrar's meeting was called to order promptly by Board Chairman McRae followed by a recitation of the Pledge of Allegiance. The Board of Registrars in attendance were Mr. McRae, Mr. Norse, Ms. Andrews and Ms. Durso. Ms. Geiger attended via WebEx. The staff members in attendance were Director, Sabrina German and Assistant Director, Inger Bostic.

**Approval of Minutes**

A motion was made to approve the Board of Registrars meeting minutes for the month of March. Board Member Durso moved to approve the meeting minutes for March as provided to the Board Members prior to the meeting. Board Member Norse seconded the motion and it was carried unanimously.

**Old Business**

**Budget**

Ms. German noted the changes made to the budget recommended to the county that was previously discussed. The Board of Registrars requested $947,000 for professional services. The county is recommending $600,000. The Board of Registrars also requested $2,500 for land and building rental. The county is recommending $90,000 for land and building rental. The Board of Registrars requested $6,500 for advertisement, $6,000 for education and training, and $22,500 for general supplies. The county is recommending $1,000 for advertisement and $5,000 for education and training, and $18,050 for general supplies. Overall the 2023 budget increased from the 2022 budget.

**Early Voting Satellite Sites**

The Board of Registrars have received approval from the Civic Center to include weekend voting and approval from the Garden City Library to use the location for an early voting satellite site. The days and hours at the Garden City Library will be Monday through Friday 9 a.m. to 5 p.m.

**New Business**

**Challenges**

The City of Tybee challenged the following individuals within their municipality:

| | |
|---|---|
| ABBUHL, RICHARD | DENIED |
| ADAMS, DONALD | TABLED |
| AKERS, SHELBY | DENIED |
| ALEXANDER, AMANDA | REGISTERED OUT OF COUNTY- NO ACTIONS REQUIRED |
| ALEXANDER, EDWARD | DENIED |
| ALLEN, KAYLEE | TABLED |
| ANDERSON , ELAINE | TABLED |
| ANDERSON , ELLEN | DENIED |
| ANDERSON, JENNIFER | DENIED |

| | |
|---|---|
| ANDERSON, KENNETH | DENIED |
| ANTHONY, JOHN | DENIED |
| ARMSTRONG, SALLIE | DENIED |
| ASHLEY, JOHN | DENIED |
| ATTRIDGE, EMILY | DENIED |
| BACON, BENNETT | DENIED |
| BADLEY, MELISSA | DENIED |
| BAGLEY, JAMES | DENIED |
| BAILEY, KENNETH | DENIED |
| BANWARTH, CHANCE | DENIED |
| BANWARTH, MISTY | DENIED |
| BASS, ASHLEY | DENIED |
| BASS, SCOTT | DENIED |
| ALESCHIN, DARLENE | DECLINED – NO ACTION REQUIRED |
| ALEX, TERESA | DECLINED – NO ACTION REQUIRED |
| ANDERSON, CEANNE | DECLINED – NO ACTION REQUIRED |
| ANDERSON, CLAYTON | DECLINED – NO ACTION REQUIRED |
| BAREWICK, CHRISTOPHER | DECLINED – NO ACTION REQUIRED |
| AAB, DAVID | UPHELD |
| ABRAHAM, JAMES | UPHELD |

Helen Strahl challenged the following individuals within their municipality:

| | |
|---|---|
| TIFFANY LYNN ARTMAN | UPHELD |
| OZLEM CANBOLAT AYAR | UPHELD |
| JEFFERY NOLAN BOSSE | UPHELD |
| MICHELLE CAMILLE BOSSE | UPHELD |
| BARREIRO, CAROL | DECLINED |
| MARLENE BATKIEWICZ | DECLINED |
| RICHARD BATKIEWICZ | DECLINED |
| JOHN BRADBURY | DECLINED |
| CLAUDIA DUVALL | DECLINED |
| JAMES DUVALL | DECLINED |
| CALUDIA MASA | DECLINED |
| EDWARD MASA | DECLINED |
| J MICHELLE MCKINSTRY /JAN MCKINSTRY | DECLINED |
| WALTER RUSSELL MCKINSTRY | DECLINED |

| | |
|---|---|
| MARION PARKHURST | DECLINED |
| MARY AULT | UPHELD |
| BAKER, ROBERT | UPHELD |
| BARREIRO, ANTHONY | UPHELD |
| ANTHONY CANCEL | UPHELD |
| LAURA CANCEL | UPHELD |
| DANIELLE LYNN COLLMAR | UPHELD |
| MATTHEW THOMAS COLLMAR | UPHELD |
| PATRICIA COLVIN | UPHELD |
| JOANNE DAVIS | UPHELD |
| CRAIG ALAN DELANEY | UPHELD |
| KAYLYNN FITZGERALD | UPHELD |
| SHANNON O. GORDON | UPHELD |
| JESSICA HART | UPHELD |
| JOSHUA HART | UPHELD |
| JESSICA ELLYN HOSEY | UPHELD |
| SEAN MARK HOSEY | UPHELD |
| HUTTON, LISA | UPHELD |
| CHARLES KENYON GINA KENYON | UPHELD |
| LOUIS, JOHN | UPHELD |
| MELLOW, CRAIG | UPHELD |
| MELLOW, ELENA | UPHELD |
| ANISSA SEYMORE | UPHELD |
| TUCKER, ANNETTE | UPHELD |
| VU, HOAN | UPHELD |
| VU, LAN | UPHELD |
| WASHINGTON, POLINA | UPHELD |
| WILLIAMS, LEEANN | UPHELD |
| VICKI D. CRIM | DENIED |
| JAMES MICHAEL LAMORE TAYLOR | DENIED |
| JAYVON ELIJAH BRYANT | UPHELD |

## Registration Totals

As reported by Director German, the totals are as follows for Chatham County:

235,055     Registered Voters are broken down by categorization:

204,810     Active

30,245      Inactive

0           Pending

**Deletions**

Voter challenges presented were no felons, 192 deceased, and 27 requested to be removed from the voter list for a total of 219 voters challenged. These individuals received mailed notifications in regard to their challenges. At 1:29 p.m., Chairman McRae asked if any of the people challenged were on the call or in the office. No one was present or on the call to object to any of the challenges. He entertained a motion to instruct staff to go ahead with deleting the challenged voters. Board member Norse made a motion to instruct staff to go ahead with deleting the challenged voters. Board member Durso seconded the motion and the motion was carried unanimously.

**Public Discussion**

Helen Strahl asked the question why does the Department of Driver Services not automatically update the voter registration when an individual changes their driver's license. Ms. German stated the individuals chooses to opt-in to have their driver's license address to update to their voter registration residential address when visiting the Department of Driver Services. The Board of Registrars received voter registration from the DDS daily from those individuals that opt-it.

The meeting adjourned.