# EXHIBIT 6
# Gwinnett County



**Official / Actas Oficiales**
**HEARING MINUTES / ACTAS DE LA REUNIÓN**

**Gwinnett County Board of Voter Registrations and Elections Minutes**
**Monday, April 17, 2023 – 3:00pm**

GJAC Auditorium, 75 Langley Drive, Lawrenceville, Georgia 30046

Present: Wandy Taylor EdD, Chairwoman, Anthony Rodriguez, Vice Chair, Stephen Day, and Alice O'Lenick. Also present: Zach Manifold, Elections Supervisor, Kelvin Williams, Deputy Elections Supervisor and Melanie Wilson, Senior Assistant County Attorney.

**Junta de Inscripciones de Electores y Elecciones del Condado de Gwinnett, Actas Lunes, 17 de Abril, 2023 a las 3:00pm**

GJAC, La Sala, 75 Langley Drive, Lawrenceville, Georgia 30046

Presentes: Wandy Taylor EdD, Presidenta, Anthony Rodriguez, Vicepresidente, Stephen Day, y Alice O'Lenick. También presentes: Zach Manifold Supervisor de Elecciones, Kelvin Williams, Supervisor Adjunto de Elecciones, y Melanie Wilson, Fiscal Asistente Principal del Condado.

1. Call to Order / Inicio de la Reunión

   Taylor called the meeting to order at 3:18pm.

   Taylor inició la reunión a las 3:18pm.

2. Pledge of Allegiance / Juramento de Lealtad

   All attendees recited the Pledge of Allegiance.

   Todos los asistentes recitaron el Juramento de Lealtad.

3. Approval of Agenda / Aprobación de la Agenda

   {Action: Approve; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

   {Acción: Aprobar; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Yes}

4. Opening Remarks / Discurso de Apertura

   Taylor welcomed everyone to the meeting and talked about the purpose of the Hearing and informed the public of the Board's recent Work Session. Taylor informed the public that some of the board policies will be updated to make these hearings more efficient.

Taylor dio la bienvenida a todos a la reunión y habló sobre el propósito de la audiencia e informó al público sobre la Sesión de Trabajo de la Junta recientemente. Taylor informó al público que algunas de las normas de la junta se actualizarán para que estas audiencias sean más eficientes.

5. New Business / Asuntos Nuevos

   a. Voter Registration Challenges – Desafíos de Inscripción de Votante

      b. The Board reviewed documents LR1 - LR65 of the Lisa Rutherford 21-2-229 Voter Challenges. / La Junta revisó los documentos LR1 – LR65 de Lisa Rutherford 21-2-229 Desafío de Votante

      1. Allen, Michael Christopher
         {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

         {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

      2. Arthur, Franklin T
         {Action: Uphold; Motion: O'Lenick; Second: Taylor; Vote: 2-2: Taylor-Yes; Rodriguez-No; O'Lenick-Yes; Day-No}

         {Acción: Defender; Moción: O'Lenick; Secundado por: Taylor; Voto: 2-2: Taylor-Sí; Rodriguez-No; O'Lenick-Sí; Day-No}

         The challenge has been denied.

         El desafío ha sido denegado.

      3. Arzdorph, Robert Joseph
         {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

         {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

      4. Austin, Marcus Terrell
         {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

         {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

5. Borge, Ligia J

    {Action: Deny; Motion: Day; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

6. Brown, Darryl Alexander

    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Vote: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

7. Brown, Derrick C

    {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick- Sí }

8. Brown, Dexter Jarvale

    {Action: Uphold; Motion: Day; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Day; Secundado por: Rodriguez; Voto: 4-0: Taylor- Sí ; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

9. Burnette, Jennifer Lynn

    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

10. Burton, Kaija Michaela Andre

    {Action: Deny; Motion: Day; Second: Taylor; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Taylor; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

The Board paused reviewing Lisa Rutherford's 21-2-229 Voter Challenges to listen to one of Anna Wahl's 21-2-229 Voter Challenges due to the challenger being present and the number of Rutherford challenges. Rutherford obliged. The Board reviewed Anna Wahl's AW2 challenge against Robert Matthews. Wahl

3

presented her case. Matthews presented his evidence and stated he used that address only as a mailing address while he was going through a financial hardship. The Board upheld the challenges and Matthews updated his voter registration address.

La Junta hizo una pausa en la revisión de los Desafíos de Votantes 21-2-229 de Lisa Rutherford para escuchar uno de los Desafíos de Votantes 21-2-229 de Anna Wahl debido a la presencia del desafiado y la cantidad de desafíos de Rutherford. Rutherford obedeció. La Junta revisó el desafío AW2 de Anna Wahl contra Robert Matthews. Wahl presentó su caso. Matthews presentó su evidencia y afirmó que usó esa dirección solo como dirección postal mientras atravesaba dificultades financieras. La Junta confirmó los desafíos y Matthews actualizó su dirección de inscripción de votante.

{Action: Uphold; Motion: Day; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Defender; Moción: Day; Secundado por: O'Lenick; Voto: 4-0: Taylor- Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

11. Clark, Ranasia Amunique

    {Action: Uphold; Motion: Day; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes: Day-Yes}

    {Acción: Defender; Moción: Day; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí: Day-Sí}

12. Cranshaw, Iyanna Sanaa

    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

13. Dawson, Denise L Wilson

    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-No}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 3-1: Taylor- Sí; Rodriguez-Sí; Day-Sí; O'Lenick-No}

14. Douthett, Daniel Marshall

    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 4-0: Taylor-Sí;

Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

15. Edwards, Corey
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

16. Flowers, Antwaun Thomas
    {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

17. Flowers, Rhonda Yvette
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

18. Foster, Brenda Gail
    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes-Day: Yes-O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

19. Foster, William

    William Foster challenge is in pending status due needing to further research.

    El desafío de William Foster está en estado pendiente debido a la necesidad de más investigación

20. Freeman, William Lyonel
    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

21. Fuller, Brett Austin
    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-

Yes; Day-Yes; O'Lenick-Yes}

{Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

22. Frances, Gilmore
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

23. Greer, Alexander Lakiesha
    {Action: Deny; Motion: Day; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez; Vote: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

24. Guinea, Jezel Yellunde
    {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

25. Henry, Kaysia
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez: Yes; Day: Yes; O'Lenick: Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez: Sí; Day: Sí; O'Lenick: Sí}

    Taylor recessed the meeting at 5:16pm.

    Taylor receso la reunión a las 5:16pm.

    Taylor called the Board back into Session at 5:32pm.

    Taylor volvió a llamar la Junta a la sesión a las 5:32pm.

26. Het Heru, Arhi A Ankhu Sebek
    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

27. Hightower, Rosemary
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

28. Hogans, Dianna
    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

29. Holloway II, Derrick Jerome
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

30. Hubbard, Natosia
    {Action: Uphold; Motion: Day; Second: O'Lenick Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Day; Secundado por: O'Lenick Vote: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

31. Jefferson, Willie Michael
    {Action: Uphold; Motion: O'Lenick; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

32. Jimenez, Luis Alberto
    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

33. Johnson, Kalifa Mandisa Themba

{Action: Uphold; Day; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Defender; Day; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

34. Johnson, Silas Lemuel

    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

35. Kent, Searell Allyce

    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

36. King, Samuel Elias

    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

37. Kizer, Tanisha Alia

    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

38. Knight, Kathy Hawkins

    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

39. Lee, Mark

    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-No}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 3-1: Taylor-Sí;

Rodriguez-Sí; Day-Sí; O'Lenick-No}

40. Lewis, Marc Alan
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

41. McCollum, Takim Kristopher L
    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

42. Miles, Monica
    {Action: Uphold; Motion: Day; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Day; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

43. Miller, Garen Tyrone
    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

44. Mitchell, Elaine Latrice
    {Action: Uphold; Motion: Rodriguez; Second: Day; Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: Day; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

45. Modican, Patrick Leo
    {Action: Uphold; Motion: Day; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Day; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

46. Nguyen, Yung
    {Action: Deny; Motion: Day; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-

9

Yes; Day: Yes; O'Lenick-Yes}

{Acción: Denegar; Moción: Day; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day: Sí; O'Lenick-Sí}

47. Pasley, Amber Monae
    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

48. Pasley, Malikai Kathias
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

49. Pauling, Fay
    {Action: Deny; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

50. Pitt, Brian
    Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

51. Porter, Shasta Renee
    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

52. Roberson, Jazmine Antoinai
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

53. Sears, Cedrick Edmond
    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

54. Sears, Jawan F
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

55. Smith, Marwin
    {Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

56. Spence, Makaiya Mone
    {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

57. Sutter, Jonathan Scott
    {Action: Uphold; Day; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

    {Acción: Defender; Day; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

58. Wallace, Jimmy Kechad Robinson
    {Action: Deny; Day; Motion: Day; Second: Rodriguez Vote: 3-1: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-No}

    {Acción: Denegar; Day; Moción: Day; Secundado por: Rodriguez Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-No}

59. Ware, Brandon Keyun
    {Action: Uphold; Motion: O'Lenick; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodrigue-Yes; Day-Yes; O'Lenick-Yes}

11

{Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodrigue-Sí; Day-Sí; O'Lenick-Sí}

60. Watkins Jr., Percy
{Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

61. Whitaker, Jerene Sylvia
{Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

62. Whitehead, Kimberly Nicole
{Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

{Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

63. Wilkerson, Jameela Lachelle
{Action: Deny; Motion: Day; Second: Rodriguez Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

{Acción: Denegar; Moción: Day; Secundado por: Rodriguez Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

64. Williams, Chelina Lakieta
{Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-No; O'Lenick-Yes}

{Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-No; O'Lenick-Sí}

65. Wright, Lakendra Michelle
{Action: Deny; Motion: Day; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day: No-O'Lenick-Yes}

{Acción: Denegar; Moción: Day; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day: No-O'Lenick-Sí}

The Board recessed the meeting at 6:50pm.

La Junta receso la reunión a las 6:50pm.

Taylor called the meeting back into session at 7:05pm.

Taylor inicio la reunión de regreso a la sesión a las 7:05pm.

The Board reviewed 3 remaining Anna Wahl 229-Challenges documents AW1, AW3 and AW4.

La Junta revisó los 3 documentos Anna Wahl 229-Challenges restantes AW1,  AW3 y AW4

1. Heard, Don Leslie
   {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

   {Acción: Defender; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

2. Matthews Jr, Roderick P
   {Action: Uphold; Motion: Day; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

   {Acción: Defender; Moción: Day; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

3. Myart Sr, Corey
   {Action: Uphold; Motion: O'Lenick; Second: Rodriguez; Vote: 3-1: Taylor-No; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

   {Acción: Defender; Moción: O'Lenick; Secundado por: Rodriguez; Voto: 3-1: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

4. Scruggs, Odessa
   {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

   {Action: Uphold; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}

6. Closing Remarks / Comentarios Finales

Day would like for staff to send notification of the actions the Board upheld to the challenged voters. In addition, Day would like for staff to extend a call as well.

A Day le gustaría que el personal envíe notificaciones de las acciones de la Junta defendiendo a los votantes cuestionados. Además, a Day le gustaría que el personal también extendiera una llamada.

Taylor thanked everyone for attending the meeting.

Taylor agradeció a todos para asistir la reunión.

7. Adjournment / Clausura

> {Action: Adjourn; Motion: Rodriguez; Second: O'Lenick; Vote: 4-0: Taylor-Yes; Rodriguez-Yes; Day-Yes; O'Lenick-Yes}
>
> {Acción: Clausurar; Moción: Rodriguez; Secundado por: O'Lenick; Voto: 4-0: Taylor-Sí; Rodriguez-Sí; Day-Sí; O'Lenick-Sí}

Taylor adjourned the hearing at 7:25pm.

Taylor clausuró la reunión a las 7:25pm.

| LISA RUTHERFORD 21-2-229 Voter Challenges/Desafíos de Votantes ||
|---|---|
| DOCUMENT/DOCUMENTO # LR1-LR65 | DISPOSITION/DISPOSICIN |
| 1. ALLEN, MICHAEL CHRISTOPHER | Upheld/Defendido |
| 2. ARTHUR, FRANKLIN T | Denied/Denegado |
| 3. ARZDORPH, ROBERT JOSEPH | Upheld/Defendido |
| 4. AUSTIN, MARCUS TERRELL | Upheld/Defendido |
| 5. BORGE, LIGIA J | Denied/Denegada |
| 6. BROWN, DARRYL ALEXANDER | Upheld/Defendido |
| 7. BROWN, DERRICK C | Upheld/Defendido |
| 8. BROWN, DEXTER JARVALE | Upheld/Defendido |
| 9. BURNETTE, JENNIFER LYNN | Upheld/Defendida |
| 10. BURTON, KAIJA MICHAELA ANDRE | Denied/Denegada |
| 11. CLARK, RANASIA AMUNIQUE | Upheld/Defendida |
| 12. CRANSHAW, IYANNA SANAA | Upheld/Defendida |
| 13. DAWSON, DENISE L WILSON | Denied/Denegada |
| 14. DOUTHETT, DANIEL MARSHALL | Upheld/Defendido |
| 15. EDWARDS, COREY | Upheld/Defendido |
| 16. FLOWERS, ANTWAUN THOMAS | Upheld/Defendido |
| 17. FLOWERS, RHONDA YVETTE | Upheld/Defendida |
| 18. FOSTER, BRENDA GAIL | Denied/Denegada |
| 19. FOSTER, WILLIAM | Pending/Pendiente |
| 20. FREEMAN, WILLIAM LYONEL | Denied/Denegado |
| 21. FULLER, BRETT AUSTIN | Denied/Denegado |
| 22. GILMORE, FRANCES M | Upheld/Defendida |
| 23. GREER, ALEXANDRIA LAKIESHA | Denied/Denegada |
| 24. GUINEA, JEZEL YELLUNDE | Upheld/Defendida |
| 25. HENRY, KAYSIA | Upheld/Defendida |
| 26. HET HERU, ARHI A ANKHU SEBEK | Upheld/Defendido |
| 27. HIGHTOWER, ROSEMARY | Upheld/Defendida |
| 28. HOGANS, DIANNA | Upheld/Defendida |
| 29. HOLLOWAY II, DERRICK JEROME | Upheld/Defendido |
| 30. HUBBARD, NATOSIA | Upheld/Defendida |
| 31. JEFFERSON, WILLIE MICHAEL | Upheld/Defendido |
| 32. JIMENEZ, LUIS ALBERTO | Upheld/Defendido |
| 33. JOHNSON, KALIFA MANDISA THEMBA | Upheld/Defendida |
| 34. JOHNSON, SILAS LEMUEL | Denied/Denegada |
| 35. KENT, SEARELL ALLYCE | Upheld/Defendida |
| 36. KING, SAMUEL ELIAS | Upheld/Defendido |
| 37. KIZER, TANISHA ALIA | Denied/Denegada |
| 38. KNIGHT, KATHY HAWKINS | Upheld/Defendida |
| 39. LEE, MARK | Denied/Denegado |
| 40. LEWIS, MARC ALAN | Upheld/Defendido |
| 41. MCCOLLUM, TAKIM KRISTOPHER | Upheld/Defendido |
| 42. MILES, MONICA | Upheld/Defendida |
| 43. MILLER, GAREN TYRONE | Upheld/Defendido |
| 44. MITCHELL, ELAINE LATRICE | Upheld/Defendida |
| 45. MODICAN, PATRICK LEO | Upheld/Defendido |
| 46. NGUYEN, YUNG | Denied/Denegado |
| 47. PASLEY, AMBER MONAE | Denied/Denegada |
| 48. PASLEY, MALIKAI KATHIAS | Upheld/Defendido |

| | |
|---|---|
| 49. PAULING, FAY A | Denied/Denegada |
| 50. PITT, BRIAN | Denied/Denegado |
| 51. PORTER, SHASTA RENEE | Upheld/ Defendida |
| 52. ROBERSON, JAZMINE ANTOINAI | Upheld/ Defendida |
| 53. SEARS, CEDRICK EDMOND | Upheld/ Defendido |
| 54. SEARS, JAWAN F | Upheld/ Defendido |
| 55. SMITH, MARWIN | Denied/ Denegado |
| 56. SPENCE, MAKAIYA MONE | Upheld/ Defendida |
| 57. SUTTER, JONATHAN SCOTT | Upheld/ Defendido |
| 58. WALLACE, JIMMY KECHAD ROBINSON | Denied/ Denegado |
| 59. WARE, BRANDON KEYUN | Upheld/ Defendido |
| 60. WATKINS JR, PERCY | Upheld/ Defendido |
| 61. WHITAKER, JERNE SYLVIA | Upheld/ Defendido |
| 62. WHITEHEAD, KIMBERLY NICOLE | Upheld/ Defendida |
| 63. WILKERSON, JAMEELAH LACHELLE | Denied/ Denegado |
| 64. WILLIAMS, CHELINA LAKIETA | Upheld/ Defendida |
| 65. WRIGHT, LAKENDRA MICHELLE | Denied/Denegada |
| **ANNA WAHL** | |
| **21-2-229 Voter Challenges** | |
| DOCUMENT # AW1-AW4 | DISPOSITION |
| 1.  HEARD, DON LESLIE | Upheld/ Defendido |
| 2.  MATTHEWS JR, RODERICK P | Upheld/ Defendido |
| 3.  MYART SR, COREY | Upheld/ Defendido |
| 4.  SCRUGGS, ODESSA | Upheld/ Defendida |