# EXHIBIT 7
# Forsyth County
# 6/6/2023
# hearing

| | |
|---|---|
| **From:** | Lori Wexler < ▮▮▮ Personal Information ▮▮▮ > |
| **Subject:** | challenging voters registered in Forsyth County |
| **To:** | Smith, Mandi B. <mbsmith@forsythco.com> |
| **Sent:** | April 9, 2023 10:47 PM (UTC-04:00) |
| **Attached:** | 2023 Set 2.xlsx, 229 set 2023-02.pdf |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**may send attachments in separate messages due to file sizes**

Ms. Smith:

Pursuant to the Official Code of Georgia Annotated (OCGA) Sections 21-2-229 and 21-2-230, as updated by Senate Bill 202 as adopted in 2021, I attest that I am a registered voter within Forsyth County. Please find my challenges to each of the 315 voters listed as email attachments along with the reasons for these challenges.

These challenges are being made for the following reason(s):

> 202 voters are challenged under OCGA Section 21-2-229 due to sale of property at which voters and/or their voting family members are registered and evidence that they no longer reside in Forsyth County. For voters or family members who did not own the property at which they are registered, only confirmed evidence that they no longer reside in Forsyth County is provided as reason for these challenges.

> 315 voters are challenged under OCGA Section 21-2-230 due to sale of property at which voters and/or their voting family members are registered and evidence that they reside elsewhere in Forsyth County, or property sale with unconfirmed online evidence that the voters live outside the county. For voters or family members who do not own the property at which they are registered, online evidence that they no longer reside there is provided as reason for these challenges.

> *Please note that 202 of those challenged under OCGA Section 21-2-229 are also challenged under OCGA Section 21-2-230.

The research for these challenges was performed from February 5, 2023 through April 9, 2023, and except for occasional instances of birthdate not being available, the Georgia Secretary of State website was checked to rule out that the record was not already purged.

Additionally, please note that these challenges are based on the following:

- Forsyth County Tax Assessor online records
- Social media of voters themselves and that of their relatives or associates
- Information publicly available online via search engine to include real estate records outside of Forsyth county, out of state voter registration records, court records, obituaries, and business and professional license filings.

Thus, consider this my request that a hearing be held to determine these voters' eligibility to vote within Forsyth County, Georgia in the 2024 Presidential Preference Primary.

Attachments:

- 1 Excel summary file with 2 tabs
- 1 .pdf document of voters challenged under OCGA section 21-2-229
- 2 .pdf documents of voters challenged under OCGA section 21-2-230

Respectfully,

Lori Wexler



## Forsyth County Voter Registrations and Elections

**MANDI SMITH,** Director

March 17, 2023
*Via U.S. Mail 229*
12178430 230206

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Gainesville GA 30506

Dear Forsyth County Elector  :

The Forsyth Board of Registrations and Elections ("BRE") received, from a Forsyth County elector, a challenge to your qualifications for your name to appear on the Forsyth County list of electors. The challenge, filed pursuant to O.C.G.A. § 21-2-229, provided a list of names with the stated challenge reason of "due to sale of property at which voters and/or their voting family members are registered and evidence that they no longer reside in Forsyth County. For voters or family members who did not own the property at which they are registered, only confirmed evidence that they no longer reside in Forsyth County is provided as reason for these challenges." A copy of the challenge accompanies this correspondence.

This correspondence shall serve as notice to you of a hearing that has been set before the BRE on **Tuesday, April 4, 2023 at 9am**. The hearing will be held at the Forsyth County Voter Registrations & Elections Office located at 1201 Sawnee Drive, Cumming, GA 30040. Please accept this notice as an invitation for you to answer the challenge.

Pursuant to O.C.G.A. § 21-2-229(c), <u>the burden will be on the elector making the challenge</u> to demonstrate that you are not qualified to remain on the list of electors.  At the hearing, the registrars will weigh the evidence, vote, and notify all parties of their decision.  If the registrars uphold the challenge, your name will be removed from the list of electors.

**IF YOUR RESIDENCE REMAINS AT THE ABOVE ADDRESS**: If you consider the above address to be your residence for voting purposes, you have the opportunity to appear before the BRE at the hearing noted above and respond to the challenge. Or, per BRE direction, if you sign a residency affirmation, such affirmation will be considered in lieu of appearance. A residency affirmation is included with this letter.

**IF YOU HAVE MOVED TO ANOTHER ADDRESS IN FORSYTH COUNTY OR TO ANOTHER COUNTY IN GEORGIA:** If you have moved to an address in Forsyth County different from the address listed above or to another county in Georgia, you may complete a new Voter Registration Application, to update your address on the voter rolls.  For your convenience, a Voter Registration Application is enclosed with this letter.

Or you may submit an application online at:
https://registertovote.sos.ga.gov/GAOLVR/welcome.do#no-back-button.

**IF YOU NO LONGER LIVE IN THE STATE OF GEORGIA:** If you have moved and no longer live in the state of Georgia, you will need to submit a signed request to have your name removed from the voter rolls in Georgia.  For your convenience, a request for removal form is included with this letter.

**IF YOU NO LONGER WISH TO BE A REGISTERED VOTER IN THE STATE OF GEORGIA:** If you wish to have your name removed from the voter rolls, you will need to submit a signed request.  For your convenience, a request for removal is included with this letter.

You may return one of the completed forms to the Forsyth County Voter Registrations & Elections Office, located at 1201 Sawnee Drive, Cumming, GA 30040. The Elections Office will process the form accordingly, including transfers to other Georgia counties.

For additional information or questions, please contact our office at (770) 781-2118, ext. 9 or email us at voter@forsythco.com.

Sincerely,

*Mandi Smith*

Mandi Smith, Director

ms/MS   Enclosed: Copy of Challenge, Residency Affirmation, Voter Registration application, Removal by Request form



## Forsyth County Voter Registrations and Elections

**MANDI SMITH,** Director

April 13, 2023  *Via U.S. Mail*
10630437  *229. 2023.02.06*
███████████  ██████
Cumming GA 30041

Dear Forsyth County Elector ████████████████ :

The Forsyth Board of Registrations and Elections ("BRE") met as scheduled on Tuesday, April 4, 2023 to hear the challenge to your qualifications for your name to appear on the Forsyth County list of electors.  Correspondence was mailed to you on March 17, 2023 informing you of the hearing.  As a reminder, the elector brought the challenge under O.C.G.A. § 21-2-229.

Pursuant to O.C.G.A. § 21-2-229(c), the burden was on the elector making the challenge to prove that you are not qualified to remain on the list of electors.

**This is to notify you that after hearing the evidence presented, the BRE voted to remove your name from the Forsyth County list of electors.  This means you are currently not a registered voter in Forsyth County, Georgia.** Pursuant to O.C.G.A. 21-2-229(e), you also have the right to appeal by filing a petition with the Clerk of Superior Court within ten (10) days of the BRE's decision.

**IF YOU WISH TO RE-REGISTER TO VOTE, HAVE MOVED TO ANOTHER ADDRESS IN FORSYTH COUNTY, OR TO ANOTHER COUNTY IN GEORGIA:** If you wish to re-register to vote or have moved to an address in Forsyth County different from the address listed above, or to another county in Georgia, you may complete a new Voter Registration Application. Enclosed is a GA Application for Voter Registration or you may register online at https://registertovote.sos.ga.gov/GAOLVR/welcome.do#no-back-button.

For additional information or questions, please contact our office at (770) 781-2118, ext. 9 or email us at voter@forsythco.com.

Sincerely,

*Mandi Smith*

**Mandi Smith, Director**
ms/MS  Enclosed: Voter Registration application

**Forsyth County Board of Voter Registrations & Elections**
**Regular Monthly Meeting**
**June 6, 2023 at 9 a.m.**
**Forsyth County Voter Registrations & Elections Office**
**1201 Sawnee Drive**
**Cumming, Georgia 30040**

**MINUTES**

Present at the meeting:

Barbara Luth, Chairman
Joel Natt, Vice Chairman
Carla Radzikinas, Secretary
Dan Thalimer, Assistant Secretary
Anita Tucker, Member
Mandi Smith, Director
Stephen Joyce, Coordinator – Voter Registration and Absentee
Bryce Wilson, Coordinator – Communications and Training
Jamain Whyce – Coordinator -- Elections Equipment/Warehouse
Carol Balcome, Assistant to the Director
Karen Pachuta, Jarrard & Davis
Lori Wexler, Challenger

**I.      Call Meeting to Order**

Chairman Luth called the meeting to order at 9 a.m.

**II.     Pledge of Allegiance**

**III.    Adoption of Agenda**

Vice Chairman Natt with a second from Member Tucker made a motion to adopt the agenda as published. Motion carried unanimously.

**IV.    Adoption of Minutes**

**A. Regular meeting of May 2, 2023**

Secretary Radzikinas with a second from Member Tucker made a motion to adopt the minutes as prepared by staff. Motion carried unanimously.

**V.     Old Business**

**A. Parks and Recreation Architectural Design Liaison update**

**1. Advance Voting locations, days, and hours for the 2024 election cycle\***

Director Smith stated 631 people had taken the online survey regarding Advance Voting.

The following individuals made public comments:

James Heminger
Becky Woomer

Director Smith then presented the Board the following staff recommendations for Advance Voting locations and days:

**March 12, 2024 Presidential Preference Primary**

<span style="color:red">Elections Office ONLY</span>
WEEK 1: Feb 19 – 23, M-F (02/19=Washington's Birthday; this is a federal holiday; however, the SOS observes this holiday on 12/26/23)
SATURDAY: February 24
SUNDAY: February 25

<span style="color:red">Elections Office, Hampton Park Library, Sharon Springs Park, Midway Park</span>
WEEK 2:  Feb 26 – Mar 1, M-F
SATURDAY: March 2
WEEK 3: Mar 4 – 8, M-F

<span style="color:red">No Voting</span>
SUNDAY: March 3

**May 21, 2024 General Primary**

<span style="color:red">Elections Office, City of Cumming Recreation and Parks facility</span>
WEEK 1: Apr 29 – May 3, M-F
SATURDAY: May 4

<span style="color:red">Elections Office ONLY</span>
SUNDAY: May 5

<span style="color:red">Elections Office, City of Cumming Recreation and Parks facility, Hampton Park Library, Sharon Springs Park, Midway Park</span>
WEEK 2:  May 6 – 10, M-F
SATURDAY: May 11

Elections Office, City of Cumming Recreation and Parks facility, Hampton Park Library, Sharon Springs Park, Midway Park

WEEK 1: Oct 14 – 18, M-F (10/14=Columbus Day; as of 6/2023 the SOS is awaiting a ruling from the Attorney General's office RE: voting on this day)

SATURDAY: Oct 19

Elections Office ONLY

SUNDAY: Oct 20 *(BRE motion corrected staff recommendation to show voting on October 20 at the Elections Office only.)*

Elections Office, City of Cumming Recreation and Parks facility, Hampton Park Library, Sharon Springs Park, Midway Park

WEEK 2:  Oct 21 – 25, M-F

SATURDAY: Oct 26

WEEK 3: Oct 28 – Nov 1, M-F

NO ADVANCE VOTING

SUNDAY: Oct 27

**June 18, 2024 General Primary Runoff**

Elections Office ONLY

June 10 – 14, M-F

**December 3, 2024 General Election Runoff**

Elections Office ONLY

Nov 25 – 27, M- Wed (minus Thursday, 11/28 and Friday, 11/29 for Thanksgiving holiday)

Advance Voting locations/dates for the Runoff could be amended at the discretion of the BRE once the Runoff election is called.

Director Smith stated staff recommendations for times the Advance Voting locations would be open is Monday, Wednesday and Friday 8 a.m. to 5 p.m., Tuesday and Thursday 7 a.m. to 6 p.m., and Saturdays and Sundays open 8 a.m. to 5 p.m.

Member Tucker asked Director Smith why she is recommending opening a new central location for Advance Voting for the General Primary instead of opening Sharon Springs Park.

Vice Chairman Natt said he had reservations about not being consistent with the voting times with different times on Tuesday and Thursdays. He also said Sunday voting should be 12 to 5 p.m.

Member Tucker stated she thought the staff recommendations were a good compromise and asked Director Smith if the recommendations were in budget. Director Smith said the Finance Committee allocated $200K for poll worker salaries. Director Smith said she feels comfortable with the staff recommendations and will have to figure out the budget.

Chairman Luth said she likes the voting times of 8 a.m. to 5 p.m. for each day of Advance Voting.

Chairman Luth with a second from Secretary Radzikinas made a motion to recommend the locations shown but with the hours changed to 8 a.m. to 5 p.m. each day.

Vice Chairman Natt with a second from Member Tucker amended the motion and said he would like to see voting times 8 a.m. to 6 p.m. across the board.

Chairman Luth withdrew her motion and Secretary Radzikinas withdrew her second.

Vice Chairman Natt withdrew his amendment motion and Member Tucker withdrew her second.

Chairman Luth with a second from Member Tucker made a motion that Advance Voting hours will be Monday through Friday 8 a.m. to 6 p.m. for the open locations for each election. Motion carried unanimously.

Vice Chairman Natt with a second from Member Tucker made a motion that Saturday voting hours will be 8 a.m. to 5 p.m. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion that Sunday voting hours will be 8 a.m. to 5 p.m. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion there will be four Advance Voting locations (Elections Office, Hampton Park Library, Midway Park, Sharon Springs Park) for all three elections with the additional location of the City of Cumming

accept staff recommendations for the Advance Voting days for the Presidential Preference Primary, the General Primary and the General Election with the exception of Sunday, October 20 which will be at the Elections Office only. Motion carried unanimously.

Member Tucker asked for the December 3 runoff Advance Voting dates to be open for discussion.

Vice Chairman Natt asked staff to consider adding Advance Voting locations if the races in the runoffs are for a specific area of the county.

Chairman Luth with a second from Vice Chairman Natt made a motion that staff recommendations for the two runoffs may be subject to an amendment by the Board once the runoffs are called. Motion carried unanimously.

### C. Discussion of 2024 budget

Director Smith said the Finance Committee approved a larger operational budget. Vice Chairman Natt asked Director Smith if there was any reason the committee only approved $200K for poll worker salaries. Director Smith said they did say they would provide county employees to make up some of the difference in the requested amount for poll worker salaries and that the budget amounts could be moved around within the budget.

Chairman Luth stated she did not feel funds from the operations budget should be used for poll worker salaries.

Director Smith said she would reconfigure the cost for poll worker salaries and go back to the Finance Committee now that the Board approved the locations, times and days for Advance Voting.

Vice Chairman Natt asked for a metric on the number of Forsyth County employees that worked in 2022 verses the number of voters at any given location to see if there was an impact.

Chairman Luth said the Finance Committee should be told we need at least $700K for poll worker salaries.

## VI.   New Business

There was no New Business.

## VII.   Director's Report

**Board Members**

House Bill 776 seeking to amend local law amendments regarding the Forsyth County BRE was passed by both the House and the Senate in the 2023 session. HB 776 (Act 319) was signed by the Governor and became effective on May 3, 2023.  This legislation does not change the current term end/start dates for BRE members.  The new start dates will be June 30, 2027 and June 30, 2029, respectively.

House Bill 837 was dropped on March 27, 2023 to amend the provisions relating to the start and end date of BRE members as it was set in HB 776.  HB 837 will come before the General Assembly in next year's session.

| Board Member | Party | Took Office | Current Term Start | Current Term End |
|---|---|---|---|---|
| Barbara Luth | Chief Registrar & Chairperson | 4/2/2019 | 7/1/2021 | 6/30/2025 |
| Joel E. Natt | Republican | 2/3/2015 | 9/1/2019 | 8/31/2023 |
| Anita Tucker | Democratic | 3/1/2022* | 9/1/2019 | 8/31/2023 |
| Carla Radzikinas | Republican | 4/4/2016 | 9/1/2021 | 8/31/2025 |
| Dan Thalimer | Democratic | 9/1/2021 | 9/1/2021 | 8/31/2025 |
| *Filled the unexpired term of Randy Ingram | | | | |

**Staff**

Current filled staff/positions: 11 full-time (0 unfilled) and 8 part-time (0 unfilled).

**Legislation (pending/approved bills)/Change to Election Code/State Election Board (SEB)**

The SEB (State Election Board) calendar lists June 20 and June 21, 2023 as their next meeting dates.  The public notice has been posted, but no agenda is posted as of June 5, 2023.

**Election Information**

2023 possible Election Dates (from the SOS comprehensive calendar)

- March 21: Special Election to fill a vacancy and/or propose a question*
- April 18: Special Election Runoff**
- June 20: Special Election to fill a vacancy*
- July 18: Special Election Runoff**
- September 19: Special Election to fill a vacancy*
- October 17: Special Election Runoff**
- August 21 through August 23: Candidate Qualifying for the City of Cumming Municipal General Election
- November 7: General Election / Special Election*
- December 5: General Election Runoff / Special Election Runoff**

*Special Election, if needed
**Runoff, if needed

- March 4-8: Candidate Qualifying for the May 2024 General Primary
- March 12: Presidential Preference Primary
- May 21: General Primary
- June 18: General Primary Runoff
- November 5: General Election
- December 3: General Election Runoff

**Polling Places and Precincts**

Polling place visits and mock election equipment setups continued during the month of May.  Staff visited Old Atlanta Clubhouse, The Vine Community Church and Sts. RNI Greek Orthodox Church in May.  Staff continue to research the possibility of adding polling places and/or amending existing precinct lines.  As today's meeting is focusing on Advance Voting for the 2024 election cycle, additional information regarding Election Day precinct lines and polling places will be discussed in next month's meeting.

Advance Voting public feedback form details:
- Posted to website on 5/8/2023
- Issued in press release; posted to facebook/Instagram/twitter; emailed to poll workers, polling place contacts, elected officials, Democratic / Republican / Libertarian party chairs, PIO for schools/sheriff's dept, Communications department.
- Closed: 6/1/2023
- Total number of responses: 631
  - Only 5 responses appear to be a duplicate response.

**Ethics Reporting / Candidate Qualifying**

Campaign Contribution Disclosure Reports (CCDR) for local elected officials are due on June 30, 2023.  There is a 5-day grace period for filing a CCDR. Personal Financial Disclosure Reports (PFDS) are due on July 1, 2023.  There is no grace period for filing a PFDS.

| Open Records Request(s) (ORR) | Number in parenthesis indicates the number from the same month last year |
|---|---|
| # received b/w 05/01 – 05/31/2023 | 5   (9) |
| 2023 Cumulative | 17 |
| 2022 Cumulative | 109 |
| 2021 Cumulative | 48 |

**Budget / Finance**

The Director and Assistant to the Director attended a budget meeting with members of the Finance Committee on May 24, 2024.   The Committee had the most questions about the budget for poll worker salaries.  As of June 5, the Finance Committee recommends $200,000 for poll worker salaries, $2,000 for poll worker online training software, and $5,000 for election equipment and supplies inventory software. The

continuation operating budget is recommended for approval as was discussed in last month's BRE meeting.

**Voter Registration**

The transition in statewide voter registration systems from ENet to GARViS continues. Staff continue to process some voter registration applications. The Secretary of State (SOS) releases updates to the system regularly and staff communicates issues we encounter. SOS has also conducted Q&A Webinar sessions that provide county election officials a timeline for expected updates to GARViS on a regular basis. Procedures are being updated to reflect the layout and workflow of GARViS. Some List Maintenance activities continued during the month of May.

| **Voter Registration Statistics by Status:** As of May 31, 2023 | |
|---|---|
| | |
| **Countywide Total registered voters:** | **177,988 (173,790)** |
| Active voters: | 165,027 (160,937) |
| Inactive voters: | 12,961 (12,853) |
| | |
| **City of Cumming Total registered voters:** | **4,028** |
| Active voters: | 3,757 |
| Inactive voters: | 271 |
| | |
| **Pending voters Total:** | **69** |
| Pending age | 28 |
| Pending verification | 25 |
| Pending 40-day clock | 15 |
| Pending 26-month clock | 1 |
| | |
| **Challenged voters Total:** | **234** |
| Felon | 51 |
| Voter challenge | 183 |
| | |
| **Cancelled voters Total:** | **325** |
| Deceased | 211 |
| Felon | 0 |
| Hearing | 0 |
| Mentally Incompetent | 0 |
| Moved out of county | ** |
| Moved out of state | 107 |
| No Activity for 2 General Election cycles | 0 |
| Not verified | 0 |
| Voter requested | 7 |
| Notes: List maintenance activities resumed in the month of April as the SOS has made additional updates to GARViS. More detail is provided in the Voter Registration Update.<br><br>**Statistics not included as we are not currently able to produce the reports needed to generate these statistics.* The SOS team has provided regular updates with all county offices on the improvements being made to GARViS. Improvements on all reports has been identified on the "Up & Coming" enhancements to GARViS.* | |

**Election Equipment / Supplies**

Routine charging and inventory of the touchscreens and printers are in progress. Any pieces of election equipment identified needing possible repairs or additional attention will be handled accordingly upon the completion of the charging/inventory process. Charging and inventory of ballot scanners and UPS units will be conducted next. During the May 2 BRE meeting, Vice Chairman Natt asked for an update on UPS battery replacement and the timing of the election equipment software previously discussed by the Secretary of State (SOS). The update from SOS Elections Director, Blake Evans reads in part as follows:

> *The UPS replacement money was put in our budget for fiscal year 2024, which begins July 1, 2023 for us at the state. The process of replacing a portion of the UPS units in the state will most likely begin some time in July. Even though we only received a portion of the funds we requested, we want every county in the state to receive at least some of the new UPS units.*
>
> *In regards to the software update, the EAC certified the new software version in March. We are currently evaluating the scope of the project.*

On the statewide call that occurred May 19, SOS Elections Director Blake Evans and Deputy Director Michael Barnes announced that a systems health check will be conducted for the election management systems, ballot marking devices, and scanners in all 159 counties. A copy of the press release issued by the SOS is included in the BRE's packet.

SOS Elections Director, Blake Evans made an announcement on May 31, 2023 regarding the cost of using cellular poll pads for voter check-in during future elections. Here are details from the announcement:

- All counites are required to use the cellular poll pads during Advance Voting.
- SOS funding was not approved in their 2023 budget, therefore, the cost of the cellular access falls to each county.
- For all elections held after July 1, 2023, there will be a cost of $37.80 per Advance Voting (AV) location per election for cellular service.
  - There is not a data fee for each poll pad; the fee is for each AV location.
- Counties are not required to use the cellular feature on Election Day; however, the SOS strongly encourages utilizing the same service on Election Day. The cost for cellular service is also $37.80 per Election Day polling place per election.

Here are answers to some follow up questions posed to the SOS:

- It is unlikely the SOS will receive additional funding in their 2024-2025 budget; therefore, each county should budget for all elections in the 2024 election cycle.
- The cost is expected to remain in the range of $37.80 per location throughout the 2024 election cycle.
- There will not be an additional charge for Logic and Accuracy (L&A) testing as this testing takes place at our office over the Meraki access point.
- Each county will be invoiced by KnowInk after each election.
- This cost is based on historical estimated usage during an election and fixed and variable costs charged to KnowInk by Verizon.

**IS&T/Software/Hardware**

**Building Update**

**Disaster Recovery**

The Director and Assistant to the Director attended a Strategic Planning Meeting hosted by the County Emergency Management department on May 31, 2023.

**Training/Outreach**

Our office held a Poll Worker Appreciation Event on May 16, 2023 to show our appreciation to our poll workers and anyone who played a role in making the 2022 election cycle a success. Office staff and BRE members provided food and utensils for all guests. Approximately 200 guests were in attendance.  Photos of the event have been posted on our website: https://www.forsythco.com/Departments-Offices/Voter-Registrations-Elections/Become-a-Forsyth-County-Poll-Worker and also appeared in a News/Video posting by the Department of Communications on May 19. The event was a huge success!

Staff is in the process of preparing and planning for poll worker recruitment for future elections. New Poll Worker Preview Sessions are to begin later in 2023. Our office is working on a poll worker manual in addition to planning and updating our training for the upcoming elections.

---

**Calendar of Upcoming Events**

| | |
|---|---|
| June 6 | Board Meeting |
| July 4 | Independence Day; county holiday; offices closed |
| July 11 | Board Meeting |
| August 1 | Board Meeting |
| August 21-23: | Candidate Qualifying for the City of Cumming Municipal General Election |
| September 4 | Labor Day; county holiday; offices closed |
| September 5 | Board Meeting |
| October 3 | Board Meeting |
| November 7 | Election Day |
| November 10 | Veteran's Day; county holiday; offices closed |
| November 14 | Board Meeting |
| November 23 & 24 | Thanksgiving; county holiday; offices closed |
| December 5 | Board Meeting |
| December 25 & 26 | Christmas; county holiday; offices closed |

Respectfully Submitted,
Mandi Smith
Director, Voter Registrations and Elections

VIII.    **Hearings Pursuant to Georgia Election Code O.C.G.A. 21-2-229 and O.C.G.A. 21-2-230**

Director Smith gave an overview of challenges pursuant to O.C.G.A. 21-2-229 and 21-2-230.

recess at 10:23 a.m. for 7 minutes. Motion carried unanimously.

Case 1:24-cv-03412-SDG   Document 1-6   Filed 07/31/24   Page 16 of 38

Chairman Luth called the meeting back to order at 10:30 a.m.

**A. Hearings pursuant to Georgia Election Code O.C.G.A. 21-2-229 – April 10, 2023 Wexler Challenge**

Chairman Luth asked if the challenger was present and would she explain the basis of her challenge. Ms. Wexler was present and stated she used voter rolls under 6 months old at the time. She said she went voter by voter and researched the Secretary of State website, court records, business licenses, and tax assessment records.

Member Tucker asked Ms. Wexler if she knew anyone on the challenged list. Ms. Wexler stated she did not. Member Tucker then asked why she chose the Brandywine and Sawmill precincts. Ms. Wexler stated she was going by street name using different precincts.

Member Tucker then read Section 8 2(B) Subsection D of the National Voting Rights Act and said this was the reason she voted the way she did.

Chairman Luth with a second from Vice Chairman Natt made a motion to dismiss from the challenge the following voters because they have moved to another county in Georgia and are no longer registered to vote in Forsyth County:

#9    Joel Hunter
#24   Jamison Lindsey
#26   Martha Aguirre Grisales
#58   Kevin Miracle
#125  Kevin Cario

Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge the following voters because they have moved out of state and are no longer registered to vote in Forsyth County:

#75    Kenneth Wise
#94    Lakisha Davis
#139   Kurt Astbury

Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge the following voters because they are deceased and have been cancelled in the statewide voter registration database:

#57   Susan Styron
#66   Autumn Frenchman
#92   Lue Garlick
#122  Theresa Anello
#138  J Mack Bayles
#186  Monte Epling
#189  Matthew Bailey

Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge the following voter because he has returned the residency affirmation:

#72    Willie Woods, Jr.

Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge voter #78 Pushpa Latham Pocham as staff determined this voter appeared on the voter rolls for  twice.  Note: the voter appropriately received credit for voting in each election.  There is no evidence more than one ballot was cast by the voter in any election. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #1 Yves Daux. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #2 Melinda Allen. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #3 Bryan Doom. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #4 Crystal Rogan. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #5 Nicole Krell. Motion carried unanimously.

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #6 Kalavatiben Patel. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #7 Pinal Patel. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #8 Erika Platas. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #10 Rachelle Corneillie. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #11 John Williams. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #12 Timothy Palmer. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #13 Bennett Rhoda and #14 Sarah Rhoda. Motion carried 4-1 (Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #15 Karishma Parag. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Chairman Luth made a motion to dismiss from the challenge voter #16 Akshar Patel. Motion carried unanimously.

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #18 Ariane Willis. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to uphold the challenge and remove from the rolls voter #19 Ofelia Medel. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #20 Leah Ochs. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #20 Leah Ochs. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #21 Kenneth Stephens. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #22 Whitney Bak. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #23 Monique Perrin Machado. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #23 Monique Perrin Machado. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #25 Hunter Saylor. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #27 Karis Bloesing. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #28 Askar Kengesbayev. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #29 Alina Magauova. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #30 Bradley Mullis Jr. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #31 Nicole Pfalz. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #32 Abhishek Pratap. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #33 Mary Pratap. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #34 Ertan Onal. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Assistant Secretary Thalimer made a motion to uphold the challenge and remove from the rolls voter #35 Leslie Mckinney. Motion carried 4-1 (Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #36 Dorothy Hillman. Motion carried unanimously.

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #37 Michael Johnson. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt make a motion to dismiss from the challenge voter #38 Dana Johnson. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #40 Janice Sammons. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #41 Kiana Bradley. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to dismiss from the challenge voter #42 Candace Talbott. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #43 Jared Cohen. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #43 Jared Cohen. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #44 Bronwynne Adcock. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #45 Ernest Gandolfi. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #46 Diana Gandolfi. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #47 Mitchell Mathias. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Assistant Secretary Thalimer made a motion to uphold the challenge and remove from the rolls voter #48 Leslie Mckinney. Motion carried 4-1 (Tucker opposed).

Member Tucker with a second from Vice Chairman Natt made a motion to dismiss from the challenge voter #49 Kathleen Weeldreyer. Motion carried unanimously.

dismiss from the challenge voter #50 Emily Weeldreyer. Motion carried unanimously.

Vice Chairman Natt with a second from Assistant Secretary Thalimer made a motion to uphold the challenge and remove from the rolls voter #51 Ashraf Elsayed Mohammed. Motion carried 4-1 (Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #52 Denise Bateman. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #52 Denise Bateman. Motion carried 3-2 (Thalimer and Tucker Opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #53 Alan Bateman. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #54 Chanston Osborne. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #55 James Bitner. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #56 Sara Bitner. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #59 Dalit Holtz. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to dismiss from the challenge voter #60 Scott Holtz. Motion carried unanimously.

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #61 Yotam Holtz. Motion carried unanimously.

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #62 Jae Cha. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #64 Robin Snead. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #65 Nicole Weiss. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #67 Ariana Fouriezos. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #68 Ave Fouriezos. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #69 Robert Probst. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #70 Lori Slaman. Motion carried unanimously.

Member Tucker with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #71 William Slaman. Motion carried unanimously.

Chairman Luth with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #73 Jeanette Woods. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #74 Kimberly Anthony. Motion carried 3-2 (Thalimer and Tucker opposed.)

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #76 Mina Hamid. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #76 Mina Hamid. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #77 Oded Fridman. Motion carried 3-2 (Thalimer and Tucker Opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #79 Mohammed Rajab. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #80 Janet Norris. Motion carried 3-2 (Thalimer and Tucker Opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #81 Sreenivasa Donapaty. Motion carried 4-1 (Natt opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #82 Ramadevi Nimmanapalli. Motion carried 4-1 (Natt opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #83 Teresa Dowell-Vest. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #84 Anneka Alexander. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #84 Anneka Alexander. Motion carried 3-2 (Thalimer and Tucker Opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #85 Mark Eze. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #85 Mark Eze. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #86 Justin Greer. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #87 Monica Perry. Motion carried 3-2 (Thalimer and Tucker Opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #88 Mohammad Zaman. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #89 Allan Lansche. Motion carried 3-2 (Thalimer and Tucker Opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #90 Lisa Lansche. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #91 Keresha Garlick. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #93 Okon Okon. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #95 Martha De La Mora. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #96 Jorge Pederzini. Motion carried 3-2 (Thalimer and Tucker Opposed).

Chairman Luth with a second from Member Tucker make a motion to dismiss from the challenge voter #97 Terry Veselica. Motion carried unanimously.

Member Tucker with a second from Chairman Luth made a motion to dismiss from the challenge voter #98 Rebecca Veselica. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #99 Karen Holley. Motion carried 4-1 (Tucker Opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #100 Sylvanus Weathersby. Motion carried 3-2 (Thalimer and Tucker Opposed).

dismiss from the challenge voter #101 German Santos Hernandez. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #102 Gabriel Scotti. Motion carried 3-2 (Thalimer and Tucker Opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #103 Austin Goh. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #104 Katelyn Taylor. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #105 Raquel Banys. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #106 James Banys. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rollsvoter #107 Bonnie Williams. Motion carried 3-2 (Thalimer and Tucke r opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #108 Jalen Binford. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #109 Taylor Roake. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #110 Phillip Hilling. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #111 Hamed Jalinouszadeh. Motion carried 4-1 (Tucker opposed).

dismiss from the challenge voter #112 Jamie Knott. Motion carried 4-1 (Thalimer opposed).

Case 1:24-cv-04093-SEG   Document 1-6   Filed 07/31/24   Page 27 of 38

Member Tucker with a second from Secretary Radzikinas made a motion to dismiss from the challenge voter #113 Walter Dsouza. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #113 Walter Dsouza. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #114 Juan Perez. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge voter #115 Justin Smith. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #116 Regan Mann. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #117 Jacquelyn Thomas. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #118 Andre Mauldin. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #119 Keena Simpson-Mauldin. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Vice Chairman Natt made a motion to dismiss from the challenge voter #120 Harish Parihar. Motion carried unanimously.

Member Tucker with a second from Chairman Luth made a motion to dismiss from the challenge voter #121 Sharmilee Sawant. Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge voter #123 April Russell. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #124 Ada Cario. Motion carried 4-1 (Thalimer opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to dismiss from the challenge voter #126 Natalia Reyes. Motion carried 4-1 (Thalimer opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #127 Kyle Muse. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #128 Jason Shaub. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #129 Catherine Shaub. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #130 Thomas Soderlund. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #131 Mary Soderlund. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to engross voters #132, #133, #134 and #135 into the same motion. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voters #132 Paul O'Fallon, #133 Lara O'Fallon, #134 Erin O'Fallon and #135 Macy O'Fallon. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #136 Timothy Fahey. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #136 Timothy Fahey. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #137 Ryan Pocock. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #137 Ryan Pocock. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #141 Robert Hardee. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #142 Micah Huber. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #143 Katasha Huber. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #144 Carter Depping. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #144 Carter Depping. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #145 David Staley. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #146 Erin Staley. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rollsvoter #147 Jennifer Walters. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #149 Craig Wofford. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #150 Trent Bowers. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to dismiss from the challenge voter #151 Martin Noller. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #152 Joseph Bowman. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to dismiss from the challenge voter #153 Kathleen Schmitz. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #154 Louis Tuccito. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #155 Diane Tuccito. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge voter #156 Christopher Williams. Motion carried unanimously.

Member Tucker with a second from Chairman Luth made a motion to dismiss from the challenge voter #157 Jelani Glass. Motion carried 4-1 (Natt opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #158 Lucas Campbell. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #159 Guy Carbonneau. Motion carried 3-2 (Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #160 Harold White. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #161 Karina Zamora. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #162 Caleb Hysell. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #163 Christopher Phillip. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #164 Kelli Phillip. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #165 Murad Ibragimov. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #166 Zakir Ibragimov. Motion failed 2-3 (Luth, Natt and Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #166 Zakir Ibragimov. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #167 Malika Ibragimov. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #168 Blake Richardson. Motion carried 4-1 (Natt opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #169 Matthew Drufke. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #170 Mariah Drufke. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #171 Justin Kukal. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #172 Erica Rydrych. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #174 Virginia Marcello. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #175 Caroline Marcello. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #176 Craig Marcello. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #177 Kristina Scarborough. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #179 Melissa Smith. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge and remove from the rolls voter #180 Brian Goddard. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #181 Adam Bykofsky. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #182 Benjamin Mauney. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #183 Kimberly Thurmond. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Member Tucker made a motion to uphold the challenge and remove from the rolls voter #184 Carl Dougherty II. Motion failed 2-3 (Luth, Radzikinas and Thalimer opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to dismiss from the challenge voter #184 Carl Dougherty II. Motion carried unanimously.

Chairman Luth with a second from Member Tucker made a motion to dismiss from the challenge voter #185 Tiffany Bohatec. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #187 Zachary Penny. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #188 Kristin Penny. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #190 Dale Logue. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #191 Lissa Logue. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #192 Douglas Dale. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #193 Margaret Dale. Motion carried 3-2 (Thalimer and Tucker opposed).

Member Tucker with a second from Vice Chairman Natt made a motion to dismiss from the challenge voter #194 Sherilyn Burris. Motion carried unanimously.

Member Tucker with a second from Assistant Secretary Thalimer made a motion to dismiss from the challenge voter #195 Nader Mogdadi. Motion carried unanimously.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #196 Dilinh Reichman. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge and remove from the rolls voter #197 Kai Reichman. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #198 Anthony Gaster. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #199 Melissa Ordonez. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge and remove from the rolls voter #202 Donna Walker. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Member Tucker made a motion to recess at 12:30 p.m. for 15 minutes.

Chairman Luth called the meeting back to order at 12:47 p.m.

**B. Hear challenges to the qualifications of voters and their eligibility to vote pursuant to Georgia Election Code 21-2-230(a) – April 10, 2023 Wexler Challenge (postponed from May 2, 2023)**

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to consider the following voters under the challenge pursuant to O.C.G.A. 21-2-230(a) who were dismissed from the challenge pursuant O.C.G.A. 21-2-229:

#4 Crystal Doom
#5 Nicole Krell
#8 Erika Platas
#10 Rachelle Corneillie

#11 John Williams
#12 Timothy Palmer
#16 Akshar Patel
#17 Previsha Patel
#25 Hunter Saylor
#30 Bradley Mullis JR
#31 Nicole Pfalz
#36 Dorothy Hillman
#37 Michael Johnson
#38 Dana Johnson
#41 Kiana Bradley
#42 Candace Talbott
#49 Kathleen Weeldreyer
#50 Emily Weeldreyer
#60 Scott Holtz
#61 Yotam Holtz
#62 Jae Cha
#63 Kyung Min
#64 Robin Snead
#65 Nicole Weiss
#73 Jeanette Woods
#79 Mohammed Rajab
#81 Sreenivasa Donapaty
#82 Ramadevi Nimmanapalli
#93 Okon Okon
#97 Terry Veselica
#98 Rebecca Veselica
#101 German Santos Hernandez
#112 Jamie Knott
#115 Justin Smith
#116 Regan Mann
#120 Harish Parihar
#121 Sharmilee Sawant
#123 April Russell
#126 Natalia Reyes
#149 Craig Wofford
#151 Martin Noller
#153 Kathleen Schmitz
#156 Christopher Williams
#157 Jelani Glass
#159 Guy Carbonneau
#162 Caleb Hysell
#165 Murad Ibragimov
#168 Blake Richardson
#181 Adam Bykofsky
#184 Carl Dougherty II
#185 Tiffany Bohatec
#194 Sherilyn Burris
#195 Nader Mogdadi

Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for the following voters:

#4 Crystal Doom
#5 Nicole Krell
#8 Erika Platas
#10 Rachelle Corneillie
#11 John Williams
#12 Timothy Palmer
#16 Akshar Patel
#17 Previsha Patel
#25 Hunter Saylor
#30 Bradley Mullis JR
#31 Nicole Pfalz
#36 Dorothy Hillman
#37 Michael Johnson
#38 Dana Johnson
#41 Kiana Bradley
#42 Candace Talbott
#49 Kathleen Weeldreyer
#50 Emily Weeldreyer
#60 Scott Holtz
#61 Yotam Holtz
#62 Jae Cha
#63 Kyung Min
#64 Robin Snead
#65 Nicole Weiss
#73 Jeanette Woods
#79 Mohammed Rajab
#81 Sreenivasa Donapaty
#82 Ramadevi Nimmanapalli
#93 Okon Okon
#97 Terry Veselica
#98 Rebecca Veselica
#101 German Santos Hernandez
#112 Jamie Knott
#115 Justin Smith
#116 Regan Mann
#120 Harish Parihar
#121 Sharmilee Sawant
#123 April Russell
#126 Natalia Reyes
#149 Craig Wofford
#151 Martin Noller
#153 Kathleen Schmitz
#156 Christopher Williams

#157 Jelani Glass
#159 Guy Carbonneau
#162 Caleb Hysell
#165 Murad Ibragimov
#168 Blake Richardson
#181 Adam Bykofsky
#184 Carl Dougherty II
#185 Tiffany Bohatec
#194 Sherilyn Burris
#195 Nader Mogdadi

Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion that any voter that was missed with the motion pursuant to O.C.G.A. 21-2-230 would be heard at the July board meeting. Motion carried unanimously.

**IX.     Recess Regular Meeting**

**X.      Executive Session (if needed)**

There was no need for an Executive Session.

**XI.     Adjournment**

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to adjourn at 12:58 p.m. Motion carried unanimously.

*Public comments allowed for this agenda item.

The above and foregoing minutes are hereby certified as being correct and ordered recorded.

Today's Date:          July 11, 2023

*Absent from July 11, 2023 meeting*

Barbara Luth, Chairman

Joel E. Natt, Vice Chairman

Carla Radzikinas, Secretary

Daniel Thalimer, Assistant Secretary

Anita Tucker, Member