# EXHIBIT 8
# Forsyth
# County
# 3/5/2024
# hearing

**Forsyth County Board of Voter Registrations & Elections**
**Regular Monthly Meeting**
**March 5, 2024 at 9 a.m.**
**Forsyth County Administration Building**
**110 East Main Street, Suite 220**
**Cumming, Georgia 30040**

### MINUTES

Present at the meeting:
Barbara Luth, Chairman
Joel Natt, Vice Chairman
Carla Radzikinas, Secretary
Anita Tucker, Assistant Secretary
Dan Thalimer, Member
Mandi Smith, Director
Carol Balcome, Assistant to the Director
Karen Pachuta, Jarrard & Davis
Stephan Bartelski, Challenger
Max Clavijo, Challenger
Ray Moyers, Challenger

**I.    Call Meeting to Order**

Chairman Luth called the meeting to order at 9 a.m.

**II.   Pledge of Allegiance**

**III.  Adoption of Agenda**

Vice Chairman Natt with a second from Member Thalimer made a motion to amend the agenda and add item Old Business C1 – Absentee Ballots and C2 – Vote Review Panel. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to adopt the agenda as amended. Motion carried unanimously.

**IV.  Adoption of Minutes**

**A. Regular meeting of February 6, 2024**

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to adopt the minutes as prepared by staff. Motion carried unanimously.

**V.   Old Business**

**A. Consideration and possible vote of the Board of Registrations & Elections Rules Regarding Public Comment**

Vice Chairman Natt requested a change be made to the Draft Rules Section 1 to add public comments be made during the designated public comment portion of regular meetings only. He also suggested in Section 1 c to submit the public comment form to the designated BRE clerk and in Section 1 d to add "within the scope of the BRE" at the end of the sentence.

Vice Chairman Natt also recommended in the first paragraph of Section II to change the word from following to "preceding".

Chairman Luth with a second from Assistant Secretary Tucker made a motion to accept the proposed changes to the public comment policy with the additional recommended changes from Vice Chairman Natt. Motion carried unanimously.

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to reconsider the agenda and add a 20-minute public general comment and, going forward, the public comment section be located on the agenda after adoption of the minutes. Motion carried unanimously.

The following people made public comments:

Terry Sweeney, Forsyth Co. Resident
Aron Hendrix, Forsyth Co. Resident
Linda Hendrix, Forsyth Co. Resident
Sandra Burchardt, Gwinnett Co. Resident

**B. Candidate qualifying for the May 21, 2024 General Primary and NonPartisan General Election and independent candidate qualifying for the November 5, 2024 General Election**

Director Smith reported 13 candidates qualified on Monday. She said qualifying continues through Friday. Director Smith said more than likely there will be a special election for the soil and water district supervisor with an additional qualifying period for this race. She is awaiting more details from Soil and Water.

**C. Discussion of March 12, 2024 Presidential Preference Primary**

Director Smith said just under 8000 people have voted in person with 400 plus returned absentee ballots. She said there were approximately 1000 absentee ballots issued.

**Added to the Agenda:**

1. **Absentee Ballots**

    Vice Chairman Natt asked Director Smith not to open absentee ballots on Thursday or Friday and to wait until Saturday to open the ballots.

    Director Smith said from a staffing perspective Saturday is the best day to open the absentee ballots.

    Vice Chairman Natt asked for there to be a 6 ft perimeter around the area where early opening of the absentee ballots is taking place. He also asked Director Smith not to be the manager of opening the ballots. Director Smith stated she wants to run the office the best way possible and that she plans to manage the opening of the ballots.

2. **Vote Review Panel**

    Vice Chaiman Natt asked Director Smith what time the Vote Review Panel will start on Election Day. Director Smith stated it will depend on how many ballots are opened during the period of early opening. It has been advertised that we will not start the process any earlier than 2 p.m. on Election Day.

D. **2025 Budget**

Director Smith said the budget kickoff meeting is Thursday, March 14, and our department meets with the Finance Committee on April 29.

Chairman Luth asked Director Smith if the BRE will get a preview of the budget. Director Smith stated the BRE will get a copy of the proposed budget. Assistant Secretary Tucker asked Director Smith to include the poll worker scheduling software in the budget.

VI. **New Business**

A. **Discussion of May 21, 2024 General Primary and NonPartisan General Election**

1. **Logic and Accuracy testing**

    Director Smith stated no dates have been set. She said the state is already working on preparing the ballot proofs. Director Smith said

the ballots should be ready no earlier than the first week of April.
We could receive ballot proofs as early as the week following
candidate qualifying.

**2.   Review of Advance Voting dates, hours and locations**

Director Smith reviewed the dates, hours and location the BRE
approved at a previous meeting.

**3.   Set absentee ballot drop box hours and location**

Assistant Secretary Tucker with a second from Chairman Luth
made a motion the drop box would be located at the Elections
Office and open during the Advance Voting hours previously
approved by the BRE. Motion carried unanimously.

**4.   Early opening of absentee ballots**

Director Smith stated this will be determined at a later date.

**5.   Set date, time and location of election certification meeting**

Assistant Secretary Tucker with a second from Vice Chairman Natt
made a motion the certification meeting for the May 21, 2024
General Primary and Nonpartisan General Election will be held on
Tuesday, May 28, 2024 at 9 a.m. Motion carried unanimously.

**6.   Risk Limiting Audit**

Chairman Luth said the state will determine when the risk limiting
audit will be held and what races will be audited.

**B.  Review submission of challenged voters pursuant to Georgia
Election Code O.C.G.A. 21-2-229 – February 19, 2024 Bartelski
Challenge with discussion on whether to set hearings on same and
timeline for such hearings**

Vice Chairman Natt with a second from Secretary Radzikinas made a
motion to submit into the record the list of voters being challenged by
Challenger Bartelski. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a
motion to dismiss voter #14 Dale Coleman and voter #24 Patricia
Coleman because they no longer live in Forsyth County. Motion carried
unanimously.

Director Smith reported all the duplicate records on the list have been cancelled in the statewide voter registration database.

Vice Chairman Natt asked Challenger Bartelski if he would like to withdraw his challenge because the duplicate records have been cancelled. Challenger Bartelski stated he would like to withdraw the challenge.

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to dismiss the challenge in its entirety. Motion carried unanimously.

**VII.   Director's Report**

Director Smith presented the Director's Report.

**Voter Registrations & Elections Department**
**Director's Report**
**March 5, 2024**

**Board Members**

House Bill 837 was dropped on March 27, 2023 to amend the provisions relating to the start and end date of BRE members as it was set in HB 776.  The status of HB 837 as of January 8, 2024 was: House second readers.

| Board Member | Party | Took Office | Current Term Start | Current Term End |
|---|---|---|---|---|
| Barbara Luth | Chief Registrar & Chairperson | 04/02/2019* | 07/01/2021 | 06/30/2025 |
| Joel E. Natt | Republican | 02/03/2015* | 09/01/2023 | 06/30/2027 |
| Anita Tucker | Democratic | 03/01/2022* | 09/01/2023 | 06/30/2027 |
| Carla Radzikinas | Republican | 04/04/2016* | 09/01/2021 | 08/31/2025 |
| Dan Thalimer | Democratic | 09/01/2021 | 09/01/2021 | 08/31/2025 |
| | | | | |
| *Filled the unexpired term of outgoing member | | | | |

**Staff**

Current filled staff/positions: 9 full-time (2 unfilled), 4 part-time (4 unfilled) and 3 interns.

**Legislation (pending/approved bills)/Change to Election Code/State Election Board (SEB)**

The next SEB meeting date has not been announced.

Multiple pieces of legislation regarding elections were proposed in this year's legislative session.

**Election Information**

**March 12, 2024 Presidential Preference Primary (PPP)**

- Voter Registration deadline: February 12, 2024
- Advance Voting schedule (as was voted on by the BRE in the 06/06/23 BRE meeting)

- o Elections Office ONLY
  - Week 1: 02/19-02/23, M-F
  - Saturday: 02/24
  - Sunday: 02/25
- o Elections Office, Hampton Park Library, Sharon Springs Park, Midway Park
  - Week 2: 02/26-03-01, M-F
  - Saturday: 03/02
  - NO Voting: Sunday, 03/03
  - Week 3: 03/04-03/08, M-F
- o Advance Voting hours:
  - M-F: 8 a.m. to 6 p.m.
  - Sat/Sun: 8 a.m. to 5 p.m.
- Absentee Ballot drop box: open at the Elections Office during the same days and hours as Advance Voting
- Timeline for submitting absentee ballot applications (for civilian voters):
  - o December 25, 2023 through Friday, March 1, 2024.
  - o Mailing ballots: Monday, February 12 through Friday, March 1
- Early absentee ballot opening
  - o As was decided by the BRE in their February meeting, early absentee ballot opening may begin no earlier than Thursday, March 7.
- Election Day: Tuesday, March 12
  - o All 29 Election Day polling places open for voting from 7 a.m. to 7 p.m.
- Certification of election results
  - o Monday, March 18 at 9 a.m. at the Forsyth County Elections Office
- Risk limiting audit (RLA) as required per GA Election Code
  - o March 20 through March 21

**May 21, 2024 General Primary and NonPartisan General Election**
- Voter Registration deadline: April 22, 2024
- Advance Voting schedule (as was voted on by the BRE in the 06/06/23 BRE meeting)
  - o Elections Office ONLY
    - Week 1: 04/29/-05/03, M-F
    - Saturday: 05/04
    - Sunday: 05/05
  - o Elections Office, Hampton Park Library, Sharon Springs Park, Midway Park
    - Week 2: 05/06-05/10, M-F
    - Saturday: 05/11
    - NO Voting: Sunday, 05/12
    - Week 3: 05/13-05/17, M-F
  - o Voting hours:
    - M-F: 8 a.m. to 6 p.m.
    - Sat/Sun: 8 a.m. to 5 p.m.
- Absentee Ballot drop box days, hours and location: to be set by the BRE
- Timeline for submitting absentee ballot applications (for civilian voters):

- o   March 4 through May 10
- o   Mailing ballots: Monday, April 22 through Friday, May 10
- Early opening of absentee ballots: to be discussed at a future meeting
- Certification of election results: BRE to set date, time and location of meeting
  - o   Due to Memorial Day holiday on Monday, May 27; deadline to certify election results is by 5 p.m. on Tuesday, May 28, 2024
- Risk limiting audit (RLA) as required per GA Election Code
  - o   May 30 through May 31

**Candidate Qualifying**

Candidate Qualifying for the May 21, 2024 General Primary & Nonpartisan General Election and for Independent candidates for the November 5, 2024 General Election is taking place between Monday, March 4 and Friday, March 8, 2024.  Both the Democratic and Republican Parties have a table at our facility and are conducting candidate qualifying at that location.

- Qualifying days and hours:
  - o   Monday to Thursday: 9 a.m. to 4:30 p.m.
  - o   Friday: 9 a.m. to 12:00 p.m. (noon)

**Polling Places and Precincts and Redistricting**

As has been discussed in previous BRE meetings, precinct cards were issued to all registered voters in the county to notify them of the change in U. S. Congressional district and to those impacted, to notify them of the precinct and polling place changes. The first batch of precinct cards (approximately 38,000) were mailed on February 7 to the voters impacted by precinct and polling place changes.  The second set of precinct cards to all other registered voters in the county entered into the mail system on February 27 2024. This ensures all registered voters in the county are notified of the Redistricting change in U.S. Congressional district lines due to a judge's ruling which changes the district representing Forsyth County from 06 to district 07.

**Department of Parks and Recreation**

Staff are scheduled to visit Sawnee Mountain Park Community Building later this week to review the new layout.

**Ethics Reporting / Candidate Qualifying**

Campaign Contribution Disclosure Reports (CCDR) Candidates and elected officials who intend to qualify for a local contest during this year's candidate qualifying period, March 4 – 8, 2024, are classified as 'being in their election year.'  Those in their election year will follow the State Ethics Commission Election Year schedule. Elected officials who do not intend to qualify to run for an office in 2024 are in their 'non-election year' and will follow the State Ethics Commission Non-Election Year schedule.

2024 CCDR Due Dates: Election Year

- January 31 — five-business day grace period
- April 30 — five-business day grace period.
- June 30 — five-business day grace period
- September 30 — five-business day grace period.

- October 25
- December 31

five-business day grace period
five-business day grace period.

2024 CCDR Due Dates: Non-Election Year
- June 30
- December 31

five-business day grace period
five-business day grace period.

Personal Finance Disclosure Statements (PFDS) are financials reports for the previous calendar year. PFDSs do not have a grace period.

2024 PFDS Filing Period: Election Year
- January 1, 2024 – 15 days after the day the candidate qualifies to run for office

2024 PFDS Filing Period: Non-Election Year
- January 1, 2024 – July 1, 2024

| Open Records Request(s) (ORR) | Number in parenthesis indicates the number from the same month last year |
|---|---|
| # received b/w 02/01/2024 – 02/29/2024 | 1   (6) |
| 2024 Cumulative | 8 |
| 2023 Cumulative | 51 |
| 2022 Cumulative | 109 |
| 2021 Cumulative | 48 |

**Budget / Finance**

The 2025 budget kickoff meeting is scheduled for March 14.  Our department is currently on the calendar to present our budget to the budget committee on April 29, 2024.

**Voter Registration**

Voter registration processing and list maintenance activities were ongoing during the month of January.

| Voter Registration Statistics by Status: As of March 4, 2024 | |
|---|---|
| | |
| **Countywide Total registered voters:** | **178,518 (178,387)** |
| Active voters: | 161,758 (164,860) |
| Inactive voters: | 16,760 (13,527) |
| | |
| **City of Cumming Total registered voters:** | **4,379** |
| Active voters: | 3,923 |
| Inactive voters: | 456 |
| | |
| **Pending voters Total:** | **229** |
| Pending age | 157 |

| Pending verification | 8 |
|---|---|
| Pending missing/incomplete/incorrect information | 15 |
| Pending citizenship | 27 |

| **Challenged voters Total:** | **466** |
|---|---|
| Felon | 47 |
| Voter challenge | 419 |

| **Cancelled voters Total:** | **185** |
|---|---|
| Deceased | 124 |
| Felon | 5 |
| Hearing | 0 |
| Mentally Incompetent | 0 |
| Moved out of county | Not available |
| Moved out of state | 56 |
| No Activity for 2 General Election cycles | 0 |
| Not verified | 0 |
| Voter requested | 0 |
| Notes: ***An MOC report is not currently available in GARViS.* | |

**Election Equipment / Supplies**

Routine charging and inventory of touchscreens and printers are in progress. Routine charging of ballot scanners and UPS units are ongoing.

After having undergone the required acceptance testing by the Secretary of State's Office (SOS), the 4 ballot scanners and ballot boxes purchased in 2023 were received on February 15, 2024. The additional 8 ballot scanners and ballot boxes to be purchased were approved by the Board of Commissioners on February 20, 2024. The purchase of this additional equipment will fulfill the needs for the upcoming May General Primary.

Logic and Accuracy (L&A) testing of the election equipment to be used in the March 12, 2024 PPP started on January 22, 2024. As of Monday, February 19, 2024, L&A testing is complete for all Advance Voting and Election Day polling places. Additionally, L&A testing has been completed on one Image Cast Central high-speed scanner for absentee balloting. There are no issues to report.

Following the directives of the Secretary of State's (SOS) Office and the equipment vendor, KNOWiNKpoll pads for the 29 Election Day polling places have undergone the first round of election day data imports. The final import of data will not take place until after the conclusion of in person Early voting.

**IS&T/Software/Hardware**
**Building Update**

**Disaster Recovery**
**Training/Outreach**

Two virtual New Poll Worker Preview Sessions were held in February. There were 19 attendees and 18 have continued to pursue becoming a poll worker for the 2024 election cycle.

Four Poll Worker Management Training sessions were held between February 1 and February 23. Two Poll Worker Stations Training (makeup training) were held on February 22 and February 24. The Online Election Fundamentals Training was released to poll workers to complete. To date, 354 poll workers have completed the online training.

Poll worker assignments for Election Day have been sent to all poll workers who are available to work. Adjustments are being made as changes to availability are communicated to our office.

## Calendar for Poll Worker and Outreach Upcoming Events

### Communications

Information about the ongoing election has been posted to our department website. The Communications Department has pushed content through their social media platforms to inform voters of the ongoing PPP.  Updates to our billboard postings continue through the election cycle to highlight Advance Voting and Election Day voting.

On February 28, 2024 our office was presented the "Georgia Election Administration Golden Leader in Excellence" EAGLE award for our work in election security and innovation, including staff's involvement in the launch of GARViS and our level of attention to detail in our processes and procedures.  Secretary of State Brad Raffensperger and state Elections Director, Blake Evans, presented the award in person at our Elections Office.  It is truly a great honor.

---

### Calendar of Upcoming Events

2024 Election Dates (dates calculated internally; SOS has posted with some outstanding questions regarding events that fall on holidays)

- March 4-8: Candidate Qualifying for the May 2024 General Primary and Nonpartisan General Election
- March 12: Presidential Preference Primary
- May 21: General Primary & Nonpartisan General Election
- June 18: General Primary Runoff
- November 5: General Election & Special Election
- December 3: General Election Runoff

### 2024

| | |
|---|---|
| April 2 | BRE regular monthly meeting |
| May 7 | BRE regular monthly meeting |
| May 27 | Memorial Day; county holiday; offices closed |
| June 4 | BRE regular monthly meeting |
| July 2 | BRE regular monthly meeting |
| July 4 | Independence Day; county holiday; offices closed |
| August 6 | BRE regular monthly meeting |
| September 2 | Labor Day; county holiday; offices closed |
| September 3 | BRE regular monthly meeting |
| October 1 | BRE regular monthly meeting |
| November 11 | Veteran's Day; county holiday; offices closed |
| November 12 | BRE regular monthly meeting |

November 28 & 29     Thanksgiving; county holiday; offices closed
December 10          BRE regular monthly meeting
December 24 & 25     Christmas; county holiday; offices closed


Respectfully Submitted,
Mandi Smith
Director, Voter Registrations & Elections

Vice Chairman Natt asked Director Smith how many of the total number of voters are eligible to vote. Director Smith said she has not pulled the elector's list but said the number would be the same or less than the statistics provided in the Director's Report.

Chairman Luth stated how proud she was of the staff for receiving the Eagle Award from the Secretary of State's Office. She said we had the best team in the state and appreciates the hard work from staff.

Vice Chairman Natt with a second from Chairman Luth made a motion to recess at 9:56 a.m. until 10:15 a.m. Motion carried unanimously.

Chairman Luth called the meeting back to order at 10:15 a.m.

### VIII.   Hearings Pursuant to Georgia Election Code O.C.G.A 21-2-230

#### A.   Hear challenges to the qualifications of voters and their eligibility to vote pursuant to Georgia Election Code 21-2-230(a) – February 23, 2024 Bartelski Challenge

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to submit into the record the list of voters being challenged and all the evidence submitted by Challenger Bartelski. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to dismiss from the challenge voter #29 Luis Alberto Cueva Parra because he is no longer registered to vote in Forsyth County and is cancelled in the statewide voter registration database because he has moved out of state. Motion carried unanimously.

Assistant Secretary Tucker asked Challenger Bartelski if Eagle AI was used to determine the names of voters to challenge. Challenger Bartelski said Eagle AI was not utilized/used for this research. The research was done manually.

Assistant Secretary Tucker stated according to the National Voting Rights Act voters can be registered in two states. She also stated there are multiple names that have a moved date before a voted date.

Vice Chairman Natt asked Challenger Bartelski if there was any other evidence used beside the National Change of Address (NCOA) list. Challenger Bartelski stated the NCOA list was used to look up voters in other states.

Vice Chairman Natt asked Challenger Bartelski if he plans to resubmit the names on the challenge for future elections. Challenger Bartelski stated he was going to resubmit the names.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #1 Sandra Forrester. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #2 Susan Horton. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #3 Dennis Nowik. Motion carried unanimously.

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #4 Mavis Nowik. Motion carried 3-2 (Luth and Natt opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #5 James Burns. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #6 Jeffrey Horton. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #7 Jane Hall. Motion carried unanimously.

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #8 Gregory Booth, Jr. Motion carried unanimously.

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #9 Lori Bennett. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #9 Lori Bennett. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #10 Erin Lamaitis. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #11 Kristi Kenny. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #12 Joshua Lamaitis. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #13 Brandon Cramer. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #14 Lisa Sciandra. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #15 Paul Sciandra. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #16 Christie Gerace. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #17 Karlene Roberty. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #18 Robert Gerace, Jr. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #19 Michael Oakes. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge for voter #19 Michael Oakes. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #20 Eileen Quigley. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #21 John Quigley. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #22 Kathleen Komisarow. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #22 Kathleen Komisarow. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #23 Jennifer Seith. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #24 Shakesi Morris. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #25 Christine Chisholm. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #26 Kyler Vela. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #27 James Davis, Jr. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #28 Anna Nations. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #30 Lyndon Shave. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #31 Kyle Robinson. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #32 Ashleigh Thomas. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #33 Kaylee Mundell. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #33 Kaylee Mundell. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #34 Lucas Hamilton. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #35 Kyle Halverson. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #35 Kyle Halverson. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #36 Sai Mohan Sara. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #37 Irene Rodgers. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #38 Uche Nwani. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Vice Chairman Natt made a motion to dismiss from the challenge voter #39 Derrick Mosley. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #40 Walter Wilson. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #41 Shlok Kulasekaran. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #41 Shlok Kulasekaran. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #42 Bob Horton. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #42 Bob Horton. Motion carried 3-2 (Thalimer and Tucker opposed).

**B. Hear challenges to the qualifications of voters and their eligibility to vote pursuant to Georgia Election Code 21-2-230(a) – February 26, 2024 Clavijo Challenge**

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to submit into the record the list of voters being challenged and all the evidence submitted by Challenger Clavijo. Motion carried unanimously.

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to dismiss from the challenge the following voters because they are no longer registered to vote in Forsyth County and are cancelled in the statewide voter registration database because they have moved out of state:

Voter #5 – Emily Marie McAninch
Voter #6 – Kevin Alan McAninch
Voter #7 – Celia Margarita McAninch
Voter #8 – Katherine Elizabeth McAninch

Voter #17 – Judith McComb Seith
Voter #18 – William Frederick Seith, Jr.

Vice Chairman Natt asked Challenger Clavijo what type of information was used as evidence for the challenge. Challenger Clavijo stated he looked at property records.

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #1 Carolyn Harding. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #2 Christian Bohnstedt. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #3 Karl Bohnstedt, Jr. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #4 Anand Purohit. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #9 Heidi Shafer. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #10 Brady Yeater. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #11 Alexa Yeater. Motion carried unanimously.

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #12 Richard Mancine. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #13 Mark Stomp. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #14 Rohiniben Patel. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #15 Harendrakumar Patel. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #16 Jigna Patel. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Vice Chairman Natt made a motion to uphold the challenge for voter #19 Beth Gonzalez. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge for voter #20 Jorge Gonzalez. Motion carried 3-2 (Thalimer and Tucker opposed).

**C.  Hear challenges to the qualifications of voters and their eligibility to vote pursuant to Georgia Election Code 21-2-230(a) – February 26, 2024 Moyers Challenge**

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to submit into the record the list of voters being challenged and all the evidence submitted by Challenger Moyers. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to dismiss from the challenge voter #5 Brent Earl Schott because he is no longer registered to vote in Forsyth County and is cancelled in the statewide voter registration database because he has moved out of state. Motion carried unanimously.

Challenger Moyers stated he got the voter list from the Secretary of State's Office on February 5.

Assistant Secretary Tucker asked Challenger Moyers if he had any personal knowledge of anyone on the list. Challenger Moyers responded he did not.

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #1 Annette Fowler. Motion carried 3-2 (Natt and Radzikinas opposed).

The board discussed the lack of evidence provided by Challenger Moyers.

Challenger Moyers stated he will withdraw his challenge.

**D. Hear challenges to the qualifications of voters and their eligibility to vote pursuant to Georgia Election Code 21-2-230(a) – February 27, 2024 Bartelski Challenge**

Vice Chairman Natt asked Challenger Bartelski if he had any new evidence for this challenge. Challenger Bartelski said he was presenting this challenge on behalf of his team and the same type of evidence was used.

Vice Chairman Natt with a second from Assistant Secretary Tucker made a motion to submit into the record the list of voters being challenged and all the evidence submitted by Challenger Bartelski. Motion carried unanimously.

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to dismiss from the challenge voter #6 Xiamonei Zhang because he is no longer registered to vote in Forsyth County and is cancelled in the statewide voter registration database because he has moved out of state. Motion carried unanimously.

Member Tucker asked Challenger Bartelski if he personally knows anyone on the list. Challenger Bartelski stated he did not.

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #1 Gordon Ralph, Jr. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #1 Gordon Ralph, Jr. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #2 Michael Stolorena. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #3 Sheila Stolorena. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #4 Eric Cole. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #4 Eric Cole. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge for voter #5 Brenda Hartsook. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #7 Elizabeth Mason. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #7 Elizabeth Mason. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge for voter #8 Thomas Mason. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #9 Linda Crowder. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #9 Linda Crowder. Motion carried 3-2 (Thalimer and Tucker opposed).

Secretary Radzikinas with a second from Chairman Luth made a motion to uphold the challenge for voter #10 James Crowder, Jr. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #11 Pamela Hatch. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #12 James Hatch. Motion carried 3-2 (Thalimer and Tucker opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #13 Steven McClinnis. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #14 Shirley McClinnis. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #15 Jennifer Radak. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge for voter #15 Jennifer Radak. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #16 Jeffrey Richardson. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #16 Jeffrey Richardson. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Chairman Luth made a motion to uphold the challenge for voter #17 Barbara Richardson. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #18 Gary Clough. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Chairman Luth with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #18 Gary Clough. Motion carried 3-2 (Thalimer and Tucker opposed).

Assistant Secretary Tucker with a second from Member Thalimer made a motion to dismiss from the challenge voter #19 Kevin Morris. Motion failed 2-3 (Luth, Natt, Radzikinas opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #19 Kevin Morris. Motion carried 3-2 (Thalimer and Tucker opposed).

Vice Chairman Natt with a second from Secretary Radzikinas made a motion to uphold the challenge for voter #20 Allison Morris. Motion carried 3-2 (Thalimer and Tucker opposed).

IX.     Recess Regular Meeting

X.    Executive Session (if needed)

There was no need for an Executive Session.

XI.   Adjournment

Secretary Radzikinas with a second from Vice Chairman Natt made a motion
to adjourn at 11:54 a.m. Motion carried unanimously.


The above and foregoing minutes are hereby certified as being correct and ordered
recorded.

Today's Date:            April 2, 2024

_____
Barbara Luth, Chairman

_____
Joel E. Natt, Vice Chairman

_____
Carla Radzikinas, Secretary

_____
Anita Tucker, Assistant Secretary

_____
Dan Thalimer, Member