IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al*.<br><br>*Defendants*. | Civil Action No. 1:24-cv-03412-SDG |

## STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED FIRST AMENDED COMPLAINT

Secretary of State Brad Raffensperger and State Election Board Members John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King, in their official capacities (collectively, State Defendants), move to dismiss Plaintiffs' Consolidated First Amended Complaint [Doc. 155] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, State Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' Consolidated First Amended Complaint, which is filed with this motion.

Respectfully submitted this 17th day of January, 2025.

                                                  Christopher M. Carr
                                                  Attorney General
                                                  Georgia Bar No. 112505

Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Elizabeth T. Young
Senior Assistant Attorney General
Georgia Bar No. 707725
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for State Defendants*

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Brief has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
