AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для for the

Northern District of Georgia

| | |
|---|---|
| New Georgia Project, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-03412 |
| Raffensperger, et.al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richmond County Board of Elections and it's members.

Date: 01/23/2025

*Attorney's signature*

Lanetha Pitts Bar No. 573571
*Printed name and bar number*

535 Telfair Street
Bldg 3000
Augusta, GA 30901

*Address*

lpitts@augustaga.gov
*E-mail address*

(706) 842-5555
*Telephone number*

(706) 842-5556
*FAX number*