IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NEW GEORGIA PROJECT, *et al.*

   *Plaintiffs*,

      v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al*.

   *Defendants*.

Civil Action No. 1:24-cv-03412-SDG

### RICHMOND COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

COME NOW TIM MCFALLS, MARCIA BROWN, ISAAC MCADAMS, SHERRY BARNES AND BETTY REECE, and, in their official capacities as members of the RICHMOND COUNTY BOARD OF ELECTIONS (collectively the "Richmond County BOE") move to dismiss Plaintiffs' Consolidated First Amended Complaint [Doc. 155] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6) as Plaintiffs lack standing and fail to state a claim upon which relief may be granted.

In support of this motion, the Richmond County Defendants hereby adopt the arguments set forth in State Defendants' Brief in Support of Motion to Dismiss [Doc. 168-1] ("State's Brief"), except that the Richmond County Defendants do not adopt State Defendants' arguments regarding traceability to and redressability by State

1

Defendants in Sections II(D) and II(E) of the State's Brief.

For all the reasons set forth in State Defendants' Motion to Dismiss and adopted herein, except as to the arguments regarding traceability to and redressability by State Defendants in Sections II(D) and II(E), this Court should dismiss Plaintiffs' claims against Richmond County Defendants.

Respectfully submitted this 17th day of February, 2025.

                                                */s/ Lanetha Pitts*
                                                Lanetha Pitts
                                                Georgia Bar No. 573571

RICHMOND COUNTY LAW DEPARTMENT
535 Telfair Street
Augusta, Ga 30901
Phone 706-842-5558
Fax 706-842-5556
*Counsel for Richmond County Defendants*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                                */s/ Lanetha Pitts*
                                                Lanetha Pitts
                                                Georgia Bar No. 573571

RICHMOND COUNTY LAW DEPARTMENT
535 Telfair Street
Augusta, Ga 30901
Phone 706-842-5558
Fax 706-842-5556
lpitts@augustaga.gov
*Counsel for Richmond County Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2025, I electronically filed the foregoing RICHMOND COUNTY DEFENDANTS' MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Lanetha Pitts*
Lanetha Pitts
Georgia Bar No. 573571

RICHMOND COUNTY LAW DEPARTMENT
535 Telfair Street
Augusta, Ga 30901
Phone 706-842-5558
Fax 706-842-5556
lpitts@augustaga.gov
*Counsel for Richmond County Defendants*