# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

NEW GEORGIA PROJECT, SANG
HUYNH, GEORGIA MUSLIM VOTER
PROJECT, and A. PHILIP RANDOLPH
INSTITUTE,

          Plaintiffs,

    v.

BRAD RAFFENSPERGER, in his
official capacity as Georgia Secretary of
State,

JOHN FERVIER, SARA TINDALL
GHAZAL, JANICE W. JOHNSTON,
RICK JEFFARES, and JANELLE
KING, in their official capacity as
members of the Georgia State Election
Board,

COLIN McRAE, WANDA ANDREWS,
WILLIAM L. NORSE, KATHERINE A.
DURSO, and DEBRA GEIGER, in their
official capacity as members of the
Chatham County Board of Registrars,

BARBARA LUTH, JOEL NATT,
CARLA RADZIKINAS, ANITA
TUCKER, and DAN THALIMER, in
their official capacity as members of
the Forsyth County Board of Voter
Registrations and Elections,

No. 1:24-cv-3412-SDG

1

CATHY WOOLARD, AARON V.
JOHNSON, MICHAEL HEEKIN,
TERESA K. CRAWFORD, and JULIE
ADAMS, in their official capacity as
members of the Fulton County Board
of Registration and Elections,

KAREN EVANS-DANIEL, ROBERT
ABBOTT, JOEL HAZARD, THOMAS
ELLINGTON, and MIKE KAPLAN,
in their official capacity as members of
the Macon-Bibb County Board of
Elections,

WANDY TAYLOR, DAVID
HANCOCK, LORETTA
MIRANDOLA, ALICE O'LENICK, and
ANTHONY RODRIGUEZ, in their
official capacity
as members of the Gwinnett County
Board of Registrations and Elections,
and

BEN JOHNSON, JAMES NEWLAND,
ROY McCLAIN, JAMES A. O'BRIEN,
and DEXTER WIMBISH, in their
official capacity as members of the
Spalding County Board of Elections
and Voter Registration,

Defendants.

GEORGIA STATE CONFERENCE OF
THE NAACP, GEORGIA
COALITION FOR THE PEOPLE'S

AGENDA, INC., and VOTERIDERS

Plaintiffs,

v.

BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State,

JOHN FERVIER, SARA TINDALL GHAZAL, JANICE W. JOHNSTON, RICK JEFFARES, and JANELLE KING, in their official capacity as members of the Georgia State Election Board,

CHEROKEE COUNTY BOARD OF ELECTIONS AND REGISTRATIONS; GLEN JOHNSON, JULIE GLADE, SCOTT LITTLE, LARRY HAND, and JOHN WALLACE in their official capacity as members of the Cherokee County Board of Elections and Registrations;

CHATHAM COUNTY BOARD OF REGISTRARS; COLIN McRAE, WANDA ANDREWS, WILLIAM L. NORSE, KATHERINE A. DURSO, and DEBRA GEIGER, in their official capacity as members of the Chatham County Board of Registrars;

COBB COUNTY BOARD OF
ELECTIONS AND REGISTRATIONS;
STEVEN BRUNING, TORI SILAS,
STACY EFRAT, DEBBIE FISHER, and
JENNIFER MOSBACHER, in their
official capacity as members of the Cobb
County Board of Elections and
Registrations;

COLUMBIA COUNTY BOARD OF
ELECTIONS; ANN CUSHMAN,
WANDA DUFFIE, and  LARRY
WIGGINS in their official capacity as
members of the Columbia County Board
of Elections;

DEKALB COUNTY BOARD OF
REGISTRATIONS AND ELECTIONS;
VASU ABHIRAMAN, NANCY
JESTER, ANTHONY LEWIS, SUSAN
MOTTER, and KARLI SWIFT, in their
official capacity as members of the
Dekalb County Board of Registrations
and Elections;

DOUGHTERY COUNTY BOARD OF
ELECTIONS; FREDERICK
WILLIAMS, BENNY HAND,
ANNABELLE STUBBS, PRICE
CORR, and JACOB CLAWSON, in
their official capacity as members of the
Doughtery County Board of Elections;

FORSYTH COUNTY BOARD OF
VOTER REGISTRATIONS AND
ELECTIONS; BARBARA LUTH, JOEL
NATT, CARLA RADZIKINAS, ANITA
TUCKER, and DAN THALIMER, in
their official capacity as members of the
Forsyth County Board of Voter
Registrations and Elections;

FULTON COUNTY BOARD OF
REGISTRATIONS AND ELECTIONS;
SHERRI ALLEN, AARON V.
JOHNSON, MICHAEL HEEKIN,
TERESA K. CRAWFORD, and JULIE
ADAMS, in their official capacity as
members of the Fulton County Board of
Registration and Elections;

GWINNETT COUNTY BOARD OF
REGISTRATIONS AND ELECTIONS;
WANDY TAYLOR, DAVID
HANCOCK, LORETTA
MIRANDOLA, ALICE O'LENICK, and
ANTHONY RODRIGUEZ, in their
official capacity as members of the
Gwinnett County Board of Registrations
and Elections;

HALL COUNTY BOARD OF
ELECTIONS AND REGISTRATIONS;
JACK NOA, DAVID KENNEDY, KEN
COCHRAN, JOHNNY VARNER, and
GALA SHEATS in their official

capacity as members of the Hall County
Board of Elections and Registrations;

MACON-BIBB COUNTY BOARD OF
ELECTIONS; KAREN EVANS-
DANIEL, ROBERT ABBOTT, JOEL
HAZARD, THOMAS ELLINGTON,
and MIKE KAPLAN, in their official
capacity as members of the Macon-Bibb
County Board of Elections;

LEE COUNTY BOARD OF
ELECTIONS AND REGISTRATIONS;
MIKE SABOT, SCOTT BEELEY,
WILLIE ALLEN, CHARLES
JOHNSON, and GEORGE HOUSTON,
in their official capacity as members of
the Lee County Board of Elections and
Registration;

LOWNDES COUNTY BOARD OF
ELECTIONS; RAY CORBETT,
JACKIE GOOLSBY, and  CARLA
JORDAN in their official capacity as
members of the Lowndes County Board
of Elections;

RICHMOND COUNTY BOARD OF
ELECTIONS; TIM McFALLS,
MARCIA BROWN, ISAAC
McADAMS, SHERRY BARNES, and
BETTY REECE in their official capacity

as members of the Richmond County
Board of Elections;

SPALDING COUNTY BOARD OF
ELECTIONS AND VOTER
REGISTRATION; BEN JOHNSON,
JAMES NEWLAND, ROY McCLAIN,
JAMES A. O'BRIEN, and DEXTER
WIMBISH, in their official capacity as
members of the Spalding County Board
of Elections and Voter Registration;

WHITFIELD COUNTY BOARD OF
ELECTIONS; STEPHEN KELEHEAR,
ROB COWAN, and CAROL BYERS, in
their official capacity as members of the
Whitfield County Board of Elections;

WORTH COUNTY BOARD OF
ELECTIONS AND REGISTRATION;
FORESTINE MORRIS, DREW
CHESTNUTT, FELICIA CRAPP,
MELVIN HARRIS, and JILL IVEY, in
their official capacity as members of the
Worth County Board of Elections and
Registration;

Gwinnett County Board of Registration
and Elections on behalf of a class of all
boards of registrars in the State of
Georgia

       Defendants.

SECURE FAMILIES INITIATIVE
AND THEIR MEMBERS,

        Plaintiff,

    v.

BRAD RAFFENSPERGER, in his
official capacity as the Secretary of
State of Georgia; JON FERVIER, in
his official capacity as Chairman of the
STATE ELECTION BOARD;
SARAH TINDALL GHAZAL,
JANICE JOHNSTON, RICK
JEFFARES, AND JANELLE KING,
in their official capacities as members
of the STATE ELECTION BOARD;
Gwinnett County Board of
Registrations and Elections on behalf
of a class of all boards of registrars in
the State of Georgia

        Defendants.

## GA NAACP, ET AL. PLAINTIFFS' FIRST AMENDED CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>

(**1**) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a complete list of the plaintiffs they represent in this action and the defendants named by those plaintiffs [1] including proposed intervenors, and any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

(a) Plaintiff Georgia State Conference of the NAACP ("Georgia NAACP"), and its Members; Parent: National Association for the Advancement of Colored People, Inc. ("NAACP"). No publicly held corporation owns 10% or more of the stock of the Georgia NAACP or the NAACP.

(b) Plaintiff Georgia Coalition for the People's Agenda, Inc. ("GCPA") and its Members. The GCPA does not have a parent company and no publicly held corporation owns 10% of more of its stock.

(c) Plaintiff VoteRiders does not have a parent company and no publicly held corporation owns 10% or more of its stock.

---

[1] Plaintiffs NAACP, GCPA, and VoteRiders are submitting this Amended Certificate in light of the subsequent consolidation of cases and addition of parties. They incorporate the forthcoming corporate disclosures filed by counsel for the parties in original cases: *New Georgia Project, et al. v. Brad Raffensperger, et al*., U.S. District Court for the Northern District of Georgia, Case No. 1:23-cv-3412-SDG; and *Secure Families Initiative and Their Members v. Brad Raffensperger*, U.S. District Court for the Northern District of Georgia, Case No.1:24-cv-04659-SDG.

(d) Defendant Brad Raffensperger, Georgia Secretary of State, in his official capacity.

(e) Defendants John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King, in their official capacity as members of the Georgia State Election Board.

(f) Defendants Cherokee County Board of Elections and Registrations; Glen Johnson, Julie Glade, Scott Little, Larry Hand, and John Wallace in their official capacity as members of the Cherokee County Board of Elections and Registrations.

(g) Defendants Chatham County Board of Registrars; Colin McRae, Wanda Andrews, William L. Norse, Katherine A. Durso, and Debra Geiger, in their official capacity as members of the Chatham County Board of Registrars.

(h) Defendants Cobb County Board of Elections and Registrations; Steven Bruning, Tori Silas, Stacy Efrat, Debbie Fisher, and Jennifer Mosbacher, in their official capacity as members of the Cobb County Board of Elections and Registrations.

(i) Defendants Columbia County Board of Elections; Ann Cushman, Wanda Duffie, and Larry Wiggins in their official capacity as members of the Columbia County Board of Elections.

(j) Defendants Dekalb County Board of Registrations and Elections; Vasu Abhiraman, Nancy Jester, Anthony Lewis, Susan Motter, and Karli Swift, in their official capacity as members of the Dekalb County Board of Registrations and Elections.

(k) Defendants Doughtery County Board of Elections; Frederick Williams, Benny Hand, Annabelle Stubbs, Price Corr, and Jacob Clawson, in their official capacity as members of the Doughtery County Board of Elections.

(l) Defendants Forsyth County Board of Voter Registrations and Elections; Barbara Luth, Joel Natt, Carla Radzikinas, Anita Tucker, and Dan Thalimer, in their official capacity as members of the Forsyth County Board of Voter Registrations and Elections.

(m) Defendants Fulton County Board of Registrations and Elections; Sherri Allen, Aaron V. Johnson, Michael Heekin, Teresa K. Crawford, and Julie Adams, in their official capacity as members of the Fulton County Board of Registration and Elections.

(n) Defendants Gwinnett County Board of Registrations and Elections individually and on behalf of a class of all boards of registrars in the State of Georgia; and Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriguez, in their official capacity as members of the Gwinnett County Board of Registrations and Elections.

(o) Defendants Hall County Board of Elections and Registrations; Jack Noa, David Kennedy, Ken Cochran, Johnny Varner, and Gala Sheats in their official capacity as members of the Hall County Board of Elections and Registrations.

(p) Defendants Macon-Bibb County Board of Elections; Karen Evans-Daniel, Robert Abbott, Joel Hazard, Thomas Ellington, and Mike Kaplan, in their official capacity as members of the Macon-Bibb County Board of Elections.

(q) Defendants Lee County Board of Elections and Registrations; Mike Sabot, Scott Beeley, Willie Allen, Charles Johnson, And George Houston, in their official capacity as members of the Lee County Board of Elections and Registration.

(r) Defendants Lowndes County Board of Elections; Ray Corbett, Jackie Goolsby, and Carla Jordan in their official capacity as members of the Lowndes County Board of Elections.

(s) Defendants Richmond County Board of Elections; Tim McFalls, Marcia Brown, Isaac McAdams, Sherry Barnes, and Betty Reece in their official capacity as members of the Richmond County Board of Elections.

(t) Defendants Spalding County Board of Elections and Voter Registration; Ben Johnson, James Newland, Roy McClain, James A. O'Brien, and Dexter Wimbish, in their official capacity as members of the Spalding County Board of Elections and Voter Registration.

(u) Defendants Whitfield County Board of Elections; Stephen Kelehear, Rob Cowan, and Carol Byers, in their official capacity as members of the Whitfield County Board of Elections.

(v) Defendants Worth County Board of Elections and Registration; Forestine Morris, Drew Chestnutt, Felicia Crapp, Melvin Harris, and Jill Ivey, in their official capacity as members of the Worth County Board of Elections and Registration.

(w) Proposed Intervenor-Defendant the Republican National Committee (RNC).

13

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The parties identified in Section (1), above:

A. Philip Randolph Institute;

New Georgia Project;

Georgia Muslim Voter Project;

Sang Huynh;

Secure Families Initiative;

National Association for the Advancement of Colored People, Inc.;

American Civil Liberties Union Foundation of Georgia, Inc.;

Cory Isaacson (Ga. Bar No. 983797), Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Caitlin May (Ga. Bar No. 602081), Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Akiva Freidlin (Ga. Bar No. 692290), Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW;

Julie Marie Houk, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Marlin David Rollins-Boyd, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Ryan Snow, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Samantha Heyward, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Jeremy Lewis, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

DECHERT LLP;

Neil A. Steiner, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Mara Cusker Gonzalez; Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Biaunca S. Morris, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

Lindsey Cohen, Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, and VoteRiders;

ADVANCEMENT PROJECT

Hani Mirza, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

John Michael Powers, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

Mathew A. Fogelson, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh.

ARNOLD & PORTER KAYE SCHOLER LLP

John A. Freedman, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

Jonathan L. Stern, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

Rachel L. Forman, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

Jeremy Karpatkin, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh;

Michael A. Rogoff, Counsel for Plaintiffs the A. Philip Randolph Institute, New Georgia Project, Georgia Muslim Voter Project, and Sang Huynh.

COUNCILL, GUNNEMANN & CHALLY LLC

Katherine L. D'Ambrosio (Georgia Bar No. 780128), Counsel for Plaintiff the Secure Families Initiative;

Jennifer Virostko (Georgia Bar No. 959286), Counsel for Plaintiff the Secure Families Initiative;

Ben Watson (Georgia Bar No. 632663), Counsel for Plaintiff the Secure Families Initiative.

CAMPAIGN LEGAL CENTER

Alice Huling, Counsel for Plaintiff the Secure Families Initiative;

Danielle Lang, Counsel for Plaintiff the Secure Families Initiative;

Valencia Richardson, Counsel for Plaintiff the Secure Families Initiative;

Daniel S. Lenz, Counsel for Plaintiff the Secure Families Initiative;

Rachel Appel, Counsel for Plaintiff the Secure Families Initiative.

GEORGIA STATE LAW DEPARTMENT

Christopher M. Carr (Georgia Bar No. 112505), Counsel for Defendant Brad Raffensperger John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King;

Bryan K. Webb (Georgia Bar No. 743580), Counsel for Defendant Brad Raffensperger John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King;

Elizabeth T. Young (Georgia Bar No. 707725), Counsel for Defendant Brad Raffensperger John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King.

CLARK HILL PLC

Bryan P. Tyson, Georgia Bar No. 515411, Counsel for Defendant Brad Raffensperger John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King;

Bryan F. Jacoutot (Georgia Bar No. 668272), Counsel for Defendants Brad Raffensperger, John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King;

Diane Festin LaRoss (Georgia Bar No. 430830), Counsel for Defendants Brad Raffensperger, John Fervier, Sara Tindall Ghazal, Janice W. Johnston, Rick Jeffares, and Janelle King;

NOLAND LAW FIRM, LLC

William H. Noland (Georgia Bar No. 545605), Counsel for Defendants Macron-Bibb County Board of Elections, Karen Evans-Daniel, Robert Abbott, Joel Hazard, Thomas Ellington, and Mike Kaplan;

Grace Simms Martin (Georgia Bar No. 279182), Counsel for Defendants Macron-Bibb County Board of Elections, Karen Evans-Daniel, Robert Abbott, Joel Hazard, Thomas Ellington, and Mike Kaplan.

FREEMAN MATHIS & GARY, LLP

A. Ali Sabzevari (Georgia Bar No. 941527), Counsel for Defendants Chatham County Board of Registrars, Colin McRae, Wanda Andrews, William L. Norse, Katherine A Durso, and Debra Geiger.

HAYNIE, LITCHFIELD & WHITE, PC

Daniel White (Georgia Bar No. 153033), Counsel for Defendants the Cobb County Board of Elections and Registration, Tori Silas, Steven F. Bruning, Stacy Efrat, Debbie Fisher, and Jennifer Mosbacher;

William A. Pinto, Jr. (Georgia Bar No. 405781), Counsel for Defendants the Cobb County Board of Elections and Registration, Tori Silas, Steven F. Bruning, Stacy Efrat, Debbie Fisher, and Jennifer Mosbacher.

JARRARD & DAVIS, LLP

Patrick D. Jaugstetter (Georgia Bar No. 389680), Counsel for Defendants Forsyth County Board of Voter Registrations and Elections, Barbra Luth, Joel Natt, Carla Radzikinas, and Anita Tucker.

OFFICE OF THE FULTON COUNTY ATTORNEY

Kaye Woodard Burwell (Georgia Bar No. 775060), Counsel for Defendants Fulton County Board of Registrations and Elections, Sherri Allen, Aaron V. Johnson, Michael Heekin, Teresa K, Crawford, and Julie Adams.

GWINNETT COUNTY LAW DEPARTMENT

Jonathan Kandel (Georgia Bar No. 940584), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

Melanie Wilson (Georgia Bar No. 768870), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

Samantha Routh (Georgia Bar No. 061452), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

GILBERT HARRELL SUMMERFORD & MARTIN, P.C.

Ryan Germany (Georgia Bar No. 500691), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

Mark D. Johnson (Georgia Bar No. 395041), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

Amber M Carter (Georgia Bar No. 631649), Counsel for Defendants Gwinnett County Board of Registrations and Elections, Wandy Taylor, David Hancock, Loretta Mirandola, Alice O'Lenick, and Anthony Rodriquez;

BECK, OWEN, & MURRAY

Karl P. Broder (Georgia Bar No. 185273), Counsel for Defendants Spalding County Board of Elections and Voter Registration, Ben Johnson, James Newland, Roy McClain, James A. O'Brien, and Dexter Wimbash;

Stephanie W. Windham (Georgia Bar No. 751890), Counsel for Defendants Spalding County Board of Elections and Voter Registration, Ben Johnson, James Newland, Roy McClain, James A. O'Brien, and Dexter Wimbash;

John T. O'Neal (Georgia Bar No. 822618), Counsel for Defendants Spalding County Board of Elections and Voter Registration, Ben Johnson, James Newland, Roy McClain, James A. O'Brien, and Dexter Wimbash;

Lanetha Pitts (Georgia Bar No. 573571), Counsel for Defendants the Richmond County Board of Elections and its Members;

THE LAW OFFICE OF ANN S. BRUMBAUGH, LLC

Ann Brumbaugh, Counsel for Defendants Cherokee County Board of Elections and Registration, John Wallace, Larry Hand, Glen Johnson, Julie Glade, and Scott Little;

HULL BARRETT, PC

Bill Keogh, Counsel for Defendants Columbia County Board of Elections and Registrations, Ann Cushman, Wanda Duffie, and Larry Wiggins;

Laura K. Johnson, Counsel for Defendants Dekalb County Board of Registrations and Elections, Vasu Abhiraman, Susan Motter, Nancy Jester, Karli Swift, and Anthony Lewis;

CHAMBLESS HIGDON RICHARDSON KATZ & GRIGGS LLP

Frances L. Clay, Counsel for Defendants Dougherty County Board of Elections, Frederick Williams, Benny Hand, Annabelle Stubbs, Price Corr, and Jacob Clawson;

William J. Linkous III, Counsel for Defendants Hall County Board of Elections and Registrations, Jack Noa, David Kennedy, Ken Cochran, Johnny Varner, and Gala Sheats;

GATEWOOD, SKIPPER & RAMBO, P.C.

Jimmy Skipper, Counsel for Defendants Lee County Board of Elections and Registration, Mike Sabot, Scott Beeley, Willie Allen, Charles Johnson, and George Houston;

ELLIOT, BLACKBURN, BARNES & GOODING, P.C.

Walter Elliot, Counsel for Defendants Lowndes County Board of Elections, Ray Corbett, Jackie Goolsby, and Carla Jordan;

MCCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP

Robert Smalley, Counsel for Defendants Whitfield County Board of Elections, Sparky Kelehear, Rob Cowen, and Carol Byers;

WILMOT & POWELL ATTORNEYS AT LAW

Rob Wilmot, Counsel for Defendants Worth County Board of Elections and Registration, Forestine Morris, Drew Chestnutt, Melvin Harris, Felicia Crapp, and Jill Ivey;

HALL BOOTH SMITH, P.C.

William Bradley Carver, Sr., (Georgia Bar No. 115529), Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP

Baxter D. Drennon (Georgia Bar No. 241446), Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

CONSOVOY MCCARTHY PLLC

Thomas R. McCarthy, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

Gilbert C. Dickey, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP;

Conor D. Woodfin, Counsel for the Proposed Intervenor-Defendants, the RNC and GAGOP.

Plaintiffs note that this case has been consolidated with two additional litigations (*New Georgia Project, et al. v. Brad Raffensperger, et al*., U.S. District Court for the Northern District of Georgia, Case No. 1:23-cv-3412-SDG); and *Secure Families Initiative and Their Members v. Brad Raffensperger*, U.S. District Court for the Northern District of Georgia, Case No.1:24-cv-04659-SDG) challenging Georgia SB 189.

Plaintiffs also note that this litigation could substantially affect the rights of any Georgia voters who are subjected to voter challenges as a result of the amendments to O.C.G.A. Section 230 made as a result of the enactment of Georgia Senate Bill 189, or who must use their county registrar's office as their mailing address for voter registration purposes as a result of the enactment of Georgia Senate Bill 189, which are the subject of this litigation, as well as, organizations and individuals who devote resources to voter registration, civic engagement, Get Out the Vote (GOTV) activities, voter education, provisional ballot curing, and other voting and election-related activities, who have been, or will be, negatively impacted by SB 189.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Julie M. Houk*

Marlin David Rollins-Boyd*
Ryan Snow*
Samantha Heyward*
Jeremy Lewis*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org
sheyward@lawyerscommittee.org
jlewis@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Admitted Pro Hac Vice

Respectfully submitted this 21st day of February, 2025.

*/s/    Caitlin May*
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Samantha Heyward*
Jeremy Lewis*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org
sheyward@lawyerscommittee.org
jlewis@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
Dechert LLP
515 Congress Ave. STE 1400
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

**CERTIFICATE OF COMPLIANCE**

I certify that this document has been prepared in compliance with

N.D. Ga. Local Civil Rule 5.1(C) using 14-point Times New Roman font.

This [ ] day of [ ] 2025.

*/s/*      Cory Isaacson
Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF GEORGIA,
INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org