IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, et al.,<br>       Plaintiffs,<br><br>  v.<br><br>BRAD RAFFENSPERGER, et al.,<br>       Defendants. | No. 1:24-cv-03412-SDG<br>No. 1:24-cv-04287-SDG<br>No. 1:24-cv-04659-SDG |
| GEORGIA STATE CONFERENCE OF THE NAACP, et al.,<br>       Plaintiffs,<br><br>  v.<br><br>BRAD RAFFENSPERGER, et al.,<br>       Defendants. | |
| SECURE FAMILIES INITIATIVE AND THEIR MEMBERS,<br>       Plaintiff,<br><br>  v.<br><br>BRAD RAFFENSPERGER, et al.,<br>       Defendants. | |

**UNOPPOSED *NUNC PRO TUNC* MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE CONSOLIDATED RESPONSE TO MOTIONS TO DISMISS**

Plaintiffs New Georgia Project, Sang Huynh, Georgia Muslim Voter Project, A. Philip Randolph Institute, Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., VoteRiders, and Secure Families Initiative respectfully request a one-day extension of time to file their consolidated response to various Rule 12(b) motions (ECF Nos. 168-171, 173, 174, 176) from February 21, 2025 to February 22, 2025, *nunc pro tunc*.

In support of this motion, Plaintiffs state as follows:

1. Under the Court's February 11, 2025 order (ECF No. 186), Plaintiffs' consolidated response brief was due February 21, 2025.

2. Due to the logistical effort coordinating a consolidated brief and last-minute technological issues with finalizing and uploading the 95-page brief, the consolidated opposition (ECF No. 228) was filed a few minutes after midnight, on February 22, 2025.

3. Plaintiffs regret the late filing.

4. Given that the opposition was filed several minutes late at the start of a weekend and in a non-emergency situation, Plaintiffs do not believe there is material prejudice to other parties.

5. Plaintiffs are willing to consent to an extension of Defendants' time to file their reply briefs from their current deadline of March 7, 2025.

6. On February 22, 2024, Plaintiffs' counsel contacted counsel for the Defendants and Intervenors regarding this motion. Defendants and Intervenors do not oppose this motion.

Respectfully submitted this 24th day of February, 2025,

| | |
|---|---|
| | */s/ John A. Freedman* |
| Caitlin May (Ga. Bar No. 602081) | John A. Freedman* |
| Cory Isaacson (Ga. Bar No. 983797) | Jeremy Karpatkin* |
| Akiva Freidlin (Ga. Bar No. 692290) | Rachel L. Forman* |
| **ACLU FOUNDATION OF GEORGIA, INC.** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| P.O. Box 570738 | 601 Massachusetts Ave. N.W. |
| Atlanta, Georgia 30357 | Washington, DC 20001 |
| (678) 310-3699 | (202) 942-5000 |
| cisaacson@acluga.org | john.freedman@arnoldporter.com |
| cmay@acluga.org | jeremy.karpatkin@arnoldporter.com |
| afreidlin@acluga.org | rachel.forman@arnoldporter.com |
| | |
| Julie M. Houk* | Michael A. Rogoff* |
| **Lawyers' Committee for Civil Rights Under Law** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 1500 K Street NW, Suite 900 | 250 West 55th Street |
| Washington, DC 20005 | New York, NY 10019 |
| Telephone: (202) 662-8600 | (212) 836-8000 |
| General Fax: (202) 783-0857 | michael.rogoff@arnoldporter.com |
| jhouk@lawyerscommittee.org | |
| drollins-boyd@lawyerscommittee.org | John Powers* |
| rsnow@lawyerscommittee.org | Hani Mirza* |
| sheyward@lawyerscommittee.org | Matthew A. Fogelson* |
| jlewis@lawyerscommittee.org | **ADVANCEMENT PROJECT** |
| | 1220 L Street Northwest, Suite 850 |
| Neil A. Steiner* | Washington, DC 20005 |
| Mara Cusker Gonzalez* | (415) 238-0633 |
| Biaunca S. Morris* | jpowers@advancementproject.org |
| **Dechert LLP** | hmirza@advancementproject.org |

2

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
**Dechert LLP**
515 Congress Ave. STE 1400
Austin, TX  78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, and VoteRiders*

mfogelson@advancementproject.org

Bryan L. Sells
Georgia Bar No. 635562
**THE LAW OFFICE OF BRYAN L. SELLS, LLC**
P.O. Box 5493
Atlanta, GA 31107
Tel: (404) 480-4212
bryan@bryansellslaw.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs New Georgia Project, Sang Huynh, Georgia Muslim Voter Project, and A. Philip Randolph Institute*

Katherine L. D'Ambrosio (Ga. Bar No. 780128)
Jennifer Virostko (Ga. Bar No. 959286)
Ben Watson (Ga. Bar No. 632663)
**COUNCILL, GUNNEMANN & CHALLY LLC**
75 14th Street, NE, Suite 2475
Atlanta, GA 30309
(404) 407-5250
kdambrosio@cgc-law.com
jvirostko@cgc-law.com
bwatson@cgc-law.com

Alice Huling*
Danielle Lang*
Valencia Richardson*
Daniel S. Lenz*
Rachel Appel*
Lucas Della Ventura*
**CAMPAIGN LEGAL CENTER**

3

1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
ahuling@campaignlegalcenter.org
dlang@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
rappel@campaignlegalcenter.org
ldellaventura@campaignlegalcenter.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Secure Families Initiative*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing UNOPPOSED *NUNC PRO TUNC* MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE CONSOLIDATED RESPONSE TO MOTIONS TO DISMISS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter.

>*/s/ John A. Freedman*
>John A. Freedman
>**ARNOLD & PORTER KAYE SCHOLER LLP**
>601 Massachusetts Ave. N.W.
>Washington, DC 20001
>(202) 942-5000
>john.freedman@arnoldporter.com