# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*,<br>    Plaintiffs,<br>                v.<br>BRAD RAFFENSPERGER, *in his official capacity as Georgia Secretary of State, et al.*,<br>    Defendants. | Civil Action No.<br>1:24-cv-03412-SDG |

## ORDER

This matter is before the Court on Plaintiffs' Notice of Withdrawal of Ezra D. Rosenberg as Counsel of Record for Plaintiffs [ECF 182]. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**SO ORDERED** this 10th day of March, 2025.

_____
Steven D. Grimberg
United States District Judge