**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| NEW GEORGIA PROJECT, et al.,<br>    Plaintiffs,<br><br>       v.<br><br>BRAD RAFFENSPERGER, et al.,<br>    Defendants. | No. 1:24-cv-03412-SDG<br>No. 1:24-cv-04287-SDG<br>No. 1:24-cv-04659-SDG |
| GEORGIA STATE CONFERENCE OF THE NAACP, et al.,<br>    Plaintiffs,<br><br>       v.<br><br>BRAD RAFFENSPERGER, et al.,<br>    Defendants. | |
| SECURE FAMILIES INITIATIVE AND THEIR MEMBERS,<br>    Plaintiff,<br><br>       v.<br><br>BRAD RAFFENSPERGER, et al.,<br>    Defendants. | |

**[PROPOSED] ORDER GRANTING CONSENTED-TO MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE CONSOLIDATED RESPONSE TO ADDITIONAL COUNTIES' MOTIONS TO DISMISS**

IT IS HEREBY ORDERED that the deadline for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., and VoteRiders to file a consolidated response to Rule 12(b) motions to dismiss filed by the following defendants is extended to April 7, 2025:

- Cherokee County Defendants (ECF No. 249)
- Lee County Defendants (ECF No. 250)
- Whitfield County Defendants (ECF No. 252-1)
- Columbia County Defendants (ECF No. 253)

IT IS SO ORDERED, this _____day of April, 2025.

_____
THE HONORABLE STEVEN D. GRIMBERG
Northern District of Georgia Judge