## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | |
| ) | 1:24-CV-03412-SDG |
| BRAD RAFFENSPERGER, in his ) | |
| official capacity as Secretary of ) | (Consolidated with |
| State of the State of Georgia, et al. ) | 1:24-CV-04287-SDG and |
| ) | 1:24-CV-04659-SDG) |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Benjamin S. Klehr of the firm of Small Herrin, LLP, and hereby enters his appearance as counsel in this case on behalf of Defendants DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, VASU ABHIRAMAN, NANCY JESTER, ANTHONY LEWIS, SUSAN MOTTER, and KARLI SWIFT in their official capacities as members of the DeKalb County Board of Registration and Elections ("Dekalb Defendants").  Request is hereby made that all notices of the matters arising in the above-referenced case be duly served on the undersigned at the address noted herein.

This 1st day of April, 2025.

        **SMALL HERRIN, LLP**
        *COUNSEL FOR DEKALB DEFENDANTS*

        By: /s/ Benjamin S. Klehr
            Benjamin S. Klehr
            Georgia Bar No.: 487931

100 Galleria Parkway
Suite 350
Atlanta, GA 30339
(P) 770-783-1800
bklehr@smallherrin.com

4932-6029-5728, v. 1

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I am over the age of 18 and on this date, I filed and served a copy of the above *Notice of Appearance* by using the Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Court's Electronic Case Filing program.

This 1st day of April, 2025.

          **SMALL HERRIN, LLP**
          *COUNSEL FOR DEKALB*
          *DEFENDANTS*


          By: /s/ Benjamin S. Klehr
             Benjamin S. Klehr
             Georgia Bar No.: 487931

100 Galleria Parkway
Suite 350
Atlanta, GA 30339
(P) 770-783-1800
bklehr@smallherrin.com

4932-6029-5728, v. 1