IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NEW GEORGIA PROJECT, *et al.*,
   Plaintiffs,

v.

BRAD RAFFENSPERGER, *in his official capacity as Georgia Secretary of State*, *et al.*,
   Defendants.

Civil Action No.
1:24-cv-03412-SDG

## ORDER

The parties have filed a consent motion [ECF 274] that requests leave to file a second amended complaint and entry of a proposed scheduling order. For good cause shown, the motion is **GRANTED**. The clerk is **ORDERED** to file ECF 274-1 separately on the docket as the operative complaint.

The State Defendants' motion to dismiss the original complaint [ECF 124] is **DENIED as moot**. Defendants' various motions to dismiss the first amended complaint [ECFs 168, 169, 170, 171, 173, 174, 176, 189, 249, 250, 252, 253, 254, 255, 256, 257, 258] are **DENIED as moot**. The Court will, however, consider the arguments presented in these briefings (including any supporting materials) in connection with its consideration of the second amended complaint.

By **May 14, 2025**, each set of Defendants may answer or file a supplemental motion to dismiss that responds **only** to the changes in the second amended complaint. By **May 21**, Plaintiffs may file a consolidated response to any

supplemental motions to dismiss. By **May 28**, each set of Defendants may file a reply in support of its supplemental motion to dismiss.

The parties' consent motion also included a stipulation of dismissal with prejudice of Plaintiff Sang Huynh's claims. Those claims are **DISMISSED** with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own costs and fees with respect to Plaintiff Huynh's claims. The Clerk is **INSTRUCTED** to terminate Plaintiff Huynh from this case.

**SO ORDERED** this 30th day of April, 2025.

Steven D. Grimberg
United States District Judge