|  | **Plaintiffs NGP, GAMVP, and APRI** | **Plaintiff SFI** | **Plaintiffs Ga. NAACP, GCPA, and VoteRiders** |
|---|---|---|---|
| **COUNT I**<br><br>The S.B. 189 Section 5 Residency-Based Probable-Cause Provisions Violate the NVRA 8(d) Removal Process | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Six Counties' Board Members[1]<br><br>Plaintiff GAMVP as to Defendant Raffensperger, SEB Defendants, and Five Counties' Board Members[2] | Plaintiff SFI as to Defendants Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, Defendant Class Represented by Gwinnett County Board of Registrations and Elections, and Boards and Members of Seventeen Counties' Boards of Elections and Registration[3] |
| **COUNT II**<br><br>The S.B. 189 Section 5 "Nonresidential" Address Provision Violates the NVRA 8(b) Uniformity and Nondiscrimination Provisions | Plaintiffs NGP, GAMVP, and APRI as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, Defendant Class Represented by Gwinnett County Board of Registrations and Elections, and Boards and Members of Seventeen Counties' Boards of Elections and Registration[4] |
| **COUNT III**<br><br>Chatham, Forsyth, Gwinnett, and Spalding County Defendants Voter Removal Practices Violate the NVRA's Requirements for Processing Voters Who Move | Plaintiffs NGP and APRI as to Chatham, Forsyth, Gwinnett, and Spalding County Defendants<br><br>Plaintiff GAMVP as to Chatham, Forsyth, and Gwinnett County Defendants | - | - |
| **COUNT IV**<br><br>S.B. 189 Section 4's Unhoused Voter Mailing-Address Restriction Violates the NVRA 8(b) | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Chatham, Fulton, and Macon-Bibb County Defendants | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, Defendant Class |

---

[1] Chatham, Forsyth, Fulton, Gwinnett, Macon-Bibb, and Spalding Counties
[2] Chatham, Forsyth, Fulton, Gwinnett, and Macon-Bibb Counties
[3] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.
[4] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.

|  | **Plaintiffs NGP, GAMVP, and APRI** | **Plaintiff SFI** | **Plaintiffs Ga. NAACP, GCPA, and VoteRiders** |
|---|---|---|---|
| Uniform and Nondiscriminatory Provision | | | Represented by Gwinnett County Board of Registrations and Elections, and Boards and Members of Seventeen Counties' Boards of Elections and Registration[5] |
| **COUNT V**<br><br>S.B. 189 Section 4's Unhoused Voter Mailing-Address Restriction Violates Multiple NVRA Notice Requirements | Plaintiffs NGP and APRI as to Defendant Raffensperger, SEB Defendants, and Chatham, Fulton, and Macon-Bibb County Defendants | - | - |
| **COUNT VI**<br><br>S.B. 189 Section 5's "Nonresidential Address" Provisions Violate the Fundamental Right to Vote Under the First and Fourteenth Amendments as to All Voters | Plaintiffs NGP, GAMVP, and APRI as to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections |
| **COUNT VII**<br><br>S.B. 189 Section 5 Violates the Fundamental Right to Vote Under the First and Fourteenth Amendments as to Overseas and Military Voters | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT VIII**<br><br>S.B. 189 Section 4 Infringes on Unhoused Voters' Fundamental Voting Rights Under the First and Fourteenth Amendments | Plaintiffs NGP and APRI as to SEB Defendants and Chatham, Fulton, and Macon-Bibb County Defendants | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections |

---

[5] Cherokee, Chatham, Cobb, Columbia, DeKalb, Dougherty, Forsyth, Fulton, Gwinnett, Hall, Macon-Bibb, Lee, Lowndes, Richmond, Spalding, Whitfield, and Worth Counties.

|  | **Plaintiffs NGP, GAMVP, and APRI** | **Plaintiff SFI** | **Plaintiffs Ga. NAACP, GCPA, and VoteRiders** |
|---|---|---|---|
| **COUNT IX**<br><br>S.B. 189 Section 5's Nonresidential Address Provisions Violate the Due Process Clause of the Fourteenth Amendment as to All Voters | - | - | Plaintiffs Ga. NAACP, GCPA, and VoteRiders as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections |
| **COUNT X**<br>S.B. 189 Section 5 Violates the Due Process Clause of the Fourteenth Amendment as to Overseas and Military Voters | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT XI**<br><br>S.B. 189 Section 5 Violates the Equal Protection Clause of the Fourteenth Amendment | - | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |
| **COUNT XII**<br><br>S.B. 189 Section 5 Violates Title I of the Civil Rights Act | Plaintiffs NGP, GAMVP, and APRI to Defendant Raffensperger, SEB Defendants, and Fulton County Defendants<br><br>Plaintiffs NGP, GAMVP, and APRI also as to Macon-Bibb and Gwinnett County Defendants | Plaintiff SFI as to Defendant Raffensperger, SEB Defendants, and Defendant Class Represented by Gwinnett County Board of Registrations and Elections | - |