# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:24-CV-03412-SDG |

### UNOPPOSED REQUEST FOR ORAL ARGUMENT BY PLAINTIFFS GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, VOTERIDERS, NEW GEORGIA PROJECT, A. PHILIP RANDOLPH INSTITUTE, GEORGIA MUSLIM VOTER PROJECT, AND SECURE FAMILIES INITIATIVE

Pursuant to Rule II(j) of Judge Steven D. Grimberg's Standing Order Regarding Civil Litigation, Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, VoteRiders, New Georgia Project, A. Philip Randolph Institute, Georgia Muslim Voter Project, and Secure Families Initiative hereby request oral argument on the seventeen pending Motions to Dismiss (ECF 281, 282, 283, 285, 287, 288, 289, 290, 291, 293, 294, 295, 297, 298, 300, 301, 302).

Because this case and the pending motions involve many parties and filings, and both overlapping and divergent claims and defenses, oral presentation may assist

the Court in clarifying the various parties' positions and resolving any questions. Oral argument on the pending motions would serve the interests of judicial economy and clarity.

Plaintiffs are authorized to represent that this request is unopposed by all Defendants.

Plaintiffs further represent that should this request be granted, a substantial part of their presentation will be argued by attorneys with less than seven years of litigation experience.

Respectfully submitted this 2nd day of June, 2025,

Bryan L. Sells
Georgia Bar No. 635562
**THE LAW OFFICE OF BRYAN L. SELLS, LLC**
P.O. Box 5493
Atlanta, GA 31107
Tel: (404) 480-4212
bryan@bryansellslaw.com

John Powers*
Hani Mirza*
Matthew A. Fogelson*
**ADVANCEMENT PROJECT**
1220 L Street Northwest, Suite 850
Washington, DC 20005
(415) 238-0633
jpowers@advancementproject.org
hmirza@advancementproject.org
mfogelson@advancementproject.org

/s/Caitlin May
Caitlin May (Ga. Bar No. 602081)
Cory Isaacson (Ga. Bar No. 983797)
Akiva Freidlin (Ga. Bar No. 692290)
**ACLU FOUNDATION OF GEORGIA, INC.**
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Julie M. Houk*
Marlin David Rollins-Boyd*
Ryan Snow*
Samantha Heyward*
Jeremy Lewis*
**Lawyers' Committee for Civil Rights Under Law**

John A. Freedman*
Jonathan L. Stern*
Rachel L. Forman*
Jeremy Karpatkin*
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. N.W.
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
jonathan.stern@arnoldporter.com
rachel.forman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Michael A. Rogoff*
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
(212) 836-8000
michael.rogoff@arnoldporter.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs New Georgia Project, Sang Huynh, Georgia Muslim Voter Project, and A. Philip Randolph Institute*

Katherine L. D'Ambrosio (Ga. Bar No. 780128)
Jennifer Virostko (Ga. Bar No. 959286)
Ben Watson (Ga. Bar No. 632663)
**COUNCILL, GUNNEMANN & CHALLY LLC**
75 14th Street, NE, Suite 2475
Atlanta, GA 30309

1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
General Fax: (202) 783-0857
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
rsnow@lawyerscommittee.org
sheyward@lawyerscommittee.org
jlewis@lawyerscommittee.org

Neil A. Steiner*
Mara Cusker Gonzalez*
Biaunca S. Morris*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Neil.steiner@dechert.com
Mara.cuskergonzalez@dechert.com
Biaunca.morris@dechert.com

Lindsey B. Cohan*
**Dechert LLP**
515 Congress Ave. STE 1400
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Lindsey.cohan@dechert.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, and VoteRiders*

(404) 407-5250
kdambrosio@cgc-law.com
jvirostko@cgc-law.com
bwatson@cgc-law.com

Alice Huling*
Danielle Lang*
Valencia Richardson*
Daniel S. Lenz*
Rachel Appel*
Lucas Della Ventura*
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
ahuling@campaignlegalcenter.org
dlang@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
rappel@campaignlegalcenter.org
ldellaventura@campaignlegal.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Secure Families Initiative*

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1(C) using 14-point Times New Roman font.

Dated: June 2, 2025

*/s/Caitlin May*
Caitlin F. May (Ga. Bar No. 602081)
ACLU FOUNDATION OF GEORGIA
P.O. Box 570738
(706) 371-1171
cmay@acluga.org

## CERTIFICATE OF SERVICE

Pursuant to N.D. Ga. L.R. 5.1(A)(3), undersigned counsel hereby certify that on June 2, 2025, they caused Plaintiffs in the above-captioned case to serve their REQUEST FOR ORAL ARGUMENT upon counsel for Defendant via the Court's electronic filing system.

Dated: June 2, 2025.

Respectfully Submitted,

*s/ Caitlin May*
Caitlin May
Georgia Bar No. 602081
cmay@acluga.org
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
(706) 371-1171
*Attorney for Plaintiffs*