# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NEW GEORGIA PROJECT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al*.<br><br>*Defendants*. | Civil Action No. 1:24-cv-03412-SDG |

## **ORDER**

Upon consideration of the Columbia County Defendants motion for leave to bring electronic equipment into the courthouse, and for good cause shown, the Court orders that the following individuals may bring laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital assistants (PDAs), smart tablets, smart watches, external hard drives, computer mice, presentation remotes, adapters, tech table, HDMI signal switch, extension cords, charging cords, and related peripherals for the duration of the oral argument in the above captioned matter, which is scheduled to begin on Wednesday, December 3, 2025 at 1:00 PM, in Courtroom 1706, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 3030:

1. William J. Keogh, III; and

2. Sydney K. Parish.

SO ORDERED this 2nd day of December, 2025.

_____
The Honorable Steven D. Grimberg
United States District Judge