IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

A. PHILLIP RANDOLPH INSTITUTE, et al,　)
　　　　　　　Plaintiff(s)　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　VS.　　　　　　　　　　 )　Case No. 1:24-CV-3412-SDG
　　　　　　　　　　　　　　　　　　　)
BRAD RAFFENSPERGER, et al,　　　　　　)
　　　　　　　Defendant(s)　　　　　　 )

## VERIFICATION OF FINANCIAL ARRANGEMENTS

**Proceeding Type:** Motion Hearing
**Proceeding Date:** 12/3/2025
**Volume Number:** 1
**Date Transcript Filed:** 1/5/2026

I hereby certify that the following parties/attorneys of record have made financial arrangements with said court reporter for transcript preparation in the above-styled case.

Bryan Tyson, Bryan Jacoutot

The attorneys listed below shall be provided with remote access to the transcript via CM/ECF and PACER.

Bryan Tyson, Bryan Jacoutot

1/20/2026　　　　　　　　　　　　ALICIA B. BAGLEY, RMR, CRR
**Date**　　　　　　　　　　　　　　**Court Reporter**