IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NEW GEORGIA PROJECT and A. PHILLIP
RANDOLPH INSTITUTE,

       Plaintiffs,

v.

BRAD RAFFENSBERGER, in his official
capacity as Georgia Secretary of State,

JOHN FERVIER, SARA TINDALL
GHAZAL, JANICE W. JOHNSTON,
RICK JEFFARES, and JANELLE KING, in
their official capacity as members of the
Georgia State Election Board

COLIN McRAE, WANDA ANDREWS,
WILLIAM L. NORSE, KATHERINE A.
DURSO, and DEBRA GEIGER, in their
official capacity as members of the Chatham
County Board of Registrars,

BARBARA LUTH, JOEL NATT, CARLA
RADZIKINAS, ANITA TUCKER, and DAN
THALIMER, in their official capacity as
members of the Forsyth County Board of
Voter Registrations and Elections,

CATHY WOOLARD, AARON V.
JOHNSON, MICHAEL HEEKIN, TERESA
K. CRAWFORD, and JULIE ADAMS, in
their official capacity as members of the
Fulton County Board of Registration and
Elections,

KAREN EVANS-DANIEL, ROBERT
ABBOTT, JOEL HAZARD, THOMAS
ELLINGTON, and MIKE KAPLAN, in their
official capacity as members of the Macon-
Bibb County Board of Elections,

CIVIL ACTION FILE NO:
**1:24-cv-03412-SDG**

1

WANDY TAYLOR, DAVID HANCOCK,
LORETTA MIRANDOLA, ALICE
O'LENICK, and ANTHONY RODRIGUEZ,
in their official capacity as members of the
Gwinnett County Board of Registrations and
Elections, and

BEN JOHNSON, JAMES NEWLAND, ROY
McCLAIN, JAMES A. O'BRIEN, and
DEXTER WIMBISH, in their official capacity
as members of the Spalding County Board of
Elections and Voter Registration,

              Defendants.

TO:     ALL JUDGES, CLERK OF COURT, AND COUNSEL OF RECORD

FROM:  A. ALI SABZEVARI

RE:     NOTICE OF LEAVE OF ABSENCE

**<u>NOTICE OF LEAVE OF ABSENCE/PETITION FOR LEAVE OF ABSENCE</u>**

    A. ALI SABZEVARI respectfully notifies all judges before whom he has cases pending,

all affected clerks of court, and all opposing counsel/parties, that he will be on leave pursuant to

Georgia Uniform Court Rule 16.1 and/or NDGA LR 83.1.  The periods of leave during which time

A. ALI SABZEVARI will be away from the practice of law in 2026 is as follows:

- February 20, 23, and 24 for personal travel.

- April 6, 7, 8, and 9 for personal travel.

- June 15, 16, 17, 18, and 19 for personal travel.

- July 3, 6, 7, and 8 for personal travel.

- August 3, 4, 5, 6, and 7 for personal travel.

- August 19, 20, and 21 for firm retreat.

- September 4 and 8 for personal travel.

- November 12, 13, and 16 for personal travel.

Pursuant to all applicable rules of court, all affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

This 27th day of January, 2026.

/s/ A. Ali Sabzevari
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Amended Notice of Leave of Absence upon all judges, clerks, and opposing counsel/parties by serving via authorized e-filing and/or United States Mail.

This 27th day of January, 2026.

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
E:  asabzevari@fmglaw.com