**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

A. PHILIP RANDOLPH INSTITUTE, et al.,

                  Plaintiff(s),

vs.

BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, et al.,

                  Defendant(s).

CIVIL ACTION FILE

NO. 1:24-cv-03412-SDG

**J U D G M E N T**

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED without prejudice**.

Dated at Atlanta, Georgia, this 1st day of April, 2026.

                  KEVIN P. WEIMER
                  CLERK OF COURT


By:  s/M. Gonzalez
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 1, 2026
Kevin P. Weimer
Clerk of Court

By: s/M. Gonzalez

_____
Deputy Clerk